# ADDENDUM A
## LIST OF *"ET AL."* DEFENDANTS[164]
### (CONT'D FROM P. 1)

**Maureen Mulligan (Judge)**
**Martha Brennan (Magistrate)**
**James Budreau (Judge)**
**Arthur Deguglielmo (Magistrate)**
**Clerk_Name1 (Clerk)**
**Clerk_Name2 (Clerk)**
   % Woburn Superior Court
   https://www.mass.gov/locations/middlesex-county-superior-court
   Middlesex.clerksoffice@jud.state.ma.us (Court Clerk)

**Steve Pelland (Officer)**
**Salvi LaVita (Officer)**
**Shiloh Clark (Officer)**
**Christopher Picco (Officer)**
**Officer_Name1 (Officer)**
**Officer_Name2 (Officer)**
**Michael Lee (Officer)**
**Benjamin Woodward (Officer)**
**Guivenson Brizard (Officer)**
**Josh Graciale (Officer)**
**Matt Orr (Officer)**
**Michael Fitzgerald (Officer)**
**Benjamin Moffett (Officer)**
**David Clark (Chief of Police)**
**Christine Amendola (Deputy Chief of Police)**
   % Reading Police Department (RPD)
   https://www.readingma.gov/179/Police-Department
   lgemme@ci.reading.ma.us (Laura Gemme, Town Clerk)

**Zachary Hillman (Judge)**
~~**Paul McDonald (Magistrate)**~~ *[deceased]*
**Kathleen McKeon (Magistrate)**
**Julie Fedele-MacDonald (Magistrate)**
**Julie Veno (Magistrate)**
**Joseph Hurley (Judge)**
**Jennifer Queally (Judge)**

---

164  For some defendants, detailed contact information is currently unknown/uncertain, as indicated by placeholders (such as "%" and "_Name"). Follow-up research for effecting service will be conducted, with notifications/motions submitted to the Court/Clerks as warranted (particularly as regards §XIII). FRCvP 4,5; DMassLR 4,5;, MRCvP 4,5; MREF 4-7.

**Marianne Hinkle (Judge)**
  % Woburn District Court
  https://www.mass.gov/locations/woburn-district-court
  cmwoburndc@jud.state.ma.us (Court Clerk)

**Rachel Shute (ADA)**
**Graham Van Epps (ADA)**
**Intern_Name (Intern)**
**Nick Pisegna (ADA)**
**Marian T. Ryan (D.A.)**
**Julian Gelly (ADA)**
**Emily Acritelli (ADA)**
**Mariadela Villegas-Barrientos (ADA)**
**Thomas Ralph (ADA)**
**Timothy Ferriter (ADA)**
  % Middlesex D.A.'s Office (MDAO)
  https://www.middlesexda.com
  https://www.middlesexda.com/home/webforms/contact-us (webform)

**Louis Castro (Officer)**
**Connor McGrath (Officer)**
**Gregory Post (Officer)**
**Brian McManus (Officer)**
**Jeffrey Carreau (Officer)**
**Joyce Marino (Officer)**
**Dennis Clough (Officer)**
**Kyle Pangallo (Officer)**
**Pierre Pires (Officer)**
**Guard_Name1 (Officer)**
**Guard_Name2 (Officer)**
  % Woburn Police Department (WPD)
  https://woburnma.gov/government/police/
  police@woburnpd.com (WPD Clerk)

**Mary Heffernan (Judge)**
**Henry Schultz (Magistrate)**
**Bill Mitchell (Chief Probation Officer)**
**Sarah Mead (Probation Officer)**
**Michael Fabbri (Judge)**
**Casey Berlo (Magistrate)**
**Lawrence Okstein (Magistrate)**
**Ellen Caulo (Judge)**
**Jon Chalmers (Probation Officer)**
**Juror_Name1 (Juror)**
**Juror_Name2 (Juror)**
**Juror_Name3 (Juror)**

**Juror_Name4 (Juror)**
**Juror_Name5 (Juror)**
**Juror_Name6 (Juror)**
**Juror_Name7 (Juror)**
% Newton District Court
https://www.mass.gov/locations/newton-district-court
cmnewtondc@jud.state.ma.us (Court Clerk)

**Ariane Vuono (Judge)**
**Eric Neyman (Judge)**
**Andrew D'Angelo (Judge)**
% MA Appeals Court
https://www.mass.gov/orgs/appeals-court
AppealsCtClerk@appct.state.ma.us (Court Clerk)

**Sara Concannon DeSimone (CIU Director)**
**First Assistant District Attorney (CIC Member)**
**Chief of Appeals (CIC Member)**
**Chief of the Cold Case Unit (CIC Member)**
**Chief of Homicide (CIC Member)**
**Senior Trial Counsel (CIC Member)**
**Senior Appellate Counsel (CIC Member)**
**Regional Chief, Cambridge (CIC Member)**
**Regional Chief, Malden (CIC Member)**
**Regional Chief, Framingham (CIC Member)**
**Regional Chief, Lowell (CIC Member)**
**Chief of Child Abuse (CIC Member)**
**Chief of Elder and Disabled Abuse Unit (CIC Member)**
**Chief of Special Investigations Unit (CIC Member)**
% Conviction Integrity Unit (CIU)
https://www.middlesexda.com/beyond-courtroom/pages/conviction-in-
tegrity-unit
MDAOConvictionIntegrity@state.ma.us (CIU Director)

**Kimberly S. Budd (Judge)**
**Frank M. Gaziano (Judge)**
**Scott L. Kafker (Judge)**
**Dalila Argaez Wendlandt (Judge)**
**Serge Georges, Jr. (Judge)**
**Elizabeth N. Dewar (Judge)**
**Gabrielle R. Wolohojian (Judge)**
% MA Supreme Judicial Court (SJC)
https://www.mass.gov/orgs/massachusetts-supreme-judicial-court
SJCCommClerk@sjc.state.ma.us (Court Clerk)

**Philip Arnel (Lawyer)**

355 Providence Highway (Route 1), Suite 100
Westwood MA 02090-1909
(781) 493-6490
https://www.arnellaw.com
philiparnel@arnellaw.com

**Town of Reading MA**
Reading Town Hall
16 Lowell St.
Reading MA 01867
(781) 942-9001
https://www.readingma.gov
https://en.wikipedia.org/wiki/Reading,_Massachusetts
lgemme@ci.reading.ma.us (Laura Gemme, Town Clerk)

**City of Woburn MA**
Woburn City Hall
10 Common St.
Woburn MA 01801
(781) 897-5800
https://woburnma.gov
https://en.wikipedia.org/wiki/Woburn,_Massachusetts
lhiggins@cityofwoburn.com (Lindsay Higgins, City Clerk)

**City of Newton MA**
City Hall Auditorium and War Memorial
1000 Commonwealth Ave.
Newton Centre MA 02459
(617) 796-1000
https://www.newtonma.gov
https://en.wikipedia.org/wiki/Newton,_Massachusetts
dwillison@newtonma.gov (Drew Willison, City Clerk)

**County of Middlesex MA**
*(Detailed contact information currently unknown)*
https://middlesexcountywebsite.com
https://en.wikipedia.org/wiki/Middlesex_County,_Massachusetts

**State of MA**
*(Detailed contact information currently unknown)*
Executive Offices of the MA State Government
MA State House
24 Beacon St., Room 280
Boston MA 02133
https://en.wikipedia.org/wiki/Government_of_Massachusetts