# ADDENDUM C
## (PSEUDO-)HARASSMENT CASE
## TERMINATION/VACATION ORDER

See ¶40, and fn. 60.

*24*

**COMMONWEALTH OF MASSACHUSETTS**

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2281CV268

**AUTUMN HALEY**
**Plaintiff**

vs.

**WALTER TUVELL**
**Defendant**

**ORDER TERMINATING M.G.L. CHAPTER 258E HARASSMENT ORDER**

After further consideration of the underlying order in this case and hearing with both parties present, this Court terminates the harassment order issued by this Court on February 9, 2022. As grounds, this Court finds that the evidence presented by Plaintiff did not establish by a preponderance of the evidence that Defendant's conduct toward the minor Plaintiff constituted "fighting words" or "true threats" as required by *Kareem v. Ida I.*, 100 Mass. App. Ct. 902 (2022) At the request of the minor's parent, this Order is stayed until 4 p.m. on May 2, 2022.

So Ordered,

Dated: May 2, 2022

The Honorable James H. Budreau,
Associate Justice, Superior Court

1