# ADDENDUM E
# (PSEUDO-)CONTEMPT/WIRETAPPING CASES
# PROBATION ORDER

See ¶94. Fabbri here focuses his language primarily on *(i)* "postings on websites," *but* I cautiously understood (and still understand) that to be conflated-with/extrapolated-to "any Internet" (including email, recalling the inanities of ¶27,29). Fabbri also focuses his attention on *(ii)* Budreau's Apr 29/26 (double-)order (Add. D), but caution again insists (noting that Fabbri specifies Budreau's "Mar/Apr" orders) that *(ii′)* Budreau's other orders are also covered (whether or not they were supposedly rescinded by Budreau's ¶40 annulment, given that Fabbri refused to honor the usual concepts of annulment (fn. 89,90,etc.)), *(iii)* as are other orders (of Mulligan, Hurley, Queally), which themselves weren't explicitly/formally rescinded (though *implicitly* (per law) they too were invalid when issued, as was *everything* in all these affairs) — *(iv)* all of which orders were, *in toto,* extensive/expansive enough to **"forbid saying anything, by any means, at any time, to anybody"** (*Faux*Tenet #2, ¶10).[166] These cautious interpretations were not-unreasonable, based on the history of these affairs in the large, given how Fabbri's "no-contact" clause (Add. E item #15) was indeed so beyond-the-pale falsely/tortiously interpreted by the conspirators (§XIII).

The second page of this Order (referred to as "notices on the back" in its signature block) is irrelevant to this Complaint, and omitted here.

---

[166] It is because of considerations like these that I initially (until I studied The Law and learned better) interpreted Mulligan's **triply-underlined "any"** (see fn. 70) so as to forbid my communicating about these matters even with *(i) lawyers* (thus disallowing me the ability to fight the (Pseudo-)Harassment charge), and *(ii)* wife/family (thus disallowing psychological/moral support too). Yes, of course that's outrageously authoritarian/unconstitutional; but as real-life events have proven, it was indeed a reasonable/justified (not an exaggerated/"paranoid") interpretation, because these insane judges did in actual fact really mean it that way, and implemented it (cf. esp. the "no-contact" fiasco of §XIII).

| ORDER OF PROBATION CONDITIONS UPON FINDING OF GUILTY OR SUFFICIENT FACTS | Court Division: Newton District Court | Trial Court of Massachusetts District Court Department |
|---|---|---|
| Probationer's Name: Walter Tuvel PCF# 5575013 DOB: 6/19/47 | Disposition: (37)1. Guilty Probation 2. Guilty Probation (38)1. Guilty Probation | ☒ Risk/Need or OUI Supervision ☐ Administrative Supervision |
| Docket No(s). In which Probation Ordered: 2312CR00037 & 2312CR000038 | | Probation Start Date: 10/19/23 — Probation End Date: 10/17/25 |

TO THE ABOVE-NAMED PROBATIONER: You are hereby placed on probation by this Court. Unless you are excused by your probation officer, you must appear in court on the probation end date indicated above, at which time a report on your progress will be made. If you fail to appear on that date or any other date required, a warrant may be issued for your arrest.

## GENERAL CONDITIONS OF PROBATION (You must comply with items 1 - 6 unless struck by judge)

1. Obey all court orders and all local, state and federal laws, including any support order as defined in G.L. c. 119A, § 1A.
2. Report to your probation officer at such times and places as he or she requires, and make no false statements to your probation officer.
3. Notify your probation officer within 48 hours if your change residence or employment.
4. Submit a DNA sample, if required to do so by law, as instructed by a probation officer.
5. Register with the Sex Offender Registry, if required to do so by law.
6. Sign all releases necessary for supervision and verification of compliance.

## (You must also comply with items 7 - 9 if "Risk/Need or OUI Supervision" is checked above)

7. Allow the probation officer to visit, with or without notice, wherever you may be.
8. Report to your probation officer within 48 hours after you are released from any incarceration.
9. Do not leave Massachusetts unless you get the express permission of your probation officer or the court.

## SPECIAL CONDITIONS OF PROBATION (You must comply with all items checked below and all payment ordered)

10. ☐ EMPLOYMENT/SCHOOL: Remain employed or make reasonable efforts to obtain employment or attend school.

11. ☐ SUBSTANCE USE EVALUATION/TREATMENT: As directed by the probation officer, and subject to review by a judge on request, submit to and successfully complete any substance use evaluation, treatment and aftercare at a non-residential program ☐ and/or a residential program.

12. ☐ DRUG/ALCOHOL TESTING: No ☐ illegal or unprescribed drugs ☐ alcohol ☐ unprescribed marijuana/THC. Submit to random testing.

13. ☐ MENTAL HEALTH EVALUATION/TREATMENT: ☐ Submit to evaluation ☐ Comply with treatment and take medication as prescribed. _Do not post anything from trial regarding Autumn Haley to your or any website_

14. ☐ SPECIFIC PROGRAMS: Complete the following program(s), including any aftercare ☐ Anger Management _within scope of_ ☐ Driver Alcohol Education (G.L. c. 90, § 24D) ☐ 14-Day Residential Driver Alcohol Education _J. Boudreau's orders at_ ☐ Intimate Partner Abuse Education Program ☐ Other _March |April ∧ 2022_

15. ☒ HAVE NO CONTACT WITH: ☒ and STAY (distance) 10 feet _____ AWAY FROM (names) Chris Haley & his immediate family

16. ☐ HOME CONFINEMENT: Submit to home confinement and electronic monitoring until _____ as ordered.

17. ☒ OTHER CONDITIONS: Stay away from Chris Haley's property and away from his children's schools, remove anything/on/linked to

18. Make all FINANCIAL PAYMENTS and perform community service monthly as listed below by end date of Probation unless otherwise ordered by the court.

_website regarding Autumn Haley_
_that has been impounded by_
_10/24/23 4³⁰pm and don't_
_repost any impounded information_

| Type | Amount | Due Date And/Or Terms | Type | Amount | Due Date And/Or Terms |
|---|---|---|---|---|---|
| Probation Fee & Surcharge | | monthly | Counsel Fee/Contribution | | |
| Default Warrant Fee | | | OUI § 24D State Fee | | |
| Default Warrant Arrest Fee | | | OUI Victims Assessment | | |
| Court Costs | | | Head Injury Assessment/Surfine | | |
| Fine/Surfine/Civil Assessment | | | Drug Analysis Fee | | |
| Restitution | | see restitution order | Abuse Education Assessment | | |
| Victim/Witness Assessment | $90 | | Community Service | | |

| SIGNATURE OF PROBATIONER: I have read and understand the conditions of probation including the notices on the back.If I violate any such condition it may result in my arrest, revocation of probation, entry of a guilty finding (if not already entered), and the imposition or execution of sentence. I have received a copy of this Order. _WE Tuvel_ date: 10/24/23 | SIGNATURE OF JUDGE: _MICHAEL PABRI_ date: 10/24/23 |
|---|---|
| SIGNATURE OF INTERPRETER, if any: I have translated the front and back of this document to the probationer prior to his/her signature. date: | SIGNATURE OF WITNESSING PROBATION OFFICER: _Sarah Wood_ date: 10/24/23 |

DC-CR-27(Rev. 10.23.19)

Page 1 of 2