FILED
IN CLERKS OFFICE

2026 MAY -7 PM 12: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.



## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Plaintiff(s), *Walter Tavell* :

:

v. : Case No.

:

Defendant(s). *Christopher Hally et al.* :

## MOTION FOR PERMISSION FOR ELECTRONIC FILING

As the [✓] Plaintiff [ ] Defendant, in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed Local Rule 83.5.5(d) and the e-filing instructions on the Court's website: https://www.mad.uscourts.gov/caseinfo/cmecf-general.htm.

2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail and not by U.S. mail.

3. I understand that if my use of the Court's e-filing system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper but will continue to receive documents via e-mail.

4. I understand that I may not e-file on behalf of any other person in this or any other case, and e-filing is allowed in this case only.

5. I understand that I must regularly review my email for notices of activity in my case.

6. I understand that court staff are not permitted to provide legal advice, interpret orders, or advise as to the timing of the issuance of orders.

7. I affirm that I have regular access to the equipment necessary to e-file successfully.

8. I understand that PDF format is the only electronic format in which documents can be e-filed.

Name: _Walter Tuvell_

Address: _536 Main St._

Phone No.: _Reading MA 01867 781-475-7254_

Email Address: _wraltiTuvell @ gmail.com_

Date: _May 7, 2026_          Signature: _WE Tuvell_