# United States District Court for the District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
*(and other/unknown phones/emails)*

*... et al. (see list at Complaint Add. A)*

*Defendants*

Case № 1:26-cv-12088

## PLAINTIFF'S NOTICE:

## COMPLAINT VARIATIONS

# Variations of the Complaint

For the convenience of everyone concerned, I am maintaining online a number of "variations" of the Complaint master document for this case, available for free download, under various *Names:*

https://f002.backblazeb2.com/file/PublicSharedFiles/
Tuvell-v-Haley/*Name*.pdf

They are the following:

| Name | Description |
|---|---|
| **ComplaintII_FILED** | **Original —** I *printed* this PDF onto *paper* (as required by court rule), and filed it (in person) at the clerk's office. |
| **ComplaintII_DKT** | **Official/docketed —** That filed paper copy (above) was time-stamped (on first page only) by the court clerk; then *scanned-in* by her *(this document);* and she posted it to PACER as Docket #1 (it's also on RECAP, https://www. courtlistener.com/docket/73312678/tuvell-v-haley/). Online, the main document and its 5 addenda are stored separately, but we've concatenated them together here. |
| **ComplaintII_DKT_OCR** | **OCR** (text-searchability) added to ComplaintII_DKT. |
| **ComplaintII_STAMPED** | **Stamped —** A few days after filing, I received a *stamped paper* copy via U.S. mail, which I *scanned* into this PDF. |
| **ComplaintII** ⊛ | **Canonical —** This is considered to be the **normal/standard** variation (albeit not "official," that's above). It is in principle *"alive"* (open-ended), subject to *updates over time* (along with the next two variations below), but only for *trivial bug-fixes,* if/whenever bugs are discovered. |
| **ComplaintII_DIFF** | **Differences —** *Comparison* of the *frozen official* ComplaintII_FILED with the *live/canonical* ComplaintII. |
| **CompaintII_OCR** | **OCR** added to ComplaintII, but only where needed (namely, just to the Addenda, but not to fn. 57(i)). |
| **ComplaintII_VARIATIONS** | **This** very document. Like the standard ComplaintII, this can potentially change over time (extremely unlikely). |

*WE Tuvell*

Walter Tuvell
Fri May 15 2026