# United States District Court for the District of Massachusetts (Boston)

| | |
|---|---|
| **Walter Tuvell**<br>PhD, *Pro Se*<br>836 Main St.<br>Reading, MA 01867<br>(781) 475-7254<br>walt.tuvell@gmail.com<br><br>*Plaintiff*<br><br>v.<br><br>**Christopher Haley (Husband/Father)**<br>**Amanda Haley (Wife/Stepmother)**<br>**Autumn Haley ((Step-)Daughter)**<br>71 Tennyson Rd.<br>Reading, MA 01867<br>(781) 944-0186<br>christopher.haley@ci.reading.ma.us<br>*(and other/unknown phones/emails)*<br><br>**... et al. (see list at Complaint Add. A)**<br><br>*Defendants* | Case № <u>1:26-cv-12088</u><br><br><br>**PLAINTIFF'S**<br><br>**MOTION FOR AID IN**<br>**EFFECTING SERVICE**<br>**WITH A**<br>**SUGGESTED ORDER** |

# CATEGORIES OF DEFENDANTS FOR EFFECTING SERVICE, AND PROBLEMS ATTENDANT THERETO

At Complaint ¶113 (p. 71–72) for *this* case ("2nd version," № 1:26-cv-12088), *(i)* I wrote that I'd encountered grave/insurmountable difficulties in attempting to **effect service** in the *preceding* case ("1st version," № 1:25-cv-10566). There too, *(ii)* I stated that I was *anticipating* a repeat of the same problems[1] now in *this* (2nd version) incarnation of the case; and that *(ii´)* I was planning to "file an appropriate Motion to this Court, seeking the Court's guidance/advice/help" on this matter (pursuant to FRCvP 4(c)(3), "special appointment" clause). *(iii)* That's what the instant filing does.

In the Complaint, there are **98 listed Defendants** (people and organizations). They fall into **5 categories** for the purpose of effecting service:

| CATEGORY | DESCRIPTION | COUNT & WHO |
|---|---|---|
| **#1 —** Contact info known; can contact. | I have address/email info; can use (have done so). | 7 — Deguglielmo, Berlo, Mitchell, Mead, Chalmers, Okstein, Arnel. |
| **#2 —** Contact info known; but cannot contact. | I have address/email info; but cannot use (per illegal "no-contact order"). | 3 — Haleys (Christopher, Amanda, Autumn). |
| **#3 —** Name known, but not contact info (only organization). | I have name, but not contact info; do have organization contact info known. | 56 — Listed mostly by name and organizational "%" tag, some by U.S. Mail or website; all are government-related. |
| **#4 —** Name unknown. | I don't have name; do have organizational contact info. | 27 — Listed by "_Name" and org./govt. relationship; like Cat. #3, but worse. |
| **#5 —** Contact info only partially known. | Organizations; contact information partially known. | 5 — Reading, Woburn, Newton town/cities; Middlesex county; MA state. |

The five Defendant categories defined above in ¶2 present differing characteristics/issues for effecting service:

**Cat. #1 —** This shouldn't be a problem for me.[2]

---

[1]    The service problems extend further than what I wrote about in the Complaint, but I am discussing them now herein (it wasn't relevant for the Complaint, but it is now).

[2]    Despite the fact that I *think* I can (still) contact these Cat. #1 Defendants *directly*, it may make more sense to lump them together with their Cat. #3 "%" affiliates (except for Arnel) and contact them that way.

**Cat. #2 —** This is the **biggest problem.** By law, I *should* be able to straightforwardly directly contact the Haleys with the FRCvP service materials.[3] But when I tried doing that with the 1st version of this case, I was outrageously thwarted by the Defendants (as stated at Complaint ¶108–109 (p. 65–68)). To avoid that problem again with this 2nd version, **I need the Court's help.**

**Cat. #3 —** This is another **very major problem** I had with the 1st version case. Namely, when I tried contacting the Cat. #3 "%" (and other) office/administrative contacts, ***all* of them refused/ stonewalled me,** in two ways: either *(i)* **implicitly ghosting** me, by not-responding at all; or else *(ii)* **explicitly telling me** they wouldn't help (an **example** of which is given in **Add. B** below). That was *inexcusable:* an honest public servant should/ would/must have assisted me in **delivering papers** to Defendants (as explained below in fn. 3 and Add. A), as I requested.

