# ADDENDUM A
# SAMPLES OF THE 7 PROPOSED DOCUMENTS: COVER LETTER(S), AND COMPLAINT / SUMMONS / NOTICE AND REQUEST FOR WAIVER / WAIVER FORM / COURT ORDER

This Addendum exhibits 7 draft samples/templates for the following documents (believed to be non-controversial), which Plaintiff Tuvell is preparing for use in effecting service (acting *pro se*) in this case (see fn. 3), to be communicated to the Defendants via electronic means (email, cloud storage) insofar as possible/feasible:

**Cover Letter —** A communique, styled as an **email,** in 2 editions:
    **Individualized** (for individual persons), with 5 **attachments** (below in this list, following these 2 editions of the cover letter) — 1 page (p. 7).
    **Collectivized** (for organizational "%" contacts), pointing to **on-line ZIP archives** containing the same material as the 5 attachments — 1 page (p. 8).

**Complaint Variations —** 2 pages (p. 9–10).

**Summons —** 1 page (p. 11).

**Notice of Action, Request for Waiver —** 1 page (p. 12).

**Waiver Form —** 1 page (p. 13).

**Order To Help With Service —** 1 page (p. 14). This is the Court Order as requested by the instant Motion (¶5 above).

As presented here, these are mostly at *draft* stages (mocked-up, but with working URLs); changes are to be expected as necessary/advisable before they're finalized (but "morally equivalent" to the drafts).[6]

**Feedback on any/all of these would be appreciated!**

---

[6] It's also undecided at this time whether to use both editions (individualized, collectivized), or just to a single edition (the collectivized one) for all Defendants. An argument in favor of the former (both editions) is that it's "easier" (in an individualized sense) for the recipients. An argument for the latter (single edition) is that it can be sent as a single email to all recipients (though some recipients only support webform communication, not email), enabling all recipients to coordinate and "get on the same page" from the beginning.

| **From:** | Walter Tuvell (walt.tuvell@gmail.com) |
| **To:** | ⟨*Defendant Name & Email Addr*⟩ |
| **Date:** | ⟨*DayName Month DayNumber Year TimeStamp*⟩ |
| **Attachments:** | ComplaintII_VARIATIONS.pdf |
| | Summons.pdf |
| | NoticeRequestWaiver.pdf |
| | WaiverForm.pdf |
| | OrderToHelpWithService.pdf |
| **Subject:** | ATTENTION — YOU ARE BEING SUED. |

**Body:**

The information that you need to know about this legal action is attached hereto.

You are invited to address any/all responses/problems/issues/questions/comments (of a "non-legal-advice" nature) to:

Walter Tuvell *(pro se)* ‖ 836 Main St. ‖ Reading MA 01867
(781) 475-7254 ‖ walt.tuvell@gmail.com *(preferred)*

**From:**  Walter Tuvell (walt.tuvell@gmail.com)

**To:**  ⟨*Defendant Name & Email Addr*⟩

**Date:**  ⟨*DayName Month DayNumber Year TimeStamp*⟩

**Attachments:** *(none)*

**Subject:**  ATTENTION — YOU ARE BEING SUED (or, certain persons within your purview/acquaintance, are being sued).

**Body:**

▶ If *you* (any recipient of this note) are either *(i)* an <u>organizational contact for</u>, or *(ii)* an <u>acquaintance of</u>, any of the **Defendants** (listed in the Complaint, at its p. 1,80–83), then **you are required to *forward this note to such person(s) within your purview*** — per the Court Order, below. ◀

The information that you need to know about this legal action is contained in the documents described below. They're posted online in Internet cloud storage, available for free download at the indicated URLs.

The initial **Complaint** for this suit is available in several "variations" (you can choose the one(s) you prefer), as described in the document at:
https://f002.backblazeb2.com/file/PublicSharedFiles/Tuvell-v-Haley/ComplaintII_VARIATIONS.pdf

There are 98 "named" **Defendants** in this suit. The individualized **Summons** for them (plus a *blank* one, for those who need/prefer it), are contained in the ZIP archive file at:
https://f002.backblazeb2.com/file/PublicSharedFiles/Tuvell-v-Haley/Summons_ALL.zip

This note/information is being sent pursuant to the MREF (Massachusetts Rules of Electronic Filing). It serves as a standard **"offer of 'informal' service-of-process"** (in lieu of "'formal' service"), pursuant to FRCvP (Federal Rules Civil Procedure) 4(d) — which **you have a duty to accept,** per FRCvP 4(d)(1). As such, 98 individualized **Notices and Requests for Waiver** accompanying this offer (plus a *blank* one) are at:
https://f002.backblazeb2.com/file/PublicSharedFiles/Tuvell-v-Haley/NoticeRequestWaiver_ALL.zip
Also included in this ZIP archive is a (single) **Waiver Form,** which is to be used by all Defendants.

Of interest to everyone will be the following **Court Order to Help with Service** in this case, which **obliges you/everyone** to render this matter your good-faith attention/assistance, for (insofar as possible): *(i)* **contacting** the Defendants you can (forwarding this note to them); and/or *(ii)* **identifying** (and also contacting) the **unknown "_NAME"** Defendants.
https://f002.backblazeb2.com/file/PublicSharedFiles/Tuvell-v-Haley/CourtOrderToHelpWithService.pdf

You are invited to address any/all responses/problems/issues/questions/comments (of a "non-legal-advice" nature) to:
Walter Tuvell *(pro se)* ‖ 836 Main St. ‖ Reading MA 01867
(781) 475-7254 ‖ walt.tuvell@gmail.com *(preferred)*

# United States District Court
## for the
## District of Massachusetts (Boston)

**Walter Tuvell**
  PhD, *Pro Se*
  836 Main St.
  Reading, MA 01867
  (781) 475-7254
  walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
  71 Tennyson Rd.
  Reading, MA 01867
  (781) 944-0186
  christopher.haley@ci.reading.ma.us
    *(and other/unknown phones/emails)*

*... et al. (see list at Complaint Add. A)*

*Defendants*

Case № <u>1:26-cv-12088</u>

## Plaintiff's Notice:

### Complaint Variations

*— 1 / 2 —*

# VARIATIONS OF THE COMPLAINT

For the convenience of everyone concerned, I am maintaining online a number of "variations" of the Complaint master document for this case, available for free download, under various *Names:*

https://f002.backblazeb2.com/file/PublicSharedFiles/
Tuvell-v-Haley/*Name*.pdf

They are the following:

| NAME | DESCRIPTION |
|---|---|
| **ComplaintII_FILED** | **Original —** I *printed* this PDF onto *paper* (as required by court rule), and filed it (in person) at the clerk's office. |
| **ComplaintII_DKT** | **Official/docketed —** That filed paper copy (above) was time-stamped (on first page only) by the court clerk; then *scanned-in* by her *(this document);* and she posted it to PACER as Docket #1 (it's also on RECAP, https://www.courtlistener.com/docket/73312678/tuvell-v-haley/). Online, the main document and its 5 addenda are stored separately, but we've concatenated them together here. |
| **ComplaintII_DKT_OCR** | OCR (text-searchability) added to ComplaintII_DKT. |
| **ComplaintII_STAMPED** | **Stamped —** A few days after filing, I received a *stamped paper* copy via U.S. mail, which I *scanned* into this PDF. |
| **ComplaintII** ✳ | **Canonical —** This is considered to be the **normal/standard** variation (albeit not "official," that's above). It is in principle *"alive"* (open-ended), subject to *updates over time* (along with the next two variations below), but only for *trivial bug-fixes,* if/whenever bugs are discovered. |
| **ComplaintII_DIFF** | **Differences —** *Comparison* of the *frozen official* ComplaintII_FILED with the *live/canonical* ComplaintII. |
| **CompaintII_OCR** | **OCR** added to ComplaintII, but only where needed (namely, just to the Addenda, but not to fn. 57(i)). |
| **ComplaintII_VARIATIONS** | **This** very document. Like the standard ComplaintII, this can potentially change over time (extremely unlikely). |

*WETuvell*

Walter Tuvell
Fri May 15 2026

*— 2 / 2 —*

# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WALTER TUVELL** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:26−CV−12088−LTS** |
| **CHRISTOPHER HALEY, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

⟨Defendant Name⟩
⟨Defendant Addr⟩
⟨Defendant Phone⟩
⟨Defendant Email⟩

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ––– or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ––– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Walter Tuvell *(pro se)*
836 Main St., Reading MA 01867
(781) 475-7254
walt.tuvell@gmail.com *(preferred)*

The "attached" Complaint is to be **downloaded** from Internet cloud storage. See:
  https://f002.backblaze2.com/file/PublicSharedFiles/
  Tuvell-v-Haley/ComplaintII_VARIATIONS.pdf
(If you have problems downloading, contact Tuvell.)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**

*CLERK OF COURT*

**/s/ – Flaviana de Oliveira**

*Signature of Clerk or Deputy Clerk*

**ISSUED ON 2026−05−07 17:04:52**, Clerk USDC DMA

AO 398 (Rev. 12/93)

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO: (A)    〈Defendant Name〉

as    (B) _____  of (C) _____

     A lawsuit has been commenced against you (or the entity on whose behalf you are addressed).  A copy of the complaint is attached to this notice.  It has been filed in the United States District Court for the
(D) _____ District of     Massachusetts
and has been assigned docket number (E)     1:26-cv-12088   .

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint.  The cost of service will be avoided if I receive a signed copy of the waiver
within (F)    45    days after the date designated below as the date on which this Notice and Request
is sent.  I enclose a stamped and addressed envelope (or other means of cost-free return) for your use.  An extra copy of the waiver is also attached for your records. (Reference: Fed. R. Civ. P. 4(d))

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff, this    〈Day〉   day of
_____〈Month〉_____ , ____2026____ .

_WETwoll_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff

A—Name of individual defendant (or name of officer or agent of corporate defendant)
B—Title, or other relationship of individual to corporate defendant
C—Name of corporate defendant, if any
D—District
E—Docket number of action
F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Walter Tuvell | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:26-cv-12088 |
| Christopher Haley, *et al.* | ) | |
| *Defendant* | ) | |

## WAIVER OF THE SERVICE OF SUMMONS

To:   Walter Tuvell

*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____⟨Month Day⟩ 2026_____, the date when this request was sent (or 90 days if it was sent outside the United States).  If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____     _____
                                                            *Signature of the attorney or unrepresented party*

_____     _____
*Printed name of party waiving service of summons*          *Printed name*

                                                            _____
                                                            *Address*

                                                            _____
                                                            *E-mail address*

                                                            _____
                                                            *Telephone number*

---

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint.  A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

## COURT ORDER TO HELP WITH SERVICE

Like all civil suits conducted in this Court, this action, № 1:26-cv-12088, represents a citizen's petition to the judicial branch of government, in the sense of the First Amendment, for dispute resolution. As such, its good-faith service and prosecution, *per se,* by both the parties and the Court, as exercised in accordance with the authorized rules of court, is strongly legally protected, and can in no way be considered a true violation of any valid law, including any other court's order. The course and pendency of this case may not be legitimately curtailed or negatively affected in any manner by any entity other than this Court, absent a spontaneous prior written accompaniment with strictly scrutinized detailed rationale therefor, and sanctioned by a hearing before this Court. Further, all governmental officials who are involved or contacted concerning any aspect of this action are expected, instructed, and enjoined to faithfully and generously fulfill their oaths and duties of office, to the best of their abilities. They are required to, among other things, render their most honest, ethical, responsible, useful, and helpful services to the plaintiff and defendants, this being in the well-understood interests of the public's common weal. This Order takes no position on the substantive merits of the underlying case, whose allegations and arguments have yet to be tested.