# ADDENDUM B
# SAMPLE REFUSAL TO HELP

The email chain below illustrates the kind of **"very major problem"** mentioned in connection with the description of Cat. #3 (p. 3 above). The chain consist of two emails between myself and Laura Gemme (Reading Town Clerk, see Complaint p. 80 $\ell$. 30):

**My Request to Gemme —** 2 pages, p. 16–17.
**Gemme's Response to Me —** 1 page, p. 18.

Gemme's "DoS (Denial of Service)" response also illustrates why **language has been included** in the Proposed Order (¶5 and Add. A p. 14) encouraging officials to be "as honestly/responsibly helpful as possible." Because, Gemme's response is worse than being merely passively *non-responsive* — it's actively/aggressively *obstructive* (conjecturally, because of political reasons, aligning with the Haleys' MAGAism). For, all three of her sentences are **multiply misleading/false doubletalk/lies:**

*(i)* She says she "cannot act as process server." Though, *(i′)* I didn't ask her to do that; but besides, *(i″)* she *could* do so if she wanted to (she satisfies all the qualities required of a process server).

*(ii)* She says it's "your [Tuvell's] obligation to ensure service is properly made." But, that's exactly what I'm trying to do, and I can't, by myself, do anything more effective: *(ii′)* the town veils/shrouds the needed contact information from me, so *(ii″)* I myself can't contact Defendants *directly;* and thus *(ii‴)* I'm reduced to trying to contact them *indirectly,* by forwarding through her. And she knows this.

*(iii)* She says she "cannot accept electronic service of process." Of course *(iii′)* she can't "*accept* service of process," in any sense (because she's not a named Defendant). But *(iii″)* I didn't ask her to do that (I only asked for her *help*); and, too, *(iii‴)* electronic communications is perfectly acceptable for this sort of thing (according to MREF, which I proactively cited to her).

Request for help with Service of Process

| | |
|---|---|
| **Subject:** | Request for help with Service of Process |
| **From:** | Walt Tuvell <Walt.Tuvell@gmail.com> |
| **Date:** | 03/11/2025, 3:04 PM |
| **Attachments** | Complaint.pdf (4.22 MB), |
| | Summons_BenjaminMoffett.pdf (373.83 KB), |
| | Summons_BenjaminWoodward.pdf (373.84 KB), |
| | Summons_ChristineAmendola.pdf (373.79 KB), |
| | Summons_ChristopherPicco.pdf (373.95 KB), |
| | Summons_DavidClark.pdf (373.76 KB), |
| | Summons_GuivensonBrizard.pdf (374.1 KB), |
| | Summons_JoshGraciale.pdf (373.92 KB), |
| | Summons_MattOrr.pdf (373.71 KB), |
| | Summons_MichaelFitzgerald.pdf (373.96 KB), |
| | Summons_MichaelLee.pdf (373.74 KB), |
| | Summons_OfficerName1.pdf (374.78 KB), |
| | Summons_OfficerName2.pdf (374.72 KB), |
| | Summons_SalviLaVita.pdf (373.69 KB), |
| | Summons_ShilohClark.pdf (373.73 KB), |
| | Summons_StevePelland.pdf (373.61 KB) |
| **To:** | lgemme@ci.reading.ma.us |

Greetings —

I am writing to you in your official/government capacity, pursuant to the Rules of Federal Court concerning "Service of Process" of Complaint and Summons (FRCvP 4,5; DMassLR 4,5; MRCvP 4,5; MREF 4–7).

I have initiated a Civil Lawsuit in Federal District Court (D.Mass., Boston) against the Defendants specified in the attached Complaint. The assistance I am requesting of you is very straightforward: simply FORWARD THIS EMAIL/LETTER (with attachments) to certain of the Defendants (or their legal representatives). I'm asking for this help because I don't know how to contact most of the Defendants (their contact information isn't published), and a level of indirection is considered formally correct (FRCvP 4(c)(2)).

The Defendants I seek your help with are the persons named in the attached Summons(es), who are UNDER YOUR PURVIEW. According to my understanding, you (in your official position) are an authorized agent/point-of-contact for those people for this purpose, and as such you have a duty to administratively assist in this manner. If I misunderstand, please point me to the proper person(s) I should be contacting instead, or just forward this letter to them as intermediary.

Note that the CONTACT INFORMATION in the Summons for each Defendant is formatted using "PDF Annotations" (not "PDF Forms"), intended to be EDITED/ CORRECTED (by you or the Defendant) as necessary, with a suitable PDF Reader/ Editor (using any text font they wish, I use DejaVu Sans). For some defendants,

*— 16 / 18 —*

Request for help with Service of Process

their NAME/IDENTITY may be misspelled, or a PSEUDONYM given (with references to the Complaint). It is the responsibility of you (or an intermediary you contact/ designate, or the Defendant) to edit/correct/supply those names and contact information, as part of this case's Service & Discovery process.

For Compliance purposes ("proof of service"), the Court requires that records/ documents (such as this letter) be maintained/archived. So I look forward to your prompt RESPONSE to this request for assistance, indicating: (i) your receipt of this letter; (ii) your success or failure in contacting/serving the Defendants; (iii) other relevant progress reports, such as forwarding to an intermediary. This paragraph applies to the Defendants too (in particular, notifying me of their receipt/ acceptance of Complaint and Summons).

Of course, anyone (you, Defendants, or others) is invited to contact me directly for any reason about this matter (email preferred), in my capacity as my own lawyer pro se.

Thank you.

— Walter Tuvell, walt.tuvell@gmail.com

RE: Request for help with Service of Process

| | |
|---|---|
| **Subject:** | RE: Request for help with Service of Process |
| **From:** | "Gemme, Laura" <lgemme@readingma.gov> |
| **Date:** | 03/11/2025, 7:07 PM |
| **To:** | Walt Tuvell <walt.tuvell@gmail.com> |

Dear Mr. Tuvell,

I cannot act as your process server to any named Defendant. It is your obligation to ensure service is properly made on all Defendants. Furthermore, I cannot accept electronic service of process.

**Laura A Gemme, CMC /CMMC**
Town Clerk - Board of Registrar
Chief Election Official - Justice of the Peace
Commissioner to Qualify
Burial Agent - ADA Coordinator
Chief Records Access Officer - Census Liaison

**Town of Reading**
16 Lowell Street
Reading, MA 01867
(P) 781-942-6647
(C) 781-491-5215
(F) 781-942-9070
(E) lgemme@ci.reading.ma.us
(W) http://www.readingma.gov

Town Hall Hours:
Monday, Wednesday and Thursday - 7:30 AM to 5:30 PM
Tuesday - 7:30 AM to 7:00 PM
Friday - CLOSED

When writing or responding, please remember that the Secretary of State's Office has determined that email is a public record.  This communication may contain privileged or other confidential information. If you are not the intended recipient, or believe that you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use the information. Also, please indicate to the sender that you have received this email in error, and delete the copy you received.

*— 18 / 18 —*