# United States District Court for the District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
  *(and other/unknown phones/emails)*

*... et al. (see list at Complaint Add. A)*

*Defendants*

Case № 1:26-cv-12088

**PLAINTIFF'S CLARIFICATION *RE* DKT. 10–11, AND RENEWAL OF MOTION**

# CLARIFICATION *RE* DKT. 10–11, AND RENEWAL

I filed my Dkt. 10 **("Motion")** in this Case two days ago, and Judge Sorokin rejected it yesterday with his Dkt. 11 **("Denial"),** stating **two reasons.** However, to my way of understanding, those reasons don't appear to accurately track what the Motion intended. That indicates a miscommunication, in some/both direction(s). Today's instant Notice represents *(i)* a good-faith **attempt to clarify the situation,** and *(ii)* a Renewal of the clarified Motion.

## FIRST REASON: NUMBER OF DEFENDANTS

The Denial first states that the Complaint "**does not name** 90 plus defendants." But it appears that that many[1] Defendants **are indeed named** by the Complaint, in two ways: *(i)* In the **text** itself, **98** entries are contained in the caption's list of Defendants (beginning on p. 1, and continuing through Add. A at p. 80–83). *(ii)* In the *prefatory descriptive text* (preceding the **docket table**) of the Court's current[2] **docket report** for this Case, the same[3] 98 Defendants are listed.

## SECOND REASON: IMPOSSIBILITY OF SERVICE

The Denial secondly states that the "Plaintiff bears responsibility to effect service." I'm less certain how to respond to this, because I agree with it, insofar as I understand it. So, presuming I don't fully understand it, I can

---

[1] This many Defendants may "seem like a lot" at first blush (that is, before argument). However, that question is a function of the rights/laws violated, which has already been visited in the Complaint itself (¶ 9 p. 9–11; p. 6 fn. 9; p. 75 fn. 151), noting that *conspiracies* generally tend to involve multiple Defendants; But in any event, this issue (about "many" defendants) is not questioned by the Denial, so we needn't say anything more about it here.

[2] Though, that was not always the case: the earliest versions of the docket report didn't list the Defendants in its prefatory material (the report only listed, in the table's entry for Dkt. 1, the 3 lead Defendants, from the Complaint's 1st page). So, maybe this **time-dependent "race-condition"** could have been a source of misunderstanding?

[3] Modulo trivial transcription error ("Desimone" for "DeSimone"). (There are other errors in the docket report too, not addressed here because not relevant.)

only attempt to respond to the parts I (think I) do understand, as follows.

I do completely intend to **"effect service" *per se,*** that is, in the sense of "actually providing process papers to the Defendants." Dkt. 10 proves this intent, with its detailed laying-out of the steps I've taken towards that end (cf. Dkt. 10 Add. A), including its mocked-up/working drafts of documents/URLs.

Instead, my problem (as addressed by Dkt. 10), is *not the substantive* "how to serve" the Defendants *per se,* but rather *"merely" procedural:* **how to contact (and/or forward to) them in the first place** (with the *objective in mind* of serving them *per se*). That, and that *alone,* is what the proposed Motion (located at Dkt. 10 §5 and p. 14) is intended to be about, as a close reading[4] of Dkt. 10 reveals. In **paraphrase,** what the proposed Motion says is only this, and not more:

> This Federal Court is saying to MA state/local governmental bodies (executive/judicial branches): Let's just be grown-ups about this, and dispense with the now-overly-bureaucratic strict 19[th]-century (paper-and-horseback-based) "'formal' service" protocol, and instead proceed with its 21[st]-century (modern, electronic, Internet) counterpart, "'semi-formal' notice-and-waiver," which we know[5] is perfectly fine (it satisfies the requisites of justice, prejudices no one,[6]

---

4      As opposed to just Dkt. 10's *entitlement,* which is "Motion for Aid in Effecting Service with a Suggested Order." The words "Effecting Service" may have been inadvertently misleading (a *pro se* misstep, my apologies) due to imprecision, and should perhaps instead have been languaged as "Contacting Defendants."

5      Some references (besides the definitive FRCvP write-up itself) include: *(i)* David A. Hoffman, *Whither Bespoke Procedure?,* 2014 U. Ill. L.Rev. 389. *(ii)* Mary K. Bonilla, *Rethinking the Process of Service of Process,* 53 St. Mary's L.J. 255 (2022). *(iii)* Hague Conference on Private International Law, *Waiver of Process Under U.S. Law,* Info. Doc. No. 1 (2024).

6      Notably, the requested Dkt. 10 Motion is mindful of Defendants' rights, and abridges none of them — it just *enables* Plaintiff to make a *particular* kind of *mere communication* (**First Amendment** protected, by both **Speech** and **Petition** clauses), to Defendants (namely, to present "notice-and-waiver" documents, explicitly expressed in Dkt. 10). They

and is more convenient/efficient). OK?

Some such "salvo" like this is actually **needed** (it's not just a paranoid theoretical prophylactic conjecture), because the MA government persons involved have already **proven** (in the 1st version of this Case, № 1:25-cv-10566) their rogue tendencies in this regard (contact for service), as particularly exemplified by Dkt. 10's Add. B.

All-in-all, it's difficult for me to imagine how I'll be able to contact-and-effect service (be it "formal" or "informal") in this Case, absent some kind of impetus given (either now or later) by this Court to encourage/compel Defendants to "cooperate" (in some sense), given their past behavior. Absent such "help," I don't see what will prevent MA government officials from continuing to block me from bringing my Case, by **absolutely refusing** to either *(i)* supply me with Defendant's **contact information** that I need to effect service,[7] and/or *(ii)* **forward** to Defendants the service materials I provide. Without some such "help," effecting service will assuredly be **impossible** — after all, that's how Judge Caulo **already (illegally) deep-six'd** the 1st version of this Case (Complaint ¶111 p. 69–71).

## RENEWAL OF MOTION

On the basis of the preceding discussion, I'm unable to square the Denial's reasoning with the Motion's content, as much as I endeavor to invite any criticism that may arise in any aspect of my Case (and I'm openly proactive in correcting errors if I can understand them and find them valid).

---

could still, for example, proffer "good cause" arguments why notice-and-waiver would be a hardship for them; but since only local individuals and governmental bodies/employees are targeted, it is doubtful what such arguments would be.

[7] Even professional/corporate process delivery contractors require some kind of *contact (or forwarding) information/"help."* They don't conduct the required investigative work themselves, at least not the ones I've tried (in the 1st version Case). Absent, that is, the magnitude of resources that prosecutors of some such elusive target like a Ghislaine Maxwell can bring to bear (cf. Case 1:20-cr-00330 Dkt. 10, https://www.courthousenews.com/wp-content/uploads/2020/12/Maxwell-bail-opp.pdf) — noting that MA government is considerably more well-equipped than Maxwell to hide from the long arm of the law forever.

Therefore, for the reasons discussed herein, I find I can do nothing more at this point than cautiously **plea to renew** my Motion, by incorporating here by reference the same text as Dkt. 10, as **I now do.**

## VERIFICATION; CERTIFICATION; SIGNATURE

Pursuant to FRCvP 11(a), I hereby verify that I am respectfully submitting this document, and signing it, under the pains and penalties of perjury (28 USC §1746). The document's claims/accusations/arguments are truthful/correct/accurate/honest, to the best of my knowledge/information/understanding/belief, and ability to represent them. I certify that the document satisfies the requirements of FRCvP 11(b).

Walter Tuvell
Wed May 20 2026