# United States District Court
# for the
# District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
*(and other/unknown phones/emails)*

*... et al. (see Complaint Add. A)*

*Defendants*

Case № 1:26-cv-12088

**PLAINTIFF'S**

**SHA512 OF COMPLAINT**
*[2ND VERSION]*
*{1ST AMENDED}*

# SHA512 Checksum of Complaint

As stated at p. 1 fn. ∗ of our "Complaint [2nd version] {1$^{st}$ amended}," and for reasons given thereat, we are hereby accompanying today's CM/ECF filing of that Complaint with its SHA512 checksum. It is:

```
a6fdd953b5cc268b882575911b5d78b1
26ddb7912677bd5a3fea95651cfd9f06
879e8aab1af93f6e997181c76c0cd809
7ca2a81798ed2d4a35caa1781d723233
```

# Verification; Certification; Signature

I verify that I am respectfully submitting this document subject to the pains and penalties of perjury (28 USC §1746), and signing it pursuant to FRCvP 11(a). I certify that the document satisfies the requirements of FRCvP 11(b)(1–4), and that its claims/accusations/arguments are truthful/correct/accurate/honest, to the best of my knowledge/information/understanding/belief (based on inquiry/study reasonable under the circumstances), and ability to represent them.

WE Tuvell

Walter Tuvell
Thu Jun 11 2026