**Cat. #4 —** The "%" (ant other) contacts corresponding to these Defendants should jump whatever bureaucratic hoops they need to, in order to *(i)* **identify** the Cat. #4 Defendants, and then to *(ii)* **follow through** as with Cat. #3.

**Cat. #5 —** I need to somehow get my papers to the **right people.** In the previous/1st incarnation of this case I tried doing so (by online research, and asking folks), but failed. This, again, can only be solved by public-service acts akin to Cat. #3–4.

## MOTION FOR AID IN EFFECTING SERVICE

Given the situation outlined above, I hereby **move** this Court to now provide me with some appropriate tools/help in effecting service in this

---

[3] As I attempted to do with the 1st version of this case (see Complaint ¶108, p. 65–66), I wish to exercise the FRCvP 4(d) option of *(i) first* attempting *"informal"* service via direct (email) communication of **Complaint/Summons/Notice-and-Request-for-Waiver/ Waiver-Form** (see **samples** at **Add. A** below); and *(ii) then* if that doesn't succeed, following it up with *"formal"* third-party service.

case. Specifically, according to my best guess, I am asking the Court to *(i)* issue an **Order** that I can forward to recalcitrant parties (as described above),[4] somewhat along the lines of the proposed Court Order given in the following §, such that they will feel compelled (and properly so) to respond to my requests for (informal, fn. 3) service. Alternatively, *(ii)* if the Court would prefer to provide me with some other form of "guidance/advice/help on how to effect service," I'd be open to that too.

## SUGGESTED COURT ORDER

The following language captures what I believe should be the most important/acceptable/necessary/sufficient salient features of the requested Court Order:[5]

> Like all civil suits conducted in this Court, this action, № 1:26-cv-12088, represents a citizen's petition to the judicial branch of government, in the sense of the First Amendment, for dispute resolution. As such, its good-faith service and prosecution, *per se,* by both the parties and the Court, as exercised in accordance with the authorized rules of court, is strongly legally protected, and can in no way be considered a true violation of any valid law, including any other court's order. The course and pendency of this case may not be legitimately curtailed or negatively affected in any manner by any entity other than this Court, absent a spontaneous prior written accompaniment with strictly scrutinized detailed rationale therefor, and sanctioned by a hearing before this Court. Further, all governmental officials who are involved or contacted concerning any aspect of this action are expected, instructed, and enjoined to faithfully and generously fulfill their oaths and du-

---

[4]    The "recalcitrant parties" in question are largely *MA state/local officials/employees* (clerks and the like), and the suggested Court Order (below) is mostly targeted to them.

[5]    See Add. B (p. 15) regarding the **rationale for some of this language,** and Add A (p. 14) for **how the proposed Order is intended to be used.**

ties of office, to the best of their abilities. They are required to, among other things, render their most honest, ethical, responsible, useful, and helpful services to the plaintiff and defendants, this being in the well-understood interests of the public's common weal. This Order takes no position on the substantive merits of the underlying case, whose allegations and arguments have yet to be tested.

## VERIFICATION; CERTIFICATION; SIGNATURE

Pursuant to FRCvP 11(a), I hereby verify that I am respectfully submitting this document, and signing it, under the pains and penalties of perjury (28 USC §1746). The document's claims/accusations/arguments are truthful/correct/accurate/honest, to the best of my knowledge/information/understanding/belief, and ability to represent them. I certify that the document satisfies the requirements of FRCvP 11(b).

*WE Tuvell*

Walter Tuvell
Mon May 18 2026