# 𝔘nited 𝔖tates 𝔇istrict 𝔆ourt for the 𝔇istrict of 𝔐assachusetts (𝔅oston)

<div style="border:1px solid">

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
<u>walt.tuvell@gmail.com</u>

*Plaintiff*

*v.*

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
<u>christopher.haley@ci.reading.ma.us</u>
*(and other/unknown phones/emails)*

*... et al. (list cont'd at Add. A, infra)*

*Defendants*

</div>

Case № **1:26-cv-12088**

**PLAINTIFF'S**

**VERIFIED COMPLAINT AND JURY DEMAND (WITH ADDENDA)**
*[2ND VERSION]*
*{2ND AMENDED}*\*,†

---

\*       ☛ **Plaintiff's asseveration** *re* **the instant document's filing and structure.** ☚ The instant **2nd amended Complaint** in this Case (succeeding its **1st amendment,** Dkt. 17) is being submitted as a **<u>unitary/indivisible PDF</u>** file, and is **not to be subdivided** (esp., its Addenda are *not* to be split off into separate PDFs). Cf. 1st amendment p. 1 fn. \*.

†       While our *(i)* 1st amendment (Dkt. 17) was submitted per court order (see its p. 1 fn. \*), this *(ii)* 2nd amendment is being submitted pursuant to *(ii')* FRCvP 15(a)(2) ("court's leave ... freely ... justice so requires"), together with *(ii″)* FRCvP 20(a)(2)(A) (joinder of Defendants) — both (items (ii',ii″)) per the main affected paragraphs, ¶51,116 below.

# I

## INTRODUCTION

*1* During Jan–Feb 2022, I was **falsely/unfathomably (pseudo-)prose-cuted/(pseudo-)convicted** of so-called (civil) **(Pseudo-)Harassment** — for **"committing"** *THE* MOST HIGHLY PROTECTED ULTRA-LEGAL ACT in all of American law. *Literally.* Namely, for innocently *"speaking"/disseminating/(re)publishing* (not authoring/inventing) a **copy** of **government-owned/issued documents** (*freely released*, non-secret, legally obtained, publicly (Internet) revealed/available by others, properly redacted (by me)), regarding a **Matter of Public/Political (i.e., Govt.-Related) Issue/Interest/Concern/Significance (MOPICS)** — *viz.,* a MA official/authorized Response to a *Public Record Request (PRR)*.[1] Upon my immediate vigorous objection(/motion/appeal), that case was belatedly recon-

---

[1] Here's the *definition/proof* of our **"*THE* ... *Literally* ... MOPICS(/FRP)"** assertion:

*(i)* First, the (so-called **"Fundamental"**) **Constitutional First Amendment Right of Free Speech/Press** already protects *even* the *mere fact/act/conduct of speech/communication* (regardless of its *content*), at the level of **Intermediate Scrutiny** ("substantial relation to important government interest," more protective than the weaker **rational basis** scrutiny, see ¶11(iv)). "[T]he *creation* and *dissemination of information* [vs. its actual **informational** *content*] *are speech* within the meaning of the First Amendment" (*Sorrell v. IMS Health Inc.,* 564 U.S. 552 (2011)).

*(ii)* Second, while that (item (i)) is indeed sufficient to protect all speech/publication we've ever communicated during this dispute (no species of harassment/defamation/stalking/privacy-invasion/etc. has ever existed, "not even close" as the judge said), our case is **deeper:** it *does* involve the **informational content/meaning/message/viewpoint of the communication** — thereby invoking the very strongest level of judicial **Strict Scrutiny** for abridging freedoms/rights: the *least-restrictive/most-narrow tailoring* to serve compelling government interests (cf. *Reed v. Town of Gilbert,* 576 U.S. 155 (2015)).

*(iii)* Third, and even **more/most deeply** (than items (i,ii)), our situation is specifically/solely about *MOPICS* **publications,** whereby speakers/publishers enjoy *THE VERY MOST* highly exalted level of protected *Speech/Press Freedom* — such that it's even known by specialized *keyword naming devices: (iii′)* **Right to Report (*re* Govt.); *(iii″)* Fair Report (*re* Govt.) Privilege (FRP)** (but *(iii″⅓)* **not Neutral Report Privilege (NRP),** which refers to publication of *non*-Govt. information, and also *(iii″⅔)* **not Reporter's Source/Shield Privilege (RSP),** which refers to the right of reporters to *shield their sources'* (govt. or not) *identity* (and other aspects) — both of which remain hotly debated topics, not (yet) highly protected; *(iii‴)* **Daily Mail** Principle (cf. ¶9(i′), fn. 73). Namely, to quote the Supreme Court in the notorious/extreme case of *Snyder v. Phelps* (562 U.S. 443 (2011)) (cleaned up, annotated, emphasis added (as routinely done throughout this Complaint, not necessarily with further repetition of notices like this one)):

sidered/(re)adjudged in Apr/May (by the *same* judge, see fn. 99), resulting in its **voidation/vacation/nullification, in entirety, *ab initio*** — which was, of course, the correct/true result under justice. And so, the whole story should have died a natural death right then/there. *See §III–VI for details.*

**2**    But it didn't.

(i) For more than a year afterward (Sep 2022 – Oct 2023), I was *again* (as in ¶1) **falsely**[2] **hounded/(pseudo-)prosecuted/(pseudo-)convicted** of (criminal) **(Pseudo-)Contempt,** for "committing" the **very *same* ULTRA-LEGAL (MOPICS) act:** but this time, the "spoken"/(re)published/revealed (legally-obtained) documents were *court proceedings/records*[3] regarding the above (¶1) illicit false/abusive (Pseudo-)Harassment case (reporting it honestly/faithfully/fully, both before and after it was nullified/voided) — thereby **exposing the government's (judges') wrongdoing** that had been perpetrated (then retrospectively retracted/annulled).

(ii) And, *simultaneously,* I was further **falsely**[(2)] **(pseudo-)prose-**

---

[1]    Speech [including writing/reporting/publishing, by individuals/press] on mat-ters of public concern **[MOPICS/FRP]** is at the **heart** [a.k.a., **privileged position,** with the *emphasis* on **privilege**] of the **First Amendment**'s protec-tion. The First Amendment reflects a profound national commitment to the principle that **debate** [a.k.a. **expression,** in the sense of fn. 7(ii)] on **public issues** should be uninhibited, robust, and wide open. That is because speech concerning public affairs is more than self-expression; it is the **essence of self-government.** Accordingly, **speech on public issues** occupies ***the highest rung [a.k.a. preferred position] of the hierarchy*** of First Amendment values, and is entitled to **special protection.**
    (iv) Importantly, the issues involved in this case/controversy are not mere "long-dead/theoretical/bloodless/abstractions." They're **living/practical/vital/materialisms.** To illustrate, consider a couple of **very recent** *real-life examples,* which juggle Free Speech/ Press (*vis-à-vis* national security), Strict Scrutiny, jurisdictionality, domesticism/minority (age-wise): *(iv′)* the academic *amicus* brief at https://reason.com/wp-content/uploads/2026/03/BlackmanvPoulsonAmicusBrief.pdf; *(iv″)* the court opinion at *Doe v. Mast,* 4th Cir., № 24-1900 (2026), https://www.ca4.uscourts.gov/opinions/241900.P.pdf.

[2]    Unfathomable again, given the previous voidation/vacation, and the huge number of additional **rock-solid/correct legal arguments** I timely offered in all courts (including ap-peals), but which the (new) judges silently/blindly/blithely ignored.

[3]    The *exact* details — concerning *exactly* what "certain proceedings/records" were al-leged to (pseudo-)contemn *exactly* (which clauses of) which court orders — was non-obvi-ous at the time (due to lack of clarity by the prosecutors/judges), but it ultimately got sorted out: see ¶83, ¶89, and ¶102 fn. 147.

**cuted/(pseudo-)convicted** of (criminal) **(Pseudo-)**<u>**Wiretapping,**</u> for **"committing"** another <u>**nearly-as-highly-protected LEGAL act:**</u>[4] namely, *recording* (in a public place, as publicly/officially/constructively beknownst to all participants at the time) official MOPICS *judicial proceedings* (during the illicit (pseudo-)Contempt case, as *evidence-gathering* for **reporting/exposing/proving** that governmental abuse too).

　　　*(iii)* I.e.: the prosecutors/judges were <u>**COVERING-UP their own (continuing conspiracy of) wrongdoing (¶1–2).**</u> *See §VIII–XI for details.*

3　　Following the above (¶2) (false) proceedings for (Pseudo-)Contempt/ Wiretapping, I immediately (starting in Oct 2023) **appealed** both those cases[5] to the **MA Appeals Court.** That court's <u>**false**</u>[6] **affirmation** (continuing the **cover-up**) was belatedly issued in Dec 2024; and a follow-up **Motion for Reconsideration or Modification (MRM)** was also <u>**falsely**</u>[(6)] **rejected** in Jan 2025. I submitted all these cases/appeals **(Application for Further Appellate Review, FAR)** to the MA **Supreme Judicial Court (SJC),** which also <u>**falsely**</u>[(6)] **denied** error in Feb. The *entire MA judicial hierarchy* thus pervasively <u>**conspired in the cover-up.**</u> *See §XII for details.*

4　　Accordingly, immediately thereafter (Mar 2025), I submitted those wrongfully-handled MA state-level cases ((Pseudo-)Harassment/Contempt/ Wiretapping/Appeals, ¶1–3) to the authority of this very U.S. D.Mass. District Court, for a proper higher-level scrutiny of those cases'/courts' **consti-**

---

4　　Precedent of MA SJC and First Circuit, in addition to (the even more important/controlling) MOPICS-protection under **First Amendment Speech/Press,** but now under the appellation **Right to Record (Govt.)** (see ¶9(iʹ)).

5　　The (Pseudo-)Harassment case couldn't/needn't have been "appealed" at that point, because it had already been annulled/voided/vacated (¶1).

6　　More unfathomability, since judges (and, most esp., appellate judges) are supposedly (and by oath) *the* most highly trusted/revered guardians of justice: "Trial [hence even moreso appellate] judges are **presumed to know** the law and to **apply it** in making their decisions" — *Walton v. Arizona,* 497 U.S. 639 (1990). A similar (though weaker) **default Presumption of Regularity** (or of **Good Faith**) applies to all other public/government officials too (though all such presumptions are rebuttable in law, as exhibited by this Complaint). Hence, the reliance I placed on those officials/judges at the time (to be sane/capable/honest individuals) was "reasonable" (albeit it turned out to be misplaced).

**tutional/federal aspects.** The filing of that **1st version of this Complaint** was of course *yet another* **highly-protected very-LEGAL** act.[7] Nevertheless, the Defendants continued their **conspiracy,** now to (falsely) portray/ convict me for the very act of filing/pursuit of that federal case, as a **"(Pseudo-)Violation of Probation (VOP) of a MA 'No-Contact' Clause"** (even fining me $2,000 therefor). *See §XIII for details.*

5    *(i)* Understandably at that point (to avoid the threatened imminent onslaught of further false/malicious attacks/retaliations), I reluctantly/prudently **involuntarily withdrew** that (¶4) 1st version Complaint in May 2025. After which, I necessarily took a total separation from the case for 10 months, until the present time (cf. also another, shorter, time-gap in activity at ¶97), to heal/regain/recover my personal strength/composure (physical/ psychological recovery from the ensuing overwhelming trauma/depression, noting my serious pre-diagnosed PTSD, mentioned at ¶11(i) and ¶121).[8]

*(ii)* Today, I now finally **(re)submit** this **new/2nd version** of my Complaint to this Court. It has been pervasively wordsmithed/revised/clarified/ improved/perfected from the 1st version (not "corrected," no noteworthy "errors" having been discovered), but the only seriously *substantive* difference is the addition now of §XIII, covering of the (Pseudo-)Probation affair mentioned in ¶4. Thus, the content of this Complaint comprises all the issues arising from the above (Pseudo-)Harassment/Contempt/Wiretapping/ Appeals/Probation cases (¶1–4), taken as a connected whole. As such it is

---

[7]    *(i)* Namely, this filing was protected by the First Amendment clause guaranteeing **Freedom of Petition** to the government, for **complaining about and seeking correction/redress** from grievances/injustices inflicted by policies/acts of government/others — most especially/formally via **access to the courts** by *filing lawsuits,* where it's commonly known as the **Litigation Privilege/Exception.** See ¶111.

*(ii)* Modern scholars, following Supreme Court guidance/interpretation, generally tend to subsume the First Amendment's four clauses for Speech/Press/Petition/Assembly (exempting only its Religion clause(s)) into a single expansive/unified super-clause, widely denominated **Freedom of Expression.**

[8]    It was (only) for a similar reason I also didn't pursue a case against the MA courts with a 28 USC §1257 petition for certiorari to the Supreme Court.

rather lengthy/complicated of justifiable necessity,[9] but eased by extensive preliminary material in §II (with its helpful guidance at the ¶9 outline, ¶10 digest, and ¶12 orientation), before getting into the daunting details at §III–XIII.

**6**    Our **theme** is **Justice,** as embodied in the **Law** (see Postscript, ¶129).

The **headline** is this: Our case represents what is, without distortion/exaggeration/doubt, a (perhaps even "the"/unique/unprecedented (but see fn. 177)) **most extreme Travesty of Justice** via **severe/pervasive/hostile/malicious Constitutional Tort violations** (§1983, see ¶9(i)) **ever seen:**[10] deliberate/focused/systematic flagrant/flamboyant deprivation/violation/abuse of Constitutional/federal rights by "trusted" (though untrustworthy) MA governmental[11] "authorities," acting illegally under **false**(/fake/pretended) **color**(/aegis/pretense/semblance) **of office/law**[12] (esp. if they **lack jurisdiction/authority**). *Dozens* of miscreant MA officials (judges, magistrates, prosecutors, police) are involved/implicated, unjustly "ganging-up"/"piling-on," acting illegally/corruptly/sadistically together, ***conspiratorially*** (not just in "parallel conduct," see paraphrase in ¶118), in subservient thrall to the instigating Defendant Haley family, to abridge a **myriad**[13] of federal

---

[9]    Compare the length of this "non-obvious/trivial" Complaint with the length of some "obvious/trivial" court opinions, such as *Trump v. Barbara,* № 25-365 (Birthright Citizenship case, 194 pages including syllabus, https://www.supremecourt.gov/opinions/25pdf/25-365_4hdj.pdf, "Citizenship Clause of Fourteenth Amendment means what it says").

[10]    The closest match we've found is an object-lesson for (though "lesser" than) our case, as it is: also *(i)* a "landmark" "particularly egregious" case; also *(i′)* right here in MA; also *(i″)* a "§1983+" case; also *(i‴)* orchestrated by vicious/vindictive "especially unworthy" government officials; and also *(i⁗)* prosecuted by a *pro se* plaintiff (at least initially), whose name is "Walter – – – ell." It(/they) is(/are): *(ii) Powell v. City of Pittsfield,* 143 F. Supp. 2d 94 (D. Mass. 2001); *(ii′) Powell v. City of Pittsfield* (221 F. Supp. 2d 119 (D. Mass. 2002)); *(ii″) Powell v. Alexander* (391 F.3d 1 (1st Cir., 2004)). And that's not even to mention its follow-up fallout, of: *(iii)* SJC Order of Suspension, *In the Matter of Kathleen Alexander,* 23 Mass. Att'y Disc. R. 9 (2007); *(iii′) Matter of Alexander,* NY Slip Op 10024 (46 AD3d 1211), Appellate Division, Third Department (2007).

[11]    All events have taken place in the Town/Cities of Reading/Woburn/Newton, County of Middlesex, State of MA.

[12]    See fn. 186

and state[14] Constitutional Civil and other Legal Rights (listed in ¶9 below) of a *single individual* (not a class) (*pro se* or not) totally innocent/blameless (in both legal and colloquial senses) victim: me.

# II
# BOILERPLATE LEGALISMS

7    The operative **factual events** underlying the many **causes of action (COAs)** (¶9) for this Complaint **are not arguably under dispute** (only the applicable *laws,* and their *application* or *lack* thereof, are disputed), because all the relevant/actual/reliable evidence (court papers/filings/recordings) is available (so only minimal/no discovery will be needed). These events comprise **faked/falsified/*faux* judicial proceedings by rogue judges with their cohorts in *conspiracy*,** and are presented in §III–XIII below. Viewed as an overall/whole picture, this factual landscape is **already well-known** to the Defendants *in toto* all too well.[15] Our fact claims (as presented herein) are: *(i)* based on my own **personal/firsthand/actual[16] knowledge/ allegations** (not indirect/circuitous conjecture/speculation, or mere formulaic recitations of actionable causes); *(ii)* presented in a clear/straightforward manner, *(ii′)* succinctly "as possible" (consistent with completeness); and *(iii)* in conformance with FRCvP 8(a)(2),(d)(1): *(iii′)* post-"notice-pleading" (as liberally construed/accommodated for *pro s*e litigants[17]) with *(iii″)*

---

13    Recalling the FRCvP 8(d)(3) **"free joinder of claims"** principle **("however many claims it takes"),** be they related to one another or not. Though, our claims *are* all tightly interrelated/intertwined/coordinated/choreographed (this Complaint is in no way a mere "kitchen sink"/"shotgun" conglomeration of loosely irrelated individual happenstances).

14    See fn. 25,27.

15    So, the primary/essential goal of a Complaint (to *fairly inform Defendant*s of the claims against them) is already automatically satisfied (though we present *as much detail as reasonably possible,* so as to be *more-than-fair,* and *kickstart/speed-up* this case). What mostly remains for this Complaint to do now is to *inform the Court* of what's happened.

16    Sworn, see Verification, §XVII, with its fn. 175.

17    Navigating the right balance amongst all the FRCvP pleading rules, as we're diligently striving to do here, is non-trivial for this procedurally under-sophisticated (though not legally unknowledgeable, now) *pro se* litigant. See also fn. 95,159(i).

short/plain/simple/concise/direct/plain-language statements of *(iii‴)* highly specific claims/allegations, but *(iii⁗)* "well-pled" in the sense of portraying at-least/more-than the adequate/required **"believable plausibility"**[18] (beyond "hypothetically possible" here, even surpassing "likely probable," encroaching into the 100% documented/proven "fact-pleading" realm, and Verified[(16)]). To enhance clarity/referenceability (FRCvP 10(b), DMassLR 5.1(a)(2)), we *(iv)* employ **best-practice readability compositional conventions,** for *(iv′)* typography (fonts (cf. fn. 159(iii))), formatting, white-space, emphasis, punctuation (only a couple exclamation mark, and a few ALL-CAPS, though dozens of both are warranted/deserved); with *(iv″)* paragraph content "limited to practicable sets of circumstances;" and *(iv‴)* numbered pages/sections/paragraphs/subparagraphs/footnotes/lines; including *(iv⁗)* extensive cross-referencing.[19] *(v)* For the reason stated in fn. 178, a non-trivial number of helpful/first-level **citations/comments** are given, hopefully only where most salient/vital/crucial/critical for this Complaint (relegating them to unobtrusive *snippets in* ***footnotes,***[20] such as e.g. fn. 1, whose details can be ***skipped upon a first reading*** without obscuring/short-changing the main ideas). But *(v′)* we try (perhaps not always successfully) to resist/avoid extended/detailed/sustained legal arguments/explana-

---

18    *(i)* So-called *Twombly/Iqbal* Plausibility Standard (*Bell Atlantic v. Twombly,* 550 U.S. 544 (2007); *Ashcroft v. Iqbal,* 556 U.S. 662 (2009)). *(ii)* "A claim has **facial[/initial/superficial/possible/not-unreasonable] plausiblity** [certainly **NOT "persuadability,"** that's for the ultimate jury/fact-finder to decide/credit] when the plaintiff **pleads <u>factual</u> content** that **allows** [upon **later** rational argument/reconciliation/support] the court to draw the **<u>reasonable</u> [NOT "inevitable/unrebuttable"] <u>inference</u> [NOT "proof"]** that the **defendant is <u>liable[/responsible] for the misconduct alleged</u>**" *(Iqbal).*

       *(iii)* In detail, lest there be any confusion about what constitutes the standard for the "Twiqbal" Plausibility Test, in our 1st Circuit (*Foley v. Wells Fargo Bank, N.A.,* 772 F.3d 63 (1st Cir., 2014)): *(iii′)* <u>*only after*</u> the Court's **required/blind/unquestioning acceptance** of **all** Plaintiff's **<u>factual</u> allegations** in the Complaint as **true** (*whether or not* they're "plausible"); *(iii″)* <u>*and only after*</u> the Court's **required/blind/unquestioning construal of all reasonable** (*whether or not* they're "plausible") **<u>inferences</u> therefrom in the <u>Plaintiff's favor</u>** (i.e., also accepted as **correct**); *(iii‴)* <u>*only then*</u> does the Court "determine whether the factual allegations [& inferences] in the plaintiff's complaint set forth a **'<u>plausible claim</u> upon which <u>relief may be granted</u>'**" — colloquially, "were any laws broken?"

19    But beware the cautionary note in fn. 143(ii).

20    Regarding the normative status of our footnotes (*vis-à-vis* main text), see fn. 150.

tions/citations/quotations in the *main-text* itself. *(vi)* Such particulars do exist, though: this Complaint is supported by an abundance of thorough/developed factual/legal documentary material/proof maintained elsewhere (see ¶101,103,107 and referents), available for post-Complaint filings and discovery, noting that our travel of events has spanned four-plus years.[21]

8   Concerning **jurisdiction**[22] of this District Court (FRCvP 12(h)(3)), we first see that the **legal provisions/laws** (¶9) animating the COAs for this Complaint are *(i) primarily federal* (mostly Constitutional) (¶9(i–iv)), investing this Court with **subject-matter jurisdiction** (28 USC §1331 Federal Question, §1343(a) Conspiracy/Neglect). The laws involved are only *(ii) secondarily MA-based* (**supplemental jurisdiction,** 28 USC §1367(a)), be they statutes (¶9(v,vi,viii)), or rules (¶9(vii,ix)), or common-law (¶9(x–xiii)); and, these are not standalone, but are *(ii′)* subordinate to ("arise from"), and in-

---

21   Despite the passage of time, no **"statutes of limitations (SOLs)"** pertain to this Complaint, for several reasons:

*(i)* Many of the claims (esp. ¶9(i)'s Constitutional Rights) carry **no SOL** period.

*(ii)* The Conspiracy claim, ¶9(ii), comprises/encompasses a **"continuing/ongoing/ live violation"** (persistent practice/pattern, continuously/connectedly, not just individual/ discrete/sporadic events), extending/negating all potential SOL limits (e.g., MGL Ch. 260 §2A's default three-year SOL, and the ¶9(iii) one-year) — because for us the Civil Rights abridgments (¶9(i); cf. *Elrod* quote at end of ¶10, fn. 40) **are <u>presently still in effect (being enforced) as of this very date,</u>** such as: *(ii′)* the spectre of (pseudo-)Contempt for (false) "violation" of the so-called "Apr 29/26 (double-)order" (not "fully accrued" until Mon Apr 1 2030, Add. D); *(ii″)* false/defamatory "scarlet letter" of "'being' a convicted (pseudo-) felon;" and *(ii‴)* ongoing "(pseudo-)probation" restrictions (see §XIII).

*(iii)* I have diligently pursued a "duty to declare rights" **"exhaustion of remedies"** (for MA state to correct its own errors) via the MA judicial **appeals** processes (though, that's not actually required here in *federal* court (since this is now a new action, not an appeal), but is proper/acceptable, this case being somewhat akin to "administrative" remedies in the usual course of §1983 cases, given that the MA judiciary as a whole is largely the target of this Complaint) — which **tolls** SOLs (anent, *Williams v. Reed,* 604 U.S. 168 (2025)).

22   **(Legal) Jurisdiction = official/governmental authority/power/capacity/competence to enact (legal) justice.** Our *theme* (¶6,129(ii)) is Justice; our *motif* is Jurisdiction (fn. 32(iv)).

termingled/enmeshed[23] with, the aforementioned primary/federal wrongs.[24] Regarding *(iii)* **venue jurisdiction,** all events occurred in MA (28 USC §1391(b)(2)). For *(iv)* **personal jurisdiction,** the Plaintiff and all Defendants are (insofar as is known/believed) U.S. citizens and residents of Boston-area MA (28 USC §1391(b)(1)). *(v)* **"Declaration jurisdiction"** is considered in ¶123. Finally, it is manifest that Plaintiff Tuvell has *(vi)* **jurisdictional "standing"** (*locus standi,* Right to Relief), having a personal/individual (particularized to himself) direct legal stake in the dispute, due to legal wrongs that have been committed by the Defendants. *(vii)* For this **repeated submission "without prejudice,"** see ¶115. Going beyond the just-articulated *positive* supportive reasons, I have been unable to uncover any applicable *negative (viii)* **cautionary/abstention/preclusion rationale** that would contraindicate this Court's jurisdiction over this Complaint, with respect to the claims/COAs proffered (recalling, say, fn. 166).

9    The following list of the myriad **legal violations (largely federal, though also some MA state,[25] laws abridged, Causes of Action**

---

[23]    But not "inextricably intertwined" in a sense that would "impermissibly directly interfere" (in appellate-review sense) with state court proceedings/results (which have all definitively concluded, though that's irrelevant, per *T.M.,* cited in this fn.): that is, I am not seeking "direct appellate review/decision/modification/rejection/reversal over state-court decisions (only the Supreme Court can do that, 28 USC §1257). Or again: I'm not asking this District Court (which mostly only possesses *original* jurisdiction, per Congress) to exercise *appellate* jurisdiction. (Though, I believe it's possible I *could* do that, based on the **"bonus wildcard"** mentioned in fn. 170, namely, *no state court case ever actually "existed."*) Cf. **Heck v. Humphrey** (512 U.S. 477 (1994)); **Rooker-Feldman Doctrine** (https://en.wikipedia.org/wiki/Rooker-Feldman_doctrine); *T.M. v. Univ. Maryland Medical System Corp.,* № 25-197 (2025); etc. Finally: **nothing bars me from challenging** a "statute or rule [or state-court policy/practice/order] *governing* [a state-court] decision [as opposed to that *decision itself per se*]" (*Skinner v. Switzer,* 562 US 521 (2011); cf. also *Reed v. Goertz,* 598 US 230 (2023)) — in our case, the "policy/practice" being challenged is the state-courts' *refusal to even consider* (though I asked for consideration, many times) my lack-of-jurisdiction (and many other) claims ("bonus wildcard" just mentioned above in this fn.).

[24]    In particular, false judicial rulings that violate/ignore (esp. *transparently* so, as happened throughout) *state* statutes/rules (¶9(v–ix)) can/should be rightly viewed as denial of *federal* Constitutional Due Process (¶9(i″)).

[25]    *This* listing of items of federal + state laws abridged is to be read in *conjunction with* the state-level **major** 7+3 items listed in ¶101+107, plus the **minor** 6 "Greek" items in ¶107; but including them in this list would overburden this ¶9. See ¶123.

**(COAs))** involved in this case strives for completeness (modulo fn. 30(v)), so for that reason it (the list) is rather long/mind-boggling/dumbfounding/eye-watering. The **boldface keywords/tags** are included for shorthand identification/reference purposes:—

*(i)*[26]    42 USC §1983, **Constitutional**[27] **Tort = Civil Action for Deprivation of (Fundamental) Civil Rights,** of several genres:

*(i′)*    First Amendment, **Speech/Press/Expression** (esp., $\boxed{\text{MOPICS FRP}}$ (fn. 1)), **Record** (fn. 87), and **Petition (Litigation Privilege/Exception)** (¶111);

*(i″)*    Fifth/Fourteenth Amendments, **Due Process**[28] and **Equal Protection**[29] Clauses, including the **Unconstitutional Conditions Doctrine (UCD);**

*(i‴)*    Fourth Amendment, **Search/Seizure;**

*(i⁗)*    Sixth Amendment, **Fair Trial,** including **Ineffective Assistance of Counsel (IAC).**

---

[26]    For historical/general background on ¶9(i,ii,iii), see https://en.wikipedia.org/wiki/Ku_Klux_Klan_Act (for Criminal analogs of ¶9(i,ii), see 18 USC §242,241). Note that §1983 cases can be brought in either state or federal court *(Haywood v. Drown,* 556 U.S. 729 (2009)), and it's obvious why I want/need to shun MA state courts.

[27]    Consistent with this list's federal + state inclusivity, when we speak of **"constitutionality"** throughout, we largely have the **U.S. Constitution foremost in mind,** but also the **MA Constitution (Declaration of Rights) in back-of-mind.** This is particularly significant for us for two specific rights — **speech/press,** and **petition** — where MA provides more strong/broad/explicit protections (but we don't go into the details here, at Complaint-time).

[28]    **"(Procedural) Due Process"** is a broad conception, almost coextensive with **"Rule of Law,"** susceptible of much scholarship and many interpretations, but as initial/seed (not exhaustive) definitions for our purposes it can be thought to **include, minimally:** *(i)* honoring the **Constitution,** esp. the Bill of Rights (¶9(i′–i‴)); *(ii)* **stare decisis** respect for precedential holdings (esp. Supreme Court, but MA too, esp. ¶9(v,vi,vii)); *(iii)* articulating valid/credible rational explanatory **reasons** for judicial decisions (**credibility/trustworthiness** being the *sine qua non* of the judiciary); *(iv)* adherence to internal **Rules of Courts;** *(v)* the **Unconstitutional Conditions Doctrine (UCD)** (see fn. 128).

[29]    Cf. fn. 30(iv). For analysis of the Fourteenth Amendment as a whole — center-most of the Constitution's Civil War Reconstruction Era Second Founding amendments (Thirteenth/Fourteenth/Fifteenth) — start with *(i)* https://en.wikipedia.org/wiki/Reconstruction_Amendments and *(ii)* https://constitution.congress.gov/browse/amendment-14/.

*(ii)*[(26)]   42 USC §1985(3), **Conspiracy**[30] (to commit Constitutional Tort, and everything else in this list, *paraphrased* at ¶118).

*(iii)*[(26)]   42 USC §1986, **Neglect to (Attempt to) Prevent** Constitutional Tort (a.k.a. **Enablement, Failure to Act, Duty to Protect/Intervene/Rescue**), ~"doubling down" on item (ii) Conspiracy.

*(iv)*   47 USC §230 (originally part of the **Communications De-**

---

30   *(i)* **Civil conspiracy** (as here) is a *dependent* claim, requiring an underlying "target offense/wrong" (here, the other items in this list) (unlike *criminal conspiracy* (18 USC §371, MGL Ch. 274 §7), which is an *independent/standalone* claim).

*(ii) Affirmative* evidence/proof of conspiracy *isn't required:* co-conspirators needn't actively "meet together in a smoke-filled back room," or even at all — a passive **"meeting of the minds"** ("all on the same page," *constructively implied by behavior*) is the only requirement, and that's plainly evident throughout this case, since *common knowledge* of the overall situation and one-another's acts, and *common purpose* to (falsely) prosecute/convict, was prevalent/rampant; see ¶118.

*(iii)* Furthermore, if *any one* of the co-conspirators commits/instigates any **overt act "reasonably foreseeably in furtherance of"** the conspiracy project, then that overt act is implicitly **imputed/attributed to *all* co-conspirators** (so-called **vicarious/accomplice/secondary liability doctrine for conspiracy**). I.e., there is *no requirement* for "individualized state-of-mind/knowingness/willingness/intentionality/*scienter,*" as is the case for "aiding/abetting/collusion" (though that surely did happen in many places).

*(iv)* For a charge of §1985(3) Conspiracy to be viable, there *need not be any state involvement* (though in our Case there is), but there *does need* to be a **class-based invidiously discriminatory animus** (cf. ¶9(ii″)). (Reason: to avoid inadvertent creation of a "general" federal tort law, as opposed to one intended to be only a "constitutional" tort; *Griffin v. Breckenridge,* 403 U.S. 88 (1971).) *(iv′)* Bingo, we have a winner (alleged scary/undesirable/fearsome class membership)! — **AGEISM + SEXISM (+ politics? — cf. fn. 44): aggressive/nasty/predatory/sex-addled advanced-age/ugly male/stranger/dirty-old-man/unattached/loner *vs.* passive/innocent/defenseless little/young/minor/beautiful/victim female/girl/daughter.** *(iv″)* For, such "discriminatory bias/animus" was exhibited directly (not just subliminally) right there in the **"founding document"** of our Case: the Haleys' (Pseudo-)Harassment **Affidavit** (Add. B, p. 100–101, in its free-form 14th/final paragraph (as contrasted with the calmly-stated/plain-spoken factual allegations in the Affidavit's preceding 13 bullet-points)), in the following palpably breathless/fear-mongering purple-prose (for *all co-conspirators to read initially,* and then to *subsequently* observe/"confirm" directly with their own eyes, by gazing upon Tuvell's visage): **"... unnatural and unhealthy attraction to my daughter ... 73-year-old stranger ['male' being known by my first name, but also by innuendo] ... 9-year-old ..."** *(iv‴)* That rhetoric was unmistakably totally targeted at me very *personally,* portraying me emotionally/hysterically/hyperventilatedly as a stereotypical member of that undesirable ageism + sexism class (those being extraneous traits that have nothing to do with 258E "Harassment" — which is, let's be real, and as the Haleys intended, already code for "sexual deviance/(near-)abuse" in the minds of many/most of the Haley/MAGA crowd (Comet Ping-Pong, anyone? https://en.wikipedia.org/wiki/Pizzagate_conspiracy_theory)). *(iv‴′)* How many happily married/retired

**cency Act, CDA**), esp. (c)(1), the "26 Words that Created the Internet."

(v)[31]    MGL Ch. 221 §46A,[32] **Lack of Standing/Jurisdiction, w.r.t. Unauthorized(/Unlicensed) Practice of Law (UPL) statute.**

(vi)[(31)]    MGL Ch. 258E, **Lack of Standing/Jurisdiction, w.r.t. Civil Harassment statute.**

---

male debt-free MIT/U.Chicago math PhD's do you know who wake up one morning and decide, without "tipping off" anyone, they want to become "first-time offenders" by "harassing" a local 9-year-old girl he's never seen or heard of before? Nothing? Go ahead, I'll wait. … Crickets??

{PS: *This very very obvious place* (this fn. item (iv‴)) precisely pinpoints where the judges (and everybody else) *should inevitably* have been "tipped off" to invoke a ~*plausibility/"smell-test" standard* (inspired by, but not as technical as, fn. 18), and thence exercised their *Duty to Rescue* (¶9(iii)). The fact that *nobody ever did either* speaks (yet more) volumes about their shared *co-conspiracy* (¶9(ii)).}

(v) For such reasons as these, it isn't necessary (nor would it be practicable, at least at the introductory level of this Complaint) for us to meticulously delineate every single *one-to-one connection* (actual or virtual/presumptive) amongst the wrongdoers and their wrongdeeds in which they personally participated (though see §XIV for that synopsis): by the precepts of Conspiracy (just stated in this fn.), it is allowable/best/easiest to consider the whole thing as a *fully interconnected network* of conspirators.

31    It's a fair question whether *any* other case in MA (or even U.S.) history has ever sustained **multiple lack-of-jurisdiction violations** (¶9(v,vi,vii)) while "authorities" (judges, prosecutors, etc.) turned a **blind eye** away from them? If ***not,*** then the instant case proves **bias.** If ***so,*** then a **pattern** of illicit policies/customs/practices is proved. (Of course, the same could be said about much of this Complaint as a whole.) See fn. 186(iii).

32    **On UPL:**
(i) "No individual, other than a member, in good standing ['licensed,' qualified], of the bar ['passed the bar exam,' plus other hoops jumped through] of this commonwealth shall practice law [as an authentic/recognized 'officer of the court'] …" (MGL Ch. 221 §46A). (i′) This is a (legitimate/constitutional) *statute* (hence cannot be overridden by judges), supplying only a *minimal (negative)* criterion, i.e., it only says who *cannot* practice law; the power to decide who *can (positively)* practice law lies solely with the *courts,* not the legislature (*Opinion of the Justices,* 289 Mass. 607 (1935)). (i″) Reason: to protect the public, both petitioners and defendants, from unqualified/incompetent/unprofessional/untrustworthy surrogates/charlatans, well-meaning or not (*Matter of the Shoe Mfrs. Protective Ass'n,* 295 Mass. 369 (1936)). (i‴) The only (I think(?), though one might also wonder about family and/or juvenile courts) **exception** (upon judge's discretion(?)) is (maybe(?)) a "non-real" court(?), such as **"small claims court/session"** (MGL Ch. 218 §21), see https://www.mass.gov/info-details/small-claims-court and https://www.mass.gov/info-details//small-claims-standards-/609-role-of-participants. (i‴) The question marks in item (i″) mean "reports/opinions may vary," but I don't know if/how it can happen (because it contravenes the UPL *statute;* could it involve a "clerk/magistrate" vs. "judge" distinction(?) — I doubt it);

*(vii)*[31] MRCrP 44(a), **Lack of Jurisdiction, w.r.t. Contempt rule.**

*(viii)*    MGL Ch. 231 §59H, denial of **Anti-SLAPP** dismissal.

*(ix)*    MRCrP 14(c)(2), denial of **Mistake-of-Law Defense.**

*(x)*    **Defamation.**

*(xi)*    **Intentional Infliction of Emotional Distress (IIED).**

*(xii)*    **Abuse of Process.**

*(xiii)*    **Malicious/Wrongful/Selective Prosecution** (subspecies of ¶9(i″), Due Process, Equal Protection).[33]

---

but in any event, it seems that "small court sessions" (presided over by anyone) are **forbidden to be conducted in MA Superior Courts** (which was our venue for the (Pseudo-)Harassment case) — so, this adds one more **additional layer of lack of jurisdiction** to our case.

*(ii)* But, what does "practicing law" mean? Basically, "anything you can reasonably think of," only discounting things that "obviously aren't" practicing law, such as: friendly/non-professedly-lawerly bantering (that's just Free Speech); or actuarial preparation of tax forms; or secretarial/clerical aid, e.g. for physical disability (see fn. 57(i)); etc.

*(iii) **Summarizing UPL**:* A **non-lawyer** *agent* (that is, someone/anyone with or without the *master's/party's contract/consent,* including a legal power-of-attorney holder, or friend, or parent/family-member) **cannot represent** (we're *ignoring* "*attempting/pretending* to represent" here, which falls under the *criminal* statute, MGL Ch. 221 §41) **an individual or organization** (other than their own selves, *pro se* (see Constitutions, and MGL Ch. 221 §48)), **to *prosecute,* in any phase/sense, "on their (the master's) behalf," a case in court, such as to *file any papers,* or *appear* before a judge.** To do so violates the UPL statute, and (hence) **renders any consequent purportedly-"legal" filings/proceedings a legally-nonexistent-nullity** (by whatever nomenclature — MA courts mostly use different "magic language," functionally synonymous with "nullity," such as "lack of subject-matter jurisdiction,"or "lack of standing"). **And this includes "pre-vacating" all their later consequences/artifacts,** i.e., any orders/decisions "arising from tainted proceedings" (cf. FOPT, fn. 38) are "pre-dismissed," including even the originating/initial complaint is too; nothing about the case "ever existed" (except for some non-"legal" dead/meaningless pieces of paper in the clerk's filing cabinet). — This paraphrasization merges/extrapolates, but does not exaggerate beyond validity, from such MA UPL cases as (non-exhaustively): *(iii′) LAS Collection Management v. Juana Pagan,* 447 Mass. 847 (2006); *(iii″) Rental Property Management Services v. Hatcher,* 479 Mass. 542 (2018); *(iii‴) Adjartey v. Housing Court,* cited in fn. 62(ii).

*(iv) **Bottom line** (on **jurisdiction generally** (cf. fn. 59,101), and hence in particular on **UPL** (this fn.) & **immunity** (cf. fn. 47)):* Under our Constitutional system/rule-of law (U.S., MA), **usurpation of jurisdiction** by any judge/court is in complete **contravention** of all published/enacted legislative statutes & published/binding highest-court decisions/opinions, and is strictly (no-exceptions) ***verboten.* It is not now, and never has been, and never will be, a "thing."** *Every government official, everywhere, at every station/level, knows this, and has always known it, "from infancy."* It's **the biggest no-no!!**

[33]    Recent Supreme Court case: *Chiaverini v. Napoleon,* 602 U.S. 556 (2024).

*10*    At first blush, that list (¶9(i–xiii)) may seem rather long/unwieldy/cumbersome (perhaps even unlikely). But for digestion/assimilation purposes, (most of) it can be boiled down to just the following three **central/guiding *Faux*Tenets** from which all else inexorably flows — ideas which are easily comprehensible (unthinkingly/first-blush "sort-of believable/plausible," though upon reflection are recognized as palpably **false/illegal/debunked**) **meta-legalistic fictionalisms/hallucinations,** consciously/conspicuously *co-maintained by all the wrongdoers* (in Conspiracy/Negligence, ¶9(ii,iii)), to which all Defendants adhere (even now):—

> ***Faux*Tenet #1[34] —** There exists **no such concept** as an **"invalid court order."[35,36]**

> ***Faux*Tenet #2[37] —** As a *corollary* of *Faux*Tenet #1, the so-called **Col-**

---

[34]    Manifested by the conspirators as (in accurate paraphrase) "you ***must obey*** judicial orders** (under penalty of **Contempt of Court**), with no exceptions, **no matter how illegal** (even obviously/blatantly/knowingly/insanely unconstitutional/anti-First-Amendment), esp. in the context of *Faux*Tenets #2,3. See, e.g., Apr 29/26 (double-)order's fn. 3, p. 109.

[35]    Not even a crazy court order to "go get a gun right now and shoot the first person you see in the street" (which I expressly offered as a "canonical example" of an invalid order, and didn't get any push-back).

[36]    Prime (correct) counterexamples to *Faux*Tenet #1:— Here are some references to binding/precedential cases that **disprove** *Faux*Tenet #1, i.e., cases that affirm the legal **existence of the concept of *transparently invalid orders*** (cf. fn. 48,81), in **First Amendment** context as relevant for us: *(i) Alexander v. U.S.,* 509 U.S. 544 (1993) ("Temporary restraining orders and permanent injunctions — i.e., *court orders that actually forbid speech activities* — are **classic examples** of [automatic/transparent invalid/illegal unconstitutionally prohibited] *prior restraints*."). *(ii) Elrod v. Burns* (citation in fn. 40). *(iii) Care and Protection [C&P] of Edith,* 421 Mass. 703 (1996) (quoting *Alexander*); cf. *(iii′) Walker v. City of Birmingham,* 388 U.S. 207 (1967) [origin of the "transparency" concept/terminology]. *(iv) Fitchburg v. 707 Main Corp.,* 369 Mass. 748 (1976). *(v) **Matter of Providence Journal, 820 F.2d 1342 (1st Cir., 1986) (a "Pole Star" case for this Complaint).** (vi)* Fn. 4 of *Commonwealth v. Marrero,* MA App. Ct., № 2013-P-122 (2014). *(vii)* **Any order issued by a judge in a case they have no jurisdiction over (fn. 47(iii″)) — which already covers our whole instant case *ab ovo* (via FOPT, fn. 38,101).**
     ***To paraphrase*: Blatant/obvious underconstitutionality** (be it First Amendment Speech/Press (e.g. ¶1–2) or otherwise (e.g. Due Process, ¶15–16)) **is *the* quintessential realistic PRIME EXAMPLE of Transparent Invalidity,** and hence of **loss of jurisdiction** (≈ **"*so far in excess* of authority[/jurisdiction]"** as *Providence Journal* puts it).

[37]    Prime (false) usage of *Faux*Tenet #2:— "It's OK for us (Defendants) to order Tuvell (directly/individually/personally, as opposed to any other person) to **not-disseminate/say/ write/communicate** to anybody, about anything we want (such as Autumn Haley's name, or even the whole Harassment case), just because 'we feel like it.' In particular, we don't

**lateral Bar Rule** is inviolable: **_every_** judicial order is **sacro-sanct** and **must be blindly obeyed** (you can't *first* contemn it, then *indirectly/collaterally* challenge its validity *afterwards*), un-less/until it's *explicitly* rescinded (not *implicitly,* such as via **_ab initio_ nullification** or **Fruit of the Poisonous Tree Doctrine (FOPT)**[38]) by an official/*direct* order or appeal process.

*Faux*Tenet #3[39] **—** As another *corollary* of *Faux*Tenet #1, judges/prosecutors can bad-faith **_mal-interpret_** (as well as whole-cloth **_invent,_** *Faux*Tenet #2) court orders however they want (¶9(i″)), even in **_transparently_** (fn. 36,48,81) **illegal** ways (conflicting with Constitutional/Statutory/Precedential/Rule norms).

These *Faux*Tenets exhibit themselves particularly *contra* **Constitutional Rights of Reporting/Recording and Due Process** (¶9(i′,i″)) — even though "the loss of First Amendment freedoms, for even minimal periods of time, **unquestionably[/transparently]** constitutes **irreparable** injury."[40]

**11** *Some preliminary generalities, to set the stage:—*

(i) **Plaintiff Tuvell** is "just a regular/ordinary guy/man-in-the-street" (not a public/political functionary): honest hard-working law-abiding

---

need to follow legal precedents, and no **Fundamental Rights First Amendment Strict Scrutiny** (see fn. 1) analysis/explanation is required."

38 *(i)* **FOPT** is a *generic metaphor,* of biblical origin (Adam & Eve, Garden of Eden, Tree of Knowledge, deceptive/cunning Serpent, Poisoned "Apple"), applicable to any life sit-uation whereby (a sequence/chain of) noxious "parents"/trees contaminate their derivative "children"/fruits. *(ii)* As it's used in legal context, it refers to any *government wrongdoing* begetting more/worse. *(ii′)* As the most typical/popular example, one has the Fourth-Amend-ment-based **Exclusionary Rule:** illegally collected evidence cannot be used at criminal trial, directly or indirectly, absent ameliorating very-great-distance attenuation (present for us only later, see ¶71). *(iii)* In the(/our) especially strong situation of <u>*non-jurisdictionality "poison,"*</u> (criminal or civil), see fn. 101.

39 Prime (false) usage of *Faux*Tenet #3:— "Our (Defendants') generic *internal/court-rule-based* **impoundment/sealing orders** (per **URIP,** fn. 97(i)), to 'not-disseminate' court documents (via speech/writing/etc.), **override the Constitution/statutes/precedent,** and apply to *all persons* (<u>despite</u> the actual wording, which explicitly applies only to *court-inter-nal personnel*), thereby binding *everyone* to non-dissemination, regardless of when/where/why/how such persons (legally) obtain such impounded/sealed documents."

40 *Elrod v. Burns,* 427 U.S. 347 (1976).

(no "previous record") citizen; humble beginnings (poor/rural/backwater North Dakota, North Carolina, Ohio); fortunately well-educated (high school valedictorian, MIT/BS/Math, U.Chicago/PhD/Math), hence fully capable of learning/understanding advertised/promulgated/prevailing/"good" Law (as exhibited herein); teacher/professor (Seattle); 10-time marathoner; successful computer professional, co-holder of multiple patents; 40-year stable marriage; 37-year resident of Reading MA (same house); 2 adult non-resident[41] children (boy/girl); long-term diagnosed PTSD sufferer (exacerbated precisely by **betrayal** events such as this Complaint describes). *(i′)* Now retired; with wife, "foster American family" parent/grandparent (in-house hosting), for 4 years now and counting, of O.T.[42] and D.T.,[(42)] a Ukrainian woman (herself a survivor of the Chernobyl disaster, and of cancer too) with her then-9-month-old son, refugees from Putin's War, under Pres. Biden's **UHP/U4U (Ukraine Humanitarian Parole / Uniting for Ukraine)** program (see ¶52). *(i″)* Was endeavoring (but derailed by this Complaint's events) to "give back" (after retirement) to community, via informative website,[43] as loyal/patriotic MOPICS observer/chronicler/critic **citizen-journalist/reporter** (hence, 1st Amendment Press/Speech protection, see fn. 1) *contra* "MAGA-coded" police/politicians (such as Defendant Haley) — **this is what put the target on my back for Haley** (see ¶11(iii′)).

(ii)    The many **Defendants** are **introduced *infra*** (§III *ff.*), **in context** with their misdeeds (their positions were unvarying during the time periods relevant to this Complaint) — some fleeting, but all united in, e.g., Tort/<u>Conspiracy</u>/Neglect (¶9(i,ii,iii)). *(ii′)* They are all being sued in their **private/personal capacity;** *and also where applicable* (for the many public

---

41    But still nearby (western MA, southern NH), and in loving regular contact.

42    Redacted, per both *(i)* prudence (due to the prevailing political climate, both *(i′)* in Reading (Haleys/MAGA) and *(i″)* nationally (MAGA)), and *(ii)* FRCvP 5.2(a)(3).

43    https://ReadingMA.us, now enforcedly dormant, has been the primary locus of contention for the events of this Complaint, even though **everything ever published on the website has always been *obviously/transparently (via very long-standing/advertised Supreme Court edict, and more)* 100% Constitutional First Amendment Speech/ Press-protected/legal,** as proven herein (see ¶20 *et passim*).

officials), in their **public/official-capacity;** noting that various ***local/state policies/customs/practices*** (especially those involved in the behaviors of ¶10) *are* implicated (not just one-off/sporadic acts by rogue individuals), and the rights violated are mostly *Federal Constitutional* (not merely *Statutory*).

(iii)    Due to the *pervasive* **Fundamental Rights** nature of the leading major legal provisions involved (¶9(i)), one might think/hope that the **Strict Liability** standard of review should apply — i.e., that no subjective intentions, or state-of-mind lack-of-knowledge/ignorance-of-wrongdoing/mistake-of-law *scienter/mens rea* mental conditions, or motivations,[44] or degree of negligence/recklessness/culpability (such as distance/indirection from principal actors), or level of competency/honesty/sanity, should be *required* here, *nor need be alleged. (iii′)* Unfortunately, that seems *not* be the case[45] (at least for *§1983 punitive damages, but for Conspiracy see* fn. 30(iii)). *(iii″)* In any event, we **hereby do allege, generally (per FRCvP 9(b)),** the above (item (iii)) state-of-mind malevolent conditions of Defendants' state-of-mind (bad faith, malicious purpose, reckless, wanton, willful, capricious, frivolous). The bad actors (esp. the judges/prosecutors/lawyers) cannot reasonably claim they "didn't know," or "misunderstood," or "disagreed with," the laws.[46]

(iv)    Also because of the pervasive aura of (**"Fundamental"**) **Rights** (fn. 1), this/all Court's appropriate standard of review is also **Strict Scru-**

---

[44]    Such as Defendants' political/pro-MAGA leanings, which we believed and now allege to be involved in their motivation — but which is *nowhere relied upon* (nor is it necessary) as a theory for causation/culpability/liability in this case. (Though, "Freedom from Retaliation Based on (Real or Perceived) Political Affiliation" is indeed protected by First/Ninth Amendments ("Freedom of Association").) Cf. fn. 30 (iv′).

[45]    See discussion in §B of *Powell* (cited at fn. 10).

[46]    "Ignorance of the law is no excuse" *(ignorantia juris non excusat, ignorantia legislate neminem excusat), especially* for judges/prosecutors/lawyers/police/politicians (but with a potential exception only for Autumn, a minor, by regular operation of law). "No state legislator or **executive [such as prosecutors] or judicial officer** can war against the Constitution [esp. Due Process, ¶9(i″), which happened multitudinously] without **violating his solemn oath** to support it." — *Cooper v. Aaron,* 358 U.S. 1 (1958). As noted in passing in fn. 6, public officials (esp. here, **officers of the court,** such as judges/clerks/prosecutors/police/attorneys/etc.) **are deemed to know/uphold the law** (cf. https://en.wikipedia. org/wiki/Iura_novit_curia), but ours betrayed their sacred trust.

**tiny** (the *strongest, most searching standard,* rising above the "intermediate"/"rational basis"/"lax" scrutiny tests/standards) — which incorporates a *default presumption of unconstitutionality/illegality* ("guilty until proven innocent") against the accused. I.e., the ***burden is on Defendants,*** to *justify/explain/prove* that their acts were Constitutional/Legal, in communications (judicial orders/rulings/opinions, or other official documents) that should have been issued ***before*** the events they're purported to justify (but didn't).

    *(v)*    Finally, and **very remarkably** for Constitutional Tort cases, it will be seen that ***no "officials' immunities"*** (be it **absolute immunity (AI)** or **qualified immunity (QI)**) attaches to our Defendants, due to judges' *(v′)* **lack/absence[47] of jurisdiction[(22)]/authority/power/right to**

---

[47]    *(i) Generally* (by default, but it's rebuttable): *(i′)* top-level judges (and their agents) enjoy AI; while *(i″)* lower government officials enjoy QI. ***But*** that immunity is **lost/waived/forfeited** if/when: *(i‴)* they act in **complete/total/clear absence/lack/beyond jurisdiction** (as opposed to **"mere excess"** of jurisdiction (but see fn. 36, "**so far** in excess")); or said another way, *(i⁗)* they perform a ***"non-'judicial' action,"*** as a ***"not-a-judge."*** Focusing just on judges (not lower officials), this latter condition (i″–i⁗) automatically/axiomatically inheres if/when the ***whole case itself*** (as opposed just a discrete action within the case) is/becomes **null/void/nonexistent (a.k.a. non-jurisdictional)** (be it *ab ovo/initio* or later). That's what this Complaint is about: for us, the lack-of-jurisdiction is initially 2×*statutory* + 1×*rule-based* (¶9(v,vi,vii)), then inherited/cascaded from there to other cases and lower officials (FOPT (fn. 38)).

    *(ii)* Key references for officials' immunity (and their referents, as always): *(ii′) Bradley v. Fisher,* 13 Wall. 335, 80 U.S. 351 (1871); *(ii″) Pierson v. Ray,* 386 U.S. 547 (1967) [~surrogate for the 1963 Birmingham Campaign, Martin Luther King, Bull Conner, and all that (*pace 1066 and All That,* W.C. Sellar, R.J. Yeatman, (1930))]: "It is a judge's duty to decide all cases **within his jurisdiction** …" *(ii‴) Stump v. Sparkman,* 435 U.S. 349 (1978) [*gag*]; *(ii⁗)* Nancy A. Combs, *Redressing Judicial Misbehavior: An Integrated Approach to Judicial Immunity,* 58 U.C. Davis L.R. 1165 (2024).

    *(iii)* **Any action/decision/order/judgment** (or *omission* thereof, when Due Process (fn. 28) *requires action,* such as an appellate court being required to render a decision) taken by any court in any **non-jurisdictional case** is not only *(iii′)* ipso facto a "non-'judicial' act" (so immunity is lost, per item (i)), but also it is *(iii″) a fortiori* **transparently Constitutionally invalid/illegal (because it violates Due Process)** — and hence is a **Civil Rights Constitutional Tort** (¶9(i)).

    *(iv)* Further unto this analysis of **loss/lack of immunity** *vis-à-vis* **transparency** (see fn. 36,48): *(iv′)* All our officials (*esp.* judges) had "***fair warning*** that their conduct violated the Constitution" (*Hope v. Pelzer,* 536 U.S. 730 (2002)); because (among other things) *(iv″)* "existing precedent … place[d] the lawfulness of the particular [conduct] ***'beyond debate'***" (*District of Columbia v. Wesby,* 583 U.S. 48 (2018)); and too, *(iv‴)* "'a general constitutional rule already identified in the decisional law [applied] with ***obvious clarity*** to the specific conduct in question'" (*Hope v. Pelzer,* also *Taylor v. Riojas,* 592 U.S. 7 (2020)).

**judge/order/decide ("not acting in a judicial role"),** and/or *(v″) **transparent** Constitutional **infidelity/invalidity:**[48]* the judges/officials involved were *nowhere* acting within the scope of any properly vested/official/empowering roles; they were *always* merely ***transparently/falsely undercolor/pretense* feigning** to do so (as mentioned in ¶4), baldly/irreconcilably opposed to law.

*12*    *Orientation.*— The remainder of this Complaint (following this preliminary **§I–II**) is organized as follows. The narration in **§III–XIII** of **factual events** (common to, and exhibiting, the ¶9 COAs) is presented chronologically, in four major blocks (with minor detours at ¶31,62 and **§VII**):—

| | |
|---|---|
| **§III–VI:** | **(Pseudo-)Harassment Case** |
| **§VIII–XI:** | **(Pseudo-)Contempt & (Pseudo)Wiretapping Cases** |
| **§XII:** | **Appeals** |
| **§XIII:** | **(Pseudo-)Violation of Probation** |

After which, in **§XIV,** a summarizing **Synopsis of Offenses and Offenders** is given; followed by the **§XV Conclusion, §XVI–XVII wrap-up formalities, Postscript** in ¶129, and six **Addenda (A–F).**[49]

# III
# (PSEUDO-)HARASSMENT COMPLAINT+AFFIDAVIT
# (WOBURN SUPERIOR COURT)

*13*    We hope our §III–IV doesn't seem too overly long-drawn-out for such a short period of time (scarcely 3 days), but this degree of start-up is neces-

---

[48]    *(i)* By fn. 36, a (transparently) unconstitutional order/finding/judgment is (transparently) invalid. *(ii)* And, a **(transparently) invalid order** is **void** *(ab initio)* (that is, "transparent" ≈ *"ab initio"* as relating to invalid orders). *(iii)* And, jurisdiction cannot inhere for any void-*ab-initio* order (per fn. 47(i)). *(iv)* Finally, recall "[i]t is **well established** [i.e., 'transparent'] that claims of [threats of] **retaliation** [such as a **threat of prosecution for contempt,** e.g. Add. D, p. 109 fn. 3] for the exercise of [Constitutional] **First Amendment rights** are cognizable under section 1983." — *Gericke v. Begin,* 753 F.3d 1, 1st Cir. (2014); this is akin to UCD, ¶88.

[49]    While we may not everywhere write the longhand prefix "(Pseudo-)" throughout this Complaint (to avoid its becoming too tedious/annoying), it is always present subliminally.

sary/sufficient to adequately prepare for all that follows, allowing the density of the presentation to become sparser as the narration unfolds. Accordingly, this §III particularly contains a number of *forward-looking observations* (esp. in the *footnotes,* see ¶7(v) and its fn. 20) toward subsequent §§s.

*14*    On **Mon–Tue January 17–18 2022,** the **Haley** family (**Chris/ Amanda/Autumn** in co-conspiracy, with Chris being their ringleader/kingpin),[50] pursued a **Civil Harassment** (MGL Ch. 258E) case against Tuvell in Middlesex Superior Court (Woburn), by **filing** a 3-page Harassment **Complaint+Affidavit** (Add. B, p. 99–101). That submission to the court was *per se* (that is, even *before* any of its follow-up fallout, such as consideration/approval by a judge) multiply **non-legal/invalid** (albeit not yet ripe/actionable at that point in time for a suit such as the instant one, because of my lack of standing (I hadn't yet suffered a legal injury, I didn't know about it yet)) — as explained in this §III.

*15*    Unfortunately (for them),[51] *(i)* according to the Harassment statute

---

[50]    *(i)* Herein, the unadorned singular word "Haley" refers to Chris, while the plural/ multiple "Haleys" refers to Chris/Amanda/Autumn. *(ii)* Although Autumn was(/is) a minor (< 18 y/o) (purportedly, but never proven so in court: see fn. 56), her uttered name in these proceedings is not subject to *redaction rule* FRCvP 5.2(a)(3), because: *(ii′)* it was *never redacted in any of the underlying state court proceedings* (FRCvP 5.2(b)(3,4)) (see fn. 67(iii)); *(ii″)* "[T]he complaint must name [somehow, see fn. 184(ii′)] all the parties" (FRCvP 10(a)), and *(ii‴)* Autumn is, after all, *the* central/essential party/character/Defendant/conspirator (via/with her parents, if we are to credit the parents testimony (which is questionable, cf. fn. 58)) of the instant case; finally, *(ii⁗) judicial (intentional) misconduct,* per fn. 56(i–i‴). *(iii)* The Haley family also has another (younger) daughter, S.H., not involved in this litigation (and whose name *is* redacted here), and *(iii′)* a feckless disambiguation circumlocution, such as "A.H., daughter of Chris/Amanda" or "the eldest daughter of Chris/ Amanda," would precisely identify Autumn just as surely as uttering her name does anyway. *(iv)* Finally, publication (anywhere) of Autumn's name in connection with these legal affairs is MOPICS-protected (fn. 1) against (any) government repercussion, because it has previously been published in the mainstream institutional press (Reading Times Chronicle daily newspaper, Wed Jan 19 2022, on p. A2 continuation of first-page main/headline article), by reporter Bob Holmes, who identified Autumn by name in his reporting on the Haley's filing of their (Pseudo-)Harassment case against Tuvell. *(iv′)* And, of course, Chris and Amanda themselves have published much personal information (names, address, schools, etc.) about their daughters for their own political purposes (their political campaigns).

[51]    Regarding "for them:" see fn. 60 regarding "languaging" obstacles in this area (such as "RealPlaintiff" and "*Faux*Litigant"), which is partially why we need to be more verbose

(Ch. 258E §3(a)), *only the **Named(Alleged-Victim)/RealPlaintiff*** — i.e., the **"real party in interest (RPI),"**[52] the person (allegedly) suffering from concrete/particularized actual/imminent injury-in-fact from harassment, in this case **Autumn,** not Chris (he was only an interested (not disinterested/neutral/unbiased) bystander/witness) — is legally authorized to "file" a **Complaint** (meaning to "petition the court"/"invoke the court's authority") (Add B, p. 99), on their ***own* behavior.**[53] Yet *(ii)* it was **Chris,** not Autumn, who (**complicitly/conspiratorially,** with Amanda/Autumn, as we're describing here), self-admittedly,[54] proposed/authored/signed/"filed" the Complaint ***"on Autumn's behavior"*** (but ***not "in Autumn's name:"*** even the *signature* on the Complaint is self-admittedly Chris's own, not Autumn's),[55] about (alleged-)harassment inflicted upon her. I.e., *(iii)* it was **Chris,** not Autumn, who was the ***Performative(Court-Facing)/FauxLitigant*** (*only* Chris ever interacted as a party/litigant with any Court; **Autumn never "showed up" or was ever seen or even heard from, in *any* capacity,** in particular,

---

in the instant ¶15–16 than desirable.

52    Everyone involved (the Haleys, Tuvell, clerks/judges, prosecutors, police) did in fact, unambiguously/correctly (though unwarrantedly, as being discussed here), at all times and under all circumstances, **understand/treat** Autumn (not Chris) as being the *RPI,* and Chris (not Autumn) as being her (il)legal *representative* in all proceedings.

53    Perhaps via an attorney (though not *pro se,* Autumn being a minor, see ¶16 and *Joncas's* (fn. 63) fn. 7; though, this may need further clarification, see MA Const. Art. XII).

54    We have only Chris's (not Autumn's) (sworn) word for this "on-behalf-of"/"by-and-through"/agent claim/arrangement; but, such admission is against his own self-interest, hence it must be regarded as "true," from his point of view (if not everyone else's).

55    The signature on the Complaint (Add. B, p. 99), as well as the signature on the Affidavit (Add. B, p. 100), is scribbled/indecipherable, but was understood (*initially,* at the time, by me and perhaps by others) to be Autumn's signature. Chris only *later* affirmed under oath in court that *(i)* it is indeed his *own* signature, and that he was *(ii)* filing/arguing/repre9senting Autumn on *her behalf (not his own)* (fn. 62) (with the undoubted consent/encouragement of Autumn and Amanda, though neither of them ever testified). So, the Affidavit's "signature of plaintiff[/victim]" is an outright/admitted **lie** (by Chris/Amanda/Autumn). (I can't identify a (civil) law that that violates (noting that so-called "private prosecution of criminal laws" is outlawed in MA), though the Affidavit does speak of "penalty of perjury," which Chris committed (by his false signing), which *is* a crime, MGL Ch. 268 §1). See fn. 58 and ¶125.

shunning/rejecting *pro se* status).[56] *(iv)* That's not permitted, by statute (258E §3(a)[57]); so the Harassment Complaint was thus *"ab (pre-)initio"* (even *before* the "overt conspiratorial act" of being *presented to court personnel*) **incorrect/invalid/illegal.** What this means is that *(v)* Chris had **no legal standing** (Right to Relief) to file/petition the 258E Complaint against Tuvell as he did (because he *personally* didn't (claim to) suffer any **justicia-**

---

[56] *(i)* Autumn never made one single iota/scintilla/smidgen of an appearance (in any sense, at any forum, court or other). Whatsoever. As far as any court has ever known/verified/checked (even to this day), **no such person as "Autumn" has ever even existed.** *(i′)* So, how could the *judges* (as flawed/biased individuals, as opposed to *legitimized/official courts*) proceed with a (semi-)straight face? *(i″)* There's only one way I can think of (and hereby accuse): extra-judicial personal knowledge/preference for Haley (as a fellow/compatriot/co-conspiratorial government official, in Reading), esp. for his well-known(-locally) MAGA tilt; *(i‴)* plus, later, their (officials') "visual confirmation" that I "'looked like' ('fit the bill') as Haley described/accused" (cf. ¶30(iv)). *(i‴′)* Hence, the generic/universal prohibition against a non-lawyer (= person whose character is unknown/unauthorized/unlicensed to the court, not-a-"court-officer") representing another (UPL, ¶9(v), fn. 32).

*(ii)* Thereby (Autumn's lack of presence, item (i)), the Sixth Amendment (also MA Constitution) Confrontation Clause (for facing one's accuser) — which was going through my mind constantly throughout all this, and I complained about it in court multiple times — was "almost" violated (except for the fact that Ch. 258E is a *civil* harassment statute, not *criminal* (that would be MGL Ch. 265 §43A)).

[57] *(i)* Section C of the Harassment Complaint Form (Add. B, p. 99) does anticipate another person performing the *merely/purely secretarial/"scrivener" function* of **document preparation** (see fn. 32(ii)) (despite its imprecise/incorrect language using the word "filing," which conflicts with the usage of the language "may file" in 258E §3(a), where it means "may petition") (cf. also *physical disability assistance,* 258E §6) — which I would have no quarrel with *if Autumn had testified/swore* to that effect (though she never did). But in any event, that Harassment *Complaint Form* is designed/prepared with/by clerks (not by legislators/judges), and its preparation doesn't/can't override/supersede the 258E *statute,* nor precedential *caselaw,* about "signing and filing" (see *Adjartey,* fn. 62). See also the *Kareem* opinion (citation in fn. 94), which views a 258E case filed *on behalf of another* with skepticism (but stops short of formally deciding it). *(ii)* On Oct 20 2025, the Trial Court Law Libraries Executive Office of the Trial Court Massachusetts Court System (an organization having **no official/authoritative/legal standing** in the hierarchy of the MA judicial system) issued a document, entitled *Guidelines for Judicial Practice: Harassment Prevention Proceedings (258E),* and published at https://www.mass.gov/guide/guidelines-for-judicial-practice-harassment-prevention-proceedings-258e. It contains a chapter entitled *Guideline 1:05: Minors as Plaintiffs in c. 258E Actions* (https://www.mass.gov/info-details/258e-guideline-105-minors-as-plaintiffs-in-c-258e-actions), purporting to provide certain **"guidance" that conflicts** with (i.e., is *false*) information we argue in this Complaint. But, its publication/promulgation occurred **much too late to be of relevance** to this Complaint's proceedings, and hence can/must be **disregarded.** *Except for one thing:* What if the faulty guidance it provides is intended as a

**ble (alleged-258E-Harassment-)injury-in-fact** from Tuvell);[58] and therefore *(vi)* any **judge/court** recognizing/"hearing" such case (as would soon happen, ¶24,28) would be acting **beyond jurisdiction.**[59] So, any such 258E case would necessarily be *(vii)* **void *ab initio*** (it was a **"never-a-case,"** a stillborn/aborted **non-case,** all along). *(viii)* This explains ¶9(vi), **Civil Harassment 258E Lack of Standing/Jurisdiction.** See ¶107, fn. 149.

In combined sum (of ¶15–16): *{see end of ¶16}.*

16    Additionally/alternatively[60] (to the already-disqualifying Harassment

---

**back-formation,** motivated by a desire to *ex post facto* "bless" the miscreants' misbehavior claimed/argued/proven in this Complaint? "Inquiring minds want to know"® (National Enquirer, U.S. Reg. No. 1,280,317, all rights reserved).

58    *(i)* It has **never been established** from any of the Harassment case proceedings, §III–IV (nor even any other court proceeding, §V–XIII), that *Autumn herself: (i′)* **ever suffered any injury-in-fact (from Tuvell); or** *(i″)* **ever knew Tuvell existed;** *(i‴)* **ever even knew Chris/Amanda had brought the (Pseudo)Harassment suit.** *(ii)* For aught anyone (other than the Haleys) has ever learned (even to this date), it was *Chris/Amanda themselves* who *(ii′)* **invented** the 258E action out of whole-cloth, or *(ii″)* **informed/coached Autumn** about the "(pseudo-)harassment *they (not her) would claim/pretend* she suffered from," *(ii‴)* **with or without her consent.** *More is true:*

59    *(i)* The Supreme Court considers **"standing"** to be a "complicated [type/]*specialty* of **jurisdiction**" (*U.S. v. Chapman,* 345 U.S. 153 (1953)), while the MA SJC considers it akin to "normal" **"subject-matter jurisdiction"** (quote/citation in fn. 149(iii)). Either way, this is **seriously profound legal stuff:** lack-of-(standing/)jurisdictionality is as much of a **silver bullet** (a.k.a. **trump card,** a.k.a. *deus ex machina*) as legally conceivable/possible, killing-in-the-bud a court's authority/power/competence to hear/adjudicate a case *at all.* (For an other/different silver bullet, see ¶93.)
　　*(ii)* For a **primer on the topic of jurisdiction,** one might well turn to *Steel Co. v. Citizens for a Better Environment,* 523 U.S. 83 (1998), which includes an observation that *questions of jurisdiction* comprise an **Exception to the Party Presentation Principle/ Rule** (see Jeffrey M. Anderson, *The Principle of Party Presentation,* 70 Buff. L.R. 1029 (2022)), to the effect that **all courts (including appeals) have a** *sua sponte (ex meru motu, ex proprio motu)* **affirmative obligation to ensure their** *own* **jurisdictionality** as an **indispensable threshold question** *before* sitting in any case (example: fn. 1(iv)) (and they can/must also question/rule on *other courts' jurisdiction too,* per *Elliott v. Peirsol,* fn. 101) — *(ii′)* **even if** the issue is raised by a party at the **very last moment during/after appeal** (with citation to *Mt. Healthy v. Doyle,* 429 U.S. 274 (1977)); and *(ii″)* **indeed even if** the question is **not raised by the parties at all** (cf. *L.M. v. Middleborough,* ___ F.3d ___ (1st Cir., № 23-1535 (Errata, № 23-1645) (2024), a §1983 case).

60    Not really "'different' alternative," but the "languaging" of ¶15–16 is awkward and may "sound" a little "off" (without being inconsistent, though for that see FRCvP 8(d)(2)), because to the *shifting sides-of-the-same-coin "roles" played* by Chris/Autumn: RealPlaintiff/*Faux*Litigant/victim/party/witness/(non-)lawyer/representative/client/self/other.

258E statute provision of ¶15), for the Haleys' Civil Harassment submission/ filing (affecting/tainting **all subsequent proceedings** in the Harassment case, esp. court hearings), the Autumn/Chris **Plaintiff-in-Name/Litigant-in-Pretense** schism can be interpreted/destroyed by *another* law, **even stronger** (because it's *nationwide* (not just MA 258E statute), and does have *solid MA caselaw* to back it up). Namely, for the whole Haley (pseudo-)Harassment case, Chris was literally self-avowedly *acting/litigating* ***"on behalf of"*** Autumn as her **(il)legal representative/attorney/counsel at court**[61] — thereby **"practicing law,"** in naked/unapologetic perverted (because permitted/OK'd/blind-eyed/encouraged by judges) contravention of the **Unauthorized Practice of Law (UPL) statute, Ch. 221 §46A** — which provides that a **non-lawyer** litigant may represent ***only him/her<u>self</u>*** (*"pro <u>se</u>"*) in any legal proceeding, but ***cannot represent <u>another</u>*** per-son.[62,63,(58)] And every competent/legitimate/honest judge, nationwide, knows it (else they're inescapably incompetent/illegitimate/dishonest).[64] The consequences of this UPL infraction mirror/duplicate/parallel/reinforce

---

[61]   It is the *court's responsibility* to protect the legal rights of anyone (esp. a minor, who may be being manipulated/abused by a parent, such as in our case) who is a litigant in court. Judge Budreau's (introduced in ¶28) failure to protect Autumn from Chris's pawn-manipulation/abuse (not to mention protecting Tuvell from Chris's obvious malicious ¶15–16 abuse of process) is nothing short of stunning (far beyond mere "dereliction" of duty).

[62]   *(i)* See fn. 32. *(ii)* "We acknowledge, **of course,** that it is **unlawful** for **any nonattorney** to engage in the unauthorized practice of law — for instance, by **signing and filing a complaint on behalf of an unrepresented litigant** [other than him/herself, *pro se*]." — *Adjartey v. Housing Court,* 481 Mass. 830 (2019).

[63]   *(i)* Noting that, as a side-note (this isn't mitigatingly relevant, because the UPL *statute* is non-restrictive at to the type of court it applies to (Superior, District, Juvenile, etc.), and cannot be overridden by, say, mere court *rule/guidance/practice,* certainly not absent a particular reasoned *opinion/decision,* which didn't happen here), the (Pseudo-)/Harassment case proceeded in Superior Court. *(ii)* For a UPL example involving (like ours) a *parent and minor child at Superior Court,* consider the recent *Doe v. Joncas,* MA App. Ct., № 23-P-986 (2024) (itself non-precedential, but instructive/persuasive/non-controversial, and citing to binding precedents).

[64]   Witness that in family/juvenile courts everywhere, it's not infrequent that *the parents who are the "bad guys."* That's why the judicial system (courts/judges) appoints representatives/lawyers/guardians *ad litem* — to protect the children from the parents. ***Judges cannot legitimately "blindly trust" <u>anyone</u>*** *(parents included),* but that's just what Budreau did.

(are nearly "isomorphic" to, but even stronger than) those of ¶15: *(i)* **no standing,** *(ii)* **beyond jurisdiction,** *(iii)* **null *ab initio.*** This explains ¶9(v), **UPL §46A Lack of Standing/Jurisdiction.** See ¶107, fn. 149.

*In combined sum* **(of ¶15–16): Neither of Chris/Autumn was (legitimately) acting *"pro se"*** (nor was either a lawyer); therefore **the incipient (Pseudo-)Harassment case could not (legally) be "heard"/entertained/adjudicated in any court** (trial or appellate); **no court could have any jurisdiction; the case never "existed"** (in the legal sense); **no (valid) judgment/order** (cf. the "Apr 29/26" (double-)order, ¶41) **could issue from it. Full stop.**

17    Further replicating/confirming/fortifying/proving the doubly illegal behavior of ¶15–16 regarding the Haleys' (Pseudo-)Harassment Complaint, we see that their accompanying Harassment **Affidavit** (Add. B, p. 100) is also written from *Chris's point of view* (not in Autumn's "own voice"), meaning it doesn't represent Autumn's story, and it too is (falsely) signed/filed by Chris. So Chris is here, *again,* impersonating Autumn, and forging her name/story, and impermissibly representing her, hence **re-violating** the ¶15–16 statutory laws (258E, UPL).

18    Compounding this yet more, we see that **Amanda,** too, signed the Affidavit, as its Witness, thus falsely certifying Chris's impersonation/forgery of Autumn, thereby demonstrating Amanda's knowledge of, and exhibiting her willful **complicity/conspiracy** (¶9(ii)) with, the Haleys' (Pseudo-)Harassment scheme.

19    This evidence (everywhere supported by, and nowhere ameliorated/contradicted by, all the information offered throughout the instant Complaint, and everywhere else, such as court records/filings) compellingly demonstrates that Chris/Amanda/Autumn[65] were, already at that early point

---

65    Autumn's co-conspiracy is attested to by the checkbox in §C of the Harassment Complaint form (Add. B, p. 99), not to mention Chris's many mentions/references to her at hearings (implicitly and explicitly affirming her (behind-the-scenes) participation in the proceedings).

(and forever thereafter), co-knowledgeable about, and in co-agreement with, all of one-another's activities/aims/goals (here with regard to their (Pseudo-)Harassment scheme/case, but also with regard to later activities related *infra* — that is, they knew about and supported later judges'/prose-cutors'/etc. endeavors to persecute Tuvell) — making/confirming the three of them willing **co-conspirators** (together with all those many others, added later, *infra*). This ***begins* to explain Conspiracy,** ¶9(ii) — though without (yet) the aspect of "Constitutional Tort by state/local officials" (that will be started in the next two paragraphs, ¶20–21).

20    Turning now to the functional **content**[66] **of the (Pseudo-)Harass-ment Affidavit (Add. B, p. 100–101), we see that it consists of *(i)* 13 (pseudo-)"substantive" bullet-points**[67] (which, expectedly, are mislead-

---

[66]    What's also interesting/telling about the Haley Affidavit is its ***non-content,*** in par-ticular, *who it **didn't target:***

*(i)* The Haleys didn't "go after" (or even name) **the only two people who actually *did* violate privacy/confidentiality law** (cf. fn. 92), by **initially leaking** (perhaps inadver-tently/negligently, as they later *publicly* claimed/admitted, so all our co-conspirators knew their identities) **"*(trivially)* naughty information"** (internally/government-embargoed **PII,** acronym defined in fn. 91) regarding/concerning/of/about Autumn (and other minors) that they were legally responsible for guarding — namely, *(i′)* Reading's School Superinten-dent **John Doherty** and *(i″)* Town Clerk **Laura Gemme** — because, Chris "liked" them (they didn't criticize Haley's MAGAism as I did) (selective prosecution, fn. 30(iv″)).

*(ii)* That "(trivial) naughty information" (whose *content* is displayed in fn. 67(i)) was **buried deeply, *unnoticed*** by me and everyone else (because of its very triviality) (hence certainly/obviously **not** with *"willful and malicious … intent,"* which is a **258E *require-ment***), inside a **Response to a Public Record Request (PRR)** (by town resident *(ii′)* Ash-ley Gross; I was not involved in any way, and was unaware of it until notified later) — a **"document dump"/tranche** (ZIP archive file of 273 PDF emails/messages to/from Read-ing elementary school teachers, ~1,500 pages) concerning a totally legitimate (PRR) *politi-cal/MOPICS matter* (*viz.,* how the events of the **Wash. D.C. "Jan. 6"/MAGA protests** were handled by students' teachers).

*(iii)* That *unredacted* PRR tranche was **posted online** (presumably by Gross, and it *remained* online for several *months,* until I myself pointed out its continued posting there, and got it removed), where it was downloaded/viewed by various town residents/officials/parents (minimally that I know of: *(iii′)* Reading School Committee member Shawn Brandt (and no doubt *(iii″)* others, including other Committee members and especially its legal counsel), and *(iii‴)* former Reading Selectman Andy Friedman).

*(iv)* All of this (i–iii) happened *before* any of it was mentioned/forwarded (unso-licited, out of the blue, by Friedman) to Tuvell (thus implicating **CDA §230,** ¶9(iv)).

[67]    **For the record** (so as to ground this abstract discussion in solid concrete):

ingly skewed in ways **falsely prejudicial** against Tuvell)[68] (plus *(ii)* a 14th insubstantive conclusory summary paragraph[69]), nonsensically purporting to describe "at least three separate incidents" (as required/defined by 258E) of "harassment." As pretendedly "bad" as they strain to be, they **transparently obviously** do no such thing: they nowhere epitomize/implicate *even a fractional scintilla of even a single* (pseudo-)harassment-adjacent incident:

*(i)*



*(ii)* That preceding (item (i)) was/is the ***only*** "(pseudo-)harassment 'bone of contention'" under dispute — the **sole trivial tempest-in-a-teapot micro-iota sub-datum of the Haleys' theatrical fig-leaf doomeristic (pseudo-)"naughty"/"objectionable" information ever published anywhere by anyone** (as admitted in the Affidavit's 1st/3rd bullet-points, p. 100). It was initially published, *unredacted,* by *others* (I was *in no way involved,* totally unaware, see fn. 66), hinting at the potential *existence* (sans any informative *content* detail) of a **"neuropsych"** exam/evaluation for Autumn, buried "invisibly" inside a 4-page Cortana (https://en.wikipedia.org/wiki/Cortana_(virtual_assistant)) message (one of the 273 notes mentioned in fn. 66(ii)) for Reading school-teacher Julie Hendrix, dated Thu Jan 7 2021 (and repeated the next day). But, **I completely *redacted* Autumn's identity/ PII** in my posting of item (i), *voluntarily* and permanently, *immediately* upon being informed about the matter (see fn. 91).

*(iii)* In fact, Chris himself **publicly disclosed** this "neuropsych" information (which he portrayed as "neuropsychiatric," instead of the usual "neuropsychological") in his Affidavit (which has *never been redacted* in any *official* proceeding (I alone did that, item (ii)). And also elsewhere, much later (at the (pseudo-)trial of ¶94)), he additionally publicly disclosed *more detail,* saying that the neuropsych was related to an **Individualized Education Plan (IEP)** for Autumn — where he *lied* (under oath), saying that I had known so.

68   *(i)* In particular, Tuvell has ***never/ever (even to this very date)* "interacted" with Autumn in any way/shape/form, directly or indirectly** (a *sine qua non* for 258E "harassment"): I've never been anywhere near her, nor seen her, nor "thought about" her, nor sought "private student information" about her, nor "shared pictures" of her (except, defensively, for openly/innocently **reposting** (CDA §230, ¶9(iv), ¶107(α)) two images that **Haley himself had published** on his own website in connection with his political campaigns, just to prove that Haley himself had publicly posted them). *(ii)* But one thing that actually is very significant in the Affidavit is in its 4th bullet-point, wherein Chris proactively *advertises himself* (**"flashes his badge"** so to speak, a classical exhibition of **abuse of (corrupting) power,** "don't you know who I am?," see Postscript at ¶129) as a *political/government official* (Reading Select Board member, albeit not acting herein "pursuant to"/"in color of" his official role), for the benefit of the other/kindred officials (judges/prosecutors/ police/etc.) who needed to be reminded of it.

not only are all the Affidavit's claims *colloquially* non-harassing,[70] they're also *legally* **First Amendment protected,** as explicated in ¶21(i,ii), and as would later be *officially* proven/adjudged (see ¶40), no matter how tortuously misconstrued/distorted (legally or colloquially).

21   The Haleys' attempt to entice/enlist/rope ***government* co-conspirators** into their attack on Tuvell (by *officially filing with the judicial system their bogus pseudo-Harassment case,* as they did, ¶24), would, *if successful* (as it would be, see ¶24 *et seq.* (until it was later/eventually/afterwards **terminated/vacated,**[71] see ¶40)), constitute **Constitutional Tort with Conspiracy and Negligence**[72] (¶9(i–iii)), due to various combinations of:—

   *(i)*   **Constitutionally** protected **Free Speech/Press** (¶9(i′)), esp. a **Right to Report (on Govt.)**[73] (any/all) MOPICS **official gov-**

---

69   Which turns out to be quite significant, see fn. 30(iv).

70   At the very most, only a singleton trivial/iota datum (the simple word "neuropsych," fn. 67(i)) of the exposed information might conceivably, *colloquially* (but not *legally*), be considered by *some* (not *all,* or even a *majority*) to be mildly/innocuously *privacy-invasive* (but certainly not *harassing*), or maybe *"embarrassing"* (to Chris, apparently, noting that he later voluntarily admitted (publicly, in court) that, in his eyes, Autumn is "different than a normal, everyday, ordinary kid"), but embarrassment isn't a legally cognizable condition, being too overly-subjective/emotional/hysterical. **Except that,** Tuvell was merely *unknowingly/blindly repeating* (not *"exposing"*) information that had already been **officially publicly disseminated by government officials** (MOPICS), and disseminated by others; and even then Tuvell *voluntarily immediately corrected/redacted <u>their</u> oversight.* Cf. ¶33,37.

71   These two terms (and other synonyms) are employed interchangeably for dissolved/disappeared bogus 258E Civil (and MGL Ch. 209A Criminal) Harassment cases in MA (fn. 2 of *J.S.H. v. J.S.,* MA App. Ct. 15-Pe-1607 (2017)); our judge used *both* terms (orally and in writing, in the course of ¶40), and they both mean (of course) **"*vacatur*/null/void/rescinded/dissolved/vaporized/etc. *ab ovo.*"** Which in turn also means that **any/all activities** associated with the pendency of the Harassment case (such as any **judicial orders,** esp. the Apr 29/26 (double-)order, ¶41) are *also* **void(ed) (of no legal effect),** *automatically* (*no formal judicial declaration* is required to effect the recognition of their *vacatur*).

72   This facet of negligence/protection/intervention/rescue, ¶9(iii), need/will not be harped-upon incessantly in this Complaint, though it's pervasively present: it's immediately clear that any co-conspirator could/should/must have raised alarms/flags and thwarted (to the extent they were capable of doing so successfully, which was considerable) the Conspiracy, but they neglected/refused to do it.

73   A.k.a. the ***Daily Mail* Principle,** or the **Fair Report (*re* Govt.) Privilege (FRP)** (see fn. 1): *(i) Cowley v. Pulsifer,* 137 Mass. 392 (1884) (SJC, O.W. Holmes); *(ii) Smith v. Daily Mail Pub. Co.,* 443 U.S. 97 (1979); *(iii) Florida Star v. B.J.F.,* 491 U.S. 524 (1989) [that

**ernment matters** (Public Record Requests (PRRs) in this instance, see the content of the Affidavit's 13 bullet-point items).

(ii)  **Constitutionally** protected **Petition** (¶9(i′)), regarding the Affidavit's bullet-point items: MOPICS **Public Record Requests (PRRs)** and their **Responses,** and the MA **Open Meeting Law (OML).**

(iii) **Constitutionally** protected **Due Process** (¶9(i″)): Chris had *no standing* to represent Autumn (*twice,* ¶9(v,vi), ¶15–16), hence the Superior Court ***doubly lacked jurisdiction*** to even *consider* his Harassment suit (noting that every court/judge has an **affirmative/proactive/non-waivable/non-forfeitable duty** to verify its own[74] **jurisdiction** over *every* case it considers).

(iv)  **Federal statute** protected **Internet activities** (CDA §230, ¶9(iv)): Tuvell's Reading-town-affairs-oriented website, and emails Tuvell exchanged with others, regarding Internet *content initially created by others* (as in fn. 67), then simply *republished/ copied/imported* to Tuvell's website.[75]

22  And then further, once the illegalities of ¶21 were "officially" instantiated (as they soon would be, by the false imprimatur/color-of the legal system, beginning with ¶24), the false *public labeling* (in court proceedings, and to co-conspirators) of Tuvell as a (pseudo-)"harasser" (of a 9-year-old girl, no less) additionally constituted (and/or contributed to, by/with co-conspirators) **ordinary (non-Constitutional) statutes/torts,** due to (various combinations of):—

---

rape victim's full name is known/published, Betty Jean Freedman, see https://en.wikipedia. org/wiki/Florida_Star_v._B._J._F.]; *(iv) Bartnicki v. Vopper,* 532 U.S. 514 (2001); etc. *(v)* The very readable survey article by **Susan Seager** (fn. 130) is highly recommended.

74    And *other* courts' jurisdiction too (relevant for us): fn. 101,149.

75    See *Reno v. ACLU,* 521 U.S. 844 (1997), etc.

*(i)* **Anti-SLAPP** (¶9(viii)).[76,77]

*(ii)* **Defamation** (¶9(x)).

*(iii)* **IIED** (¶9(xi)).

*(iv)* **Abuse of Process** (¶9(xii)).

*(v)* **Malicious Prosecution** (¶9(xiii)).

23  Conclusion from this §III: **The Haleys lied.** From "Day One" (Jan 17–18 2022), the diabolical Haley Harassment swindle is seen to have been blatantly/grossly/irretrievably **anti-legal.** Any layperson of ordinary intelligence would assumably *feel* this (as I indeed did), intuitively "from infancy;" but even the stupidest trained lawyer (or AI) in the world, catching just the merest glimpse of the Haleys' Complaint/Affidavit, would indubitably *know it for sure:* recognizing these kinds of legalistic lack-of-jurisdiction/viability/sensibility requirements is mechanical/mundane/trivial, a mere automatic reflex reaction for any sane lawyer.

# IV
# (PSEUDO-)HARASSMENT HPO
## (WOBURN SUPERIOR COURT)

24  At this point (the filing at Court of the Haleys' (Pseudo-)Harassment case, on **Tue Jan 18 2022**), Judge **Maureen Mulligan** of the **Woburn Superior Court** entered the picture, briefly but consequentially.[78] By **receiving** the Haleys' Complaint (without flagging it, as she should have done, per

---

76    Strictly speaking, the MA Anti-SLAPP statute only applies immediately to Motions to Dismiss, i.e., to judges, which Judge Budreau did violate (see ¶34). However, then (following Budreau's ¶34), even the Haleys (and all other conspirators) were *vicariously* liable (via Budreau) for Anti-SLAPP too, because of the overall Conspiracy (per fn. 30).

77    For a recent interesting/relevant/instructive (Right to Speech/Petition, Fair Report Privilege, MOPICS, Defamation) anti-SLAPP case (albeit not binding, since not in MA), see *Wynn v. A.P. and Cano,* 555 P.3d 272 (2024), 140 Nev. Adv. Op. 56 (succeeding 542 P.3d 751 (2024), 140 Nev. Adv. Op. 6).

78    That filing at Court constituted the *first* legally **concrete/overt act in furtherance of the Conspiracy,** as required by the law of conspiracy, thus *officially* instantiating the Conspiracy. It was to be followed by "infinitely many" more such overt acts, *infra.*

¶15–16), Mulligan *(i)* **accepted Haley's (illegal) UPL/258E (¶9(v,vi))** **Lack of Standing/Jurisdiction false/abusive gambit** (thereby joining the Haley Conspiracy), as described in this ¶24–25. She then *(ii)* "carefully" (necessarily so, as required by her office) **reviewed** the Haleys' Harassment Complaint+Affidavit; and *(iii)* falsely **approved** it (even though it was facially/transparently/blazingly invalid, per §III); and *(iv)* **issued** the Harassment **("temporary," "10-day") (Pseudo-)HPO** (Add. B, p. 102); which was *(v)* duly **filed** by Magistrate **Martha Brennan** (who thereby joined the Conspiracy too), and *(v′)* docketed as Case № **2281Cv268;** and *(vi)* the HPO (only, without the Affidavit) was **delivered** to Tuvell (thus becoming the first act of the Conspiracy that was *visible* to Tuvell) later that day by Reading Police Department (RPD) Officers **Steve Pelland** and **Salvi LaVita** (who thereby also joined the Conspiracy) — all of this cumulatively/cascadingly[79] false/illicit/illegal. These events constituted the Haleys' "successful enlistment of official government co-conspirators" mentioned in ¶21.

25   As just explained above (and moreso in ¶40(ii)), even the most superficial/cursory/perfunctory glance (much less the "careful" review/study required of sworn government officials) of the Complaint+Affidavit by any judge (or clerk/magistrate,[80] or any lawyer, or law enforcement officer such as the policemen who delivered it to Tuvell; see fn. 46) would/should/must immediately reveal the ***"transparently[81] invalid"[82]*** nature of the pur-

---

79    In the sense of Fruit of the Poisonous Tree (FOPT) (fn. 38), cf. fn. 101.

80    We speak of "clerk" and "magistrate" interchangeably, intending no meaningful distinction, and without differentiating its various subdivisions ("chief," "assistant," etc.). See MGL Ch. 221 §62B.

81    **"Transparency"** (see fn. 36) is a keyword/term-of-art in law, meaning (colloquially) "language/events so incandescently obvious that no non-frivolous argument can reasonably be adduced to the contrary" (as opposed to **"translucency,"** referring to the diffusive/ gauzy/fuzzy misuse of language to "mislead/baffle/befuddle"). It is best understood as an aspect of Due Process. The transparent invalidity in this instance, besides being exhibited by ¶24, is further emphasized by Mulligan's HPO's **triple-underlined "any"** (Add. B, p. 102; a more blatantly **transparent illegal prior restraint** (fn. 36) than that can hardly be imagined, as it 100% violates Free Speech with 0% Scrutiny (fn. 1(ii))). See also fn. 188.

82    A prime import of "transparent invalidity" of judicial orders (and of other things, such as police actions) is that the perpetrator (in this instance, Mulligan) *(i)* acts **beyond**

ported-(pseudo-)Harassment claims made by the Haleys (see ¶21(i–iv) above). This means that at the point of the HPO's issuance and its concrete/overt delivery to Tuvell (¶24), **Mulligan lied** (together with the other above-named co-conspirators),[83] becoming automatically/instantly/conspiratorially guilty of instances of Constitutional Tort (¶9(i)), per fn. 30.

26    Later that same day (Jan 18), I was phoned by Reading Police Officer **Shiloh Clark,** who informed/warned/threatened me (thereby he joined into the Conspiracy) that Chris had complained I'd violated/contemned the HPO, by communicating to some of my acquaintances, *by email,* "what was happening *about the Harassment case*" (*not* for "harassing *Autumn,*" there never having been any such harassment). That was insane: *(i)* the HPO didn't forbid my doing so ("sending an email" doesn't constitute "posting on Internet" (which meant, in the Affidavit's/HPO's context, posting on my website), though that was exactly what they were pretending; see ¶10 (*Faux-*Tenet #3)). And in any case, *(ii)* everything I was doing (*even if* I had "posted on the Internet") was obviously protected by the First Amendment (MOPICS). So this phone call constituted another violation of ¶9(i′).

27    On **Thu Jan 20,** I received another phone call (Conspiracy overt act), from Pelland, complaining about my (falsely alleged, by Haley) violation/contempt of the HPO. After which, that day, I proactively visited the Reading Police Department office (trying mightily to "clear things up"), and spoke to Officer **Christopher Picco;** but he also lied to me, by pretending that "sending email constitutes posting to Internet" (overt Conspiracy act).

---

**their jurisdiction/authority/power** (as exhibited in fn. 81), and hence *(ii)* **forfeits immunity** against liability. See fn. 47,48.

[83]    At this early point, the conspirators constituted: Chris/Amanda/Autumn Haley; Mulligan, Brennan; Pelland, LaVita; and potentially others involved behind the scenes, yet to be discovered.

# V
# (PSEUDO-)HARASSMENT COURT PROCEEDINGS
## (WOBURN SUPERIOR COURT)

28    The ("temporary") HPO (¶24) specified that a (so-called) "10-(business-)day hearing" was to be held, as it was, on **Mon Jan 24 2022,** at Woburn Superior Court (I attended remotely via Zoom),[84] to determine whether the HPO should be extended to a "permanent" one (up to one year), per 258E. At that point I still hadn't yet been given the all-important Affidavit (only the HPO), so I had no idea what this BS was all about, or what I was supposed to have "done." Presiding was Judge **James Budreau,** but he was ***already*** (by virtue of merely *presiding,* as opposed to *immediately/preemptively declaring his court's non-jurisdictionality,* which he *should* have done, by law) acting illegally **beyond his jurisdiction** (¶9(v,vi), fn. 97,96), for reasons already stated: *(i) procedurally,* Budreau expressly[85] **accepted** Chris's representation of Autumn (*contra* UPL and 258E, ¶9(v,vi)), though Chris **lacked standing** (¶15–16), hence Budreau/Chris were *conspiring* (¶9(ii)) with one another to violate Due Process (¶9(i‴));[86] *(ii)* on *substantive-law* grounds (¶9(i′)), the merest glance at Mulligan's HPO revealed

---

84    *(i)* Per the handwritten marginal note on the HPO (p. 102). Even though I didn't travel to the courtroom, this hearing was a "compelled/forced legal process, court encounter," so it counted as a **"seizure (of the person)"** in the sense of the Fourth Amendment (violating ¶9(i‴), because of **lack of jurisdiction,** ¶9(v,vi)) — akin to "wrongful detention" or "false arrest" by police. This is the case, too, for *all* the other court appearances I was forced to make *passim* (so a notice like this needn't, and won't, be repeated every time).

    *(ii)* If *email* is an instance of "posting on the Internet" (¶24,25), in "violation" of the HPO, then surely so is *Zoom.* Hence the court was here both *(ii′)* forcing *me* to "violate" the HPO, and *(ii″) itself* "violating" the (spirit of the) HPO (by transmitting forbidden/"naughty" material over the (insecure) Internet); noting too that *(ii‴)* this was an *open/public* meeting, and other people *were* present in the courtroom. See also fn. 90.

85    Upon my prompting (multiple times), Budreau unambiguously quizzed Chris about the Chris-representing-Autumn arrangement, and unequivocally OK'd it.

86    For example, Budreau even wrote in his later *Vacatur/*Termination Order (¶34, Add. C) — the *only* legal artifact that legally survives an *ab initio* vacated case — about his desire/action to cater to "the *request* of the minor's parent[/attorney]," as opposed to what the *law* demands, or what the *Plaintiff* wants, or what's in the "best interests of the *minor.*"

its transparent/automatic bogosity/invalidity (¶25) (and as Budreau would later admit, ¶40).

29    One of the first things Budreau did was to **prevent/forbid me from Zoom-recording** the session (upon Haley's conspiratorial prompting) — which was illegal (¶9(i′), per the **Right to Record official proceedings**[87,88]). Yet also, in the same breath, he explicitly said that everything was being officially recorded, and was **publicly** available (no impoundment/sealing) — thereby **canceling the automatic impoundment clause** of 258E §10.[89] Budreau also repeated the absurd lie that "sending email is posting on Internet," and (falsely/illegally) ordered me to **take down** anything on my website mentioning/referring in any way to Autumn, or to the *Harassment case itself,* and he accused me of being "cute," and "intimidating Autumn" — all abusing his power, displaying bias, and trying to force/coerce me into obeying his (transparently invalid) orders, in violation of First Amendment Free Speech/Press (¶9(i′)) and CDA §230 (¶9(iv)).

30    But the biggest problem with this Jan 24 hearing was that I still hadn't yet been given the Affidavit (as mentioned above), so *I had no idea* what I was being accused of (denial of Due Process, ¶9(i″)). So the HPO was extended for two more weeks (the extension was delivered to me on or about

---

87    *Re* Right to Record: *(i) Glik v. Cunniffe,* 655 F.3d 78 (1st Cir., 2011); *(ii) Gericke v. Begin* (fn. 48); *(iii) Martin v. Gross,* 340 F.Supp. 3d 87 (D.Mass., 2018); *(iv) Veritas v. Rollins,* 983 F.3d 812 (1st Cir., 2020); *(v) Curtatone v. Barstool Sports,* 487 Mass. 655 (2021) — noting that *(vi)* signage in MA courthouses/rooms (and on official MA webpages) *advertises* that proceedings **are (publicly advertisedly) officially recorded,** hence *Curtatone* applies to making recording by *anyone* legal. *(vii) Contra (illegally,* noting that Court Rules cannot override caselaw): SJC Rule 1:19(1), and courtroom signage to its same effect.

88    *Other* signage (than that noted in fn. 87) in MA courtrooms (and in published court SJC Rule 1:19) forbids recording court proceedings (even without the usual "time/place/manner"/disruption considerations). This conflicts with fn. 87, so it's illegal, ¶9(i′) (because binding/precedential caselaw trumps such mere "rule/policy/custom/practice").

89    In **later** hearings/papers, Budreau *(i)* re-instated impoundment (falsely/illegally relying on URIP, not statute, see fn. 97(i)), and he also *(ii)* (falsely/illegally) ordered/prevented me personally from obtaining further recordings, a violation of Due Process, ¶9(i″). But by then, it was **too late** for him: I had *already legally obtained* the materials in question he was trying to embargo.

(I forget exactly) later that day, by two newly conspiracy-joining police officers, **Officer_Name1** and **Officer_Name2,** in the driveway of my home, with my daughter present, thereby **defaming** me (in front of her), ¶9(x)), and the hearing was continued to Feb 7. I finally received the Affidavit on **Jan 25,** via email[90] from Budreau's Magistrate, **Arthur Deguglielmo** (who thereby joined the Conspiracy; he continued conspiring by his participation in the hearings to follow, related below).

31    *{Four incidents intervened at this point, but they're postponed to §VI below, so as to not interrupt this §V narrative of Harassment proceedings.}*

32    The scheduled Feb 7 hearing stretched into three days, **Mon/Tue/ Wed Feb 7/8/9 2022** (the last split into two sub-sessions). At these, Haley repeated the allegations of his/Autumn's Affidavit (thus continuing to violate UPL (¶9(v)) as he did so), and even added more "incriminating" "harassment" material against me (all of it perfectly innocent/legal, of course) concerning "intervening events" (esp. my perfectly super-legal (¶9(i′), fn. 1) publication *about the Harassment case itself* (as opposed to anything "about Autumn") on my website, and the events of ¶31/§VI) — which testimony shouldn't have been allowed (violating Due Process, ¶9(i″)), because this Harassment hearing was supposed to be limited to determining the sufficiency of the Complaint+Affidavit only (if anything "bad" happened later/ post-Affidavit (nothing ever did), it should have been filed as a new Harassment or Contempt case).

33    We need not here, for the limited purposes of the instant Complaint, relate the fine-grain details of the grueling Feb 7/8/9 hearings, except to note they were grossly defamatory/distressing to me (¶9(x,xi)), being publicized in a public/recorded setting/courtroom (as with all my hearings, throughout). I spoke (with convincing exhibits) the plainly exonerating facts,

---

90    Note again (as at fn. 84(ii)) how the court permits *itself* to "post on the Internet" (email) "super-sensitive/naughty" material (the Affidavit) about Autumn, even though *I* was supposedly forbidden to do so. See also fn. 110.

but it fell on deaf ears. The overall character of these hearings was that Budreau was everywhere autocratic/obstructive, and obviously biased in Haley's favor (perpetuating the Conspiracy, ¶9(ii)), even though I was the only one who spoke the clear/legal/honest truth at all times. For example, when I mentioned that I'd **voluntarily redacted**[91] (after studying what *government officials (not me) should have done*)[92] Autumn's name from emails published on my website, even though I had *no legal obligation* to do so (as I obviously didn't, per First Amendment, both generally and by Right to Report official MOPICS government documents (FRP, ¶9(i′))), Budreau falsely said that that (no-legal-obligation) was a decision for *"him"* (meaning, as it turned out, "him personally," as opposed to "the law/justice") to make (ignoring universally understood Supreme Court precedent, violating Due Process, ¶9(i″)).

34    Also at the Feb 9 hearing, I submitted an **Anti-SLAPP Motion to Dismiss,** which Budreau summarily denied — falsely, because I was in the right, per the now-known(-at-that-time) content (13 exaggerated/mischaracterized bullet-points, ¶20) of the Affidavit and the plain wording of the Anti-

---

91    *(i)* My proactive **redaction** was known to/by Haley/Budreau *from the very beginning* — as *self-proven/admitted, twice,* by: *(i′)* the 2nd–3rd bullet-points of the Affidavit (Add. B, p. 100)); *(i″)* the 2nd footnote of the Apr 29/26 (double-)order (Add. D, p. 109). *(ii)* Nonetheless, both those two references (i′–i″) contain (other) **EGREGIOUS BLATANT LIES** (by Haley and Budreau). Namely, what is really the truth (provably, on the court record) is that: *(ii′)* Autumn's **name/identity ("personal identifying information," PII),** once redacted as it was, *(ii″)* **remained redacted;** and *(ii‴)* **only** the naked **word "neuropsych"** was **later unredacted;** which (hence) *(ii⁗)* **could *not* be linked back** to Autumn's PII. **Full stop.**
       *(iii)* The *reason* for *partialness of unredaction* (of non-PII information only, items (ii′–ii‴)) was that I'd read the case *Champa v. Weston* (473 Mass. 865 (2015)), which held that *(iii′) only PII-level information* was subject to redaction (though such redaction was only *legally binding on government officials,* not on ordinary citizens like myself). *(iii″)* Most other (non-PII) information — such as the bare *services rendered* (to benefit *anonymous* individuals), e.g., "med/psych exam," and even the details thereof — *should/must* be available (as a "public record," e.g., subject to Public Record Requests (PRR)), to the taxpayers who fund the government; because *(iii‴)* it's MOPICS information (fn. 1).

92    Perhaps per such laws as (without getting into the weeds here, just throwing out ideas for thought): *(i)* federal **Privacy Act** (5 USC §552a), with MA analog (**Fair Information Privacy Act (FIPA),** MGL Ch. 66A); *(ii)* federal **Family Education Rights and Privacy Act** (**FERPA,** 20 USC §1232g; 34 CFR Part 99), with MA analog (**Massachusetts Student Records Regulations** (603 CMR 23.00). See *Champa v. Weston* (fn. 91(iii)).

SLAPP statute (which I exhibited), so Budreau's denial violated Due Process (¶9(i″)) as well as Anti-SLAPP (¶9(viii)). At that Feb 9 hearing, I also submitted a **Motion to Recuse** against Budreau, which he also summarily denied — falsely, again, because I was in the right, due to the illegalities Budreau had already committed, and obvious bias, as related *supra,* and soon to be proved/admitted *infra*, so Budreau again violated Due Process, ¶9(i″).

35    The outcome of the Feb 9 hearing was that Budreau falsely/wrongly found me **"guilty" of Harassment,** and issued a "permanent" (also so-called "one-year") extension to the HPO, which was delivered to me later that day by RPD Officers **Michael Lee** and **Benjamin Woodward** (joining into the Conspiracy). It was a transparently invalid order, for the reasons related above in this §V. To say the least, I was in traumatic shock (PTSD, IIED, ¶9(xi)) about all these insane developments.

36    Nevertheless, I continued to study/research the law in this area (Ch. 258E Civil Harassment), in which I was rewarded just two days later, on **Fri Feb 11** (a date etched in my memory, see ¶51), when I discovered the decade-long-standing (so Budreau, if even minimally competent, surely knew it, but hid it from me, violating Due Process, ¶9(i″))[93] precedential/controlling SJC decision covering it, **O'Brien v. Borowski,**[94] which limited pure-speech-only 258E cases (such as mine) to **"true threats or fighting words,"** on First Amendment grounds (as I'd intuitively known/maintained all along, albeit without earlier knowing about *O'Brien*).

37    So I immediately filed an (**internal** to the 258E case) objection/**"appeal"** (as I naively called it (it should've been called a "motion"), though 258E hearings are generally fluid/forgiving with respect to such insubstan-

---

[93]    We might/do characterize such behavior as a **"Brady(-like) disclosure violation"** (*Brady v. Maryland,* 373 U.S. 83 (1963)), only worse, because perpetrated by a *judge,* as opposed to *prosecutors* (though that too would happen later).

[94]    *O'Brien v. Borowski,* 461 Mass. 415 (2012); cf. also *Seney v. Morhy,* 467 Mass. 58 (2014). Though, Budreau (in his Add. C termination/*vacatur* order) chose to cite a distinctly secondary/derivative (but very recent) case, *Kareem K. v. Ida I.,* 100 MA App. Ct., 902 (2022), which I'd also introduced to him (at one of the hearings).

tial formalisms, as Budreau had explicitly so said, especially lenient toward *pro se's* such as myself)[95] to Budreau on that day (Feb 11, mildly upgraded/ refiled on **Mon Feb 14**), together with a (more formally proper, as I'd learned) Notice of Appeal on **Wed Feb 16,** and also an Application for Expedition and Direct Appellate Review (DAR) on **Fri Feb. 18.** And, since I had now irrefutably proved to Budreau/Haley that I/we now all knew I had been acting totally legally all along (so I couldn't (though I would be) reasonably/ legally be held to observing the insane/invalid HPO), I *continued*[96] my (perfectly legal, MOPICS First Amendment protected, as we all now knew) reporting/publishing about the Harassment case on my website.

38    Nevertheless, on **Fri Apr 1,** Deguglielmo emailed me a new/1st (totally transparently invalid) **takedown (don't-speak/don't-write/don't-publish/don't-disseminate) order** from Budreau (who'd apparently received a Due-Process-violating *ex parte* complaint from non-lawyer/non-Plaintiff Chris), to remove the information mentioned in ¶37 from my website, claiming that my publications/website were in violation of *(i)* "impoundment/sealing orders" and *(ii)* statute — both of which were **egregious lies**[97] (violating Due Process, ¶9(i″)); so this was a **transparently invalid**

---

95    *(i)* "[A] *pro se* complaint, **however inartfully pleaded, <u>must</u>** be held to **less stringent standards than formal pleadings drafted by lawyers** and [for example] can only be dismissed for failure to state a claim if it appears *beyond doubt* that the plaintiff can prove *no set of facts* in support of his claim which would entitle him to relief." — *Estelle v. Gamble,* 429 U.S. 97 (1976) (cleaned up).
    *(ii)* I am the sole author of this Complaint; and, Artificial Intelligence (AI) was not been used for any research/authoring (only consulted, very recently/sparingly, for searching and double-checking correctness; AI has found no mistakes of mine, but conversely I have corrected/guided it a few times, and it ends up agreeing with me). Subsequently to my initial work on this case (still comprising > 99% of the whole), my use of AI has become less sparing (anything that improves the level of justice in the world is bound to be a Good Thing), though I of course still do all the "real work"/"heavy lifting."

96    "Rubbing their noses in the First Amendment," some might think. "Alerting the public to the illegal behavior of Haley/Budreau/conspirators" (MOPICS) is what I thought.

97    *(i)* Impoundment/sealing in MA is controlled by the **Uniform Rules for Impoundment Procedure (URIP),** which by its own terms expressly applies only to **court personnel** (clerks and the like), *not* to regular citizens (for otherwise it would transparently violate the First Amendment). *(ii)* The statute, 258E §10, only specifies *impoundment* (*not "do-not-publish,"* which would again violate the First Amendment); but, Budreau had **rejected/**

**order** (as would be the 2nd–5th takedown orders to follow, below). And on Apr 4, a new hearing was ordered by Budreau, for Apr 8.

39    On **Fri Apr 8,** the aforementioned hearing was held. It turned out to be an **intense showdown.** Because, that's where I presented my Budreau-defying/contradicting and (Pseudo-)Harassment-case-killing *O'Brien/Kareem* argument/motion (**"internal appeal"** so-to-speak, mentioned in ¶1,37), and followed that up on **Mon Apr 11** with a number of supporting written filings. Yet, also on Apr 11, I received a 2nd takedown order, to which I mailed-in a response/objection on Apr 12. And on **Tue Apr 26** I received another, 3rd, takedown order, and was also ordered to attend a hearing on these matters on Apr 29.

40    *(i)* Finally, at the **Fri Apr 29** hearing, **lightning struck:** the whole (Pseudo-)Harassment case was, miraculously/correctly,[98] **terminated/vacated/rescinded/canceled/killed *ab initio*,[99]** by Budreau's **Termination Order** (Add. C, p. 103), <u>effective **May 2,**</u> and with it also terminated were the HPO and 1st–3rd takedown orders (necessarily so, as are also <u>*automatically* nullified *all* orders issued during the pendency of *any ab initio* vacated case</u>, that being an essential part of the very *definition* of an *ab initio* va-

---

**canceled** that provision of §10 (as he was empowered to do, see ¶29), so it no longer applied to the Harassment case.

98    Apparently, because Budreau now "knew that I knew" that the whole Harassment case was bogus ("the jig was up," since I'd "taught him the law" (though he already knew it), by his citing *O'Brien* and *Kareem*), and all the orders he was issuing were transparently invalid *ab initio.* (Sadly, at that time, I still didn't yet *know* about the lack-of-standing/jurisdiction infractions, ¶9(v,vi), or I'd have "taught" him that too; I only *suspected* it (excusable *pro se* ignorance, see fn. 17,95,159(i)), and I complained about it informally (Haley's illicit "representation" of Autumn), multiple times, during the hearings.)

99    *If* this case had been *legitimate* (that is, within his jurisdiction, though we know it wasn't, ¶9(v,vi)), it seems Budreau *would indeed* have been (unusually) authorized to "re-adjudge" it like this (as opposed to a formal *appeal* being required), per the *Gjoni* case, fn. 139.

cated case).[100,101] *(ii)* Not only that, but this vacation of the case-as-a-whole by Budreau **officially proved/admitted that all our assertions of illegality in §III–V above are indeed correct:** the Complaint+Affidavit+HPO were **"very clear[ly] ... not even close"** (in Budreau's own literal words at the hearing) to being legally valid (they were **transparently invalid,** and always had been, *ab initio*) — all on First Amendment *(O'Brien)* and procedural (non-standing/jurisdictional, ¶15–16) grounds, as Budreau now explic-

---

100    When a case is **vacated *ab initio*,** all its legal **artifacts** (such as all orders issued during its pendency) are also **automatically vaporized too,** of *no legal effect* (for *proof,* see fn. 101). That is, Budreau had **no jurisdiction** to make these final 4th/5th orders (they were (or soon would be, on the effective date of May 2) automatically **invalid** (though, as we've seen, they were really *already invalid* for other reasons (than this *explicit vacatur*); ¶9(v,vi), *O'Brien* (statutory invalidity (fn. 94)), transparent invalidity (fn. 81), etc.).

101    For **proof of "automatic *(ex post facto)* vaporization" of all judgments/orders in lack-of-jurisdiction cases** (including/especially **follow-on cases/artifacts,** per **FOPT** (fn. 38)), we need look no further than the venerable/primordial/seminal Supreme Court case of *Elliott v. Lessee of Peirsol* (26 U.S. (1 Pet.) 328 (1828)), of continuing/unbroken validity/vitality/precedence/control ever since (in addition to which, see also fn. 59,149):

   [*(i)*] [*(i′)*] Where a court **has jurisdiction,** it has a right [legal authority] to decide every [substantive] question which occurs in the cause, and whether its decision be correct or otherwise [unless *transparently invalid* (which in 1967 superseded this passage of *Elliott v. Peirsol,* see fn. 36), or other Due Process considerations, such as ability of the target to obey orders], its judgment, until reversed, is regarded as binding in every other court ['law of the case,' etc.]. [*(i″)*] **But** if it **act *without* [*i.e., lack, want of] authority[/jurisdiction],* [*all* of] its **judgments and orders** [except for an immediate *vacatur,* so-called 'mandatory jurisdiction to determine (presence/lack-of) jurisdiction,' a Rule of Necessity, fn. 149(i′)] are regarded as **nullities *[ab initio].*** T[hat is, *definitionally,* t]hey are **not voidable, but simply void** [for a *Constitutional* reason: violation of Due Process, ¶9(i″)], and form no bar to a recovery sought, *[automatically, i.e.,]* **even prior to a [formal, appealed, declared] reversal,** in opposition to them. They constitute no justification [carry no duty-to-observe], and **all persons [even/esp. judges]** concerned in executing such judgments or sentences [such as prosecution/charges/hearings for contempt] are **considered in law as trespassers.**

   [*(ii)*] This distinction [presence/lack of jurisdiction, (i′–i″)] runs through **all the cases on the subject,** and it proves that the **jurisdiction of any court** exercising authority over a[ny] subject [related or not] may[/ must] be inquired into [as the *very first* question addressed] in every **court [itself or another]** [Appeals Courts, or any other side-courts too, *wherever the question of jurisdiction may arise*] when the proceedings of the[/any] former [court] are relied on and brought before the latter [court] by the[/any] party claiming the benefit of such proceedings.

itly "knew that I knew." *(iii)* This was the only honest/honorable thing Budreau did, and it **should** have marked the **end of our saga** (see ¶1, fn. 1).

*41* But it didn't. Insanely — since the (Pseudo-)Harassment case (which was the <u>only case that had ever been "before" Budreau</u> (albeit only nominally, not really properly)) now (or very soon would) *no longer even existed* (and never did, legally speaking, because of the just-discussed *ab initio vacatur* and non-standing/non-jurisdictionality), so Budreau clearly had ***<u>no jurisdiction</u>*** *<u>over the case or over me</u>* <u>at this point</u> (or earlier, as just parenthetically stated) — instead, I was given a (soon-to-be-auto-rescinded, on May 2 (¶40)) 4th takedown order. And then even a further (soon-to-be-auto-rescinded (¶40)) 5th one on Apr 29 (which had the (already-rescinded) 3rd/Apr 26 order incorporated into (and stapled to) it, so it (this 5th one) may be called the **"'Apr 29/26' (double-)order"** (Add. D, p. 105), and its egregious (illegal) **takedown/don't-speak/write** terms absorbed the 4th one as well). Though, as already said, all these orders (1st–5th) were necessarily **auto-dead just days later,** because they too were automatically killed by the case's *ab initio* vacation order (and already pre-dead anyway, by non-standing/jurisdictionality), which took effect on May 2 (¶40).[102] Indeed, Budreau now expressly (by his own words) knew that the First Amendment protected me, because *O'Brien/Kareem* said so (and I told him so, ¶37).

*42* The only reasonable/possible way to interpret such an obviously transparently (fn. 81) invalid "takedown/don't-speak/write" Apr 29/26 (double-)order — parading Budreau's disdain/antipathy for First Amendment rights (in the "retrospective" paragraph at Add. D p. 105, we call it a ***"bizarre/grotesque '<u>UCD</u> <u>Catch-22</u>'"***) — is that Budreau was now determined to **<u>cover-up</u>**[103] **his own wrongdoing** activities in the (Pseudo-)Harassment

---

[102] Note that the Apr 26 (3rd, stapled to the 5th) order even ends with the wording "until said [this very] Order is terminated" — which is what *automatically* happened when the *ab initio* Termination Order took effect on May 2 (¶40) (and the 258E §9 "destruction of records" order was sent to RPD that day too).

[103] Perhaps partially in retaliatory pique, because I'd "shown him up" (¶39,83); but no doubt mostly to "cover his tracks ('CYA')," by "threatening/scaring me off," hoping to avoid

Case.

**43** Budreau's *vacatur* of course cannot (now or ever) be revisited/read-judged,[104] by this Court or any other (Due Process, ~Fifth Amendment Double Jeopardy Clause ("cannot be subject to the same offense twice"), issue/claim preclusion, collateral estoppel, *res judicata* for civil cases). I.e., the (Pseudo-)Harassment case *never really existed* (in the legal sense, as opposed to the real-world sense), because of the *vacatur ab initio* (and also the non-standing/jurisdictionality of ¶15–16), and with that, all its <u>bogus orders never legitimately existed either</u> (fn. 101). Except that, the Apr 29/26 (double-)order would now somehow, **legally impossibly** (per the very *definition* of *vacatur ab initio* (fn. 71)) arise from the (Pseudo-)Harassment case's ashes, like the mythical Phoenix (see ¶53,58), and become the thin reed on which all the conspirators would so heavily lean thereafter.[105]

# VI
# (PSEUDO-)ARREST, AND ABORTIVE
# (PSEUDO-)CONTEMPT-OF-HPO PROCEEDINGS
# (WOBURN DISTRICT COURT)

**44** *{Here in this §VI, we briefly return to the incidents skipped at ¶31.}*

**45** As discussed in this §VI, in Jan–Feb 2022, at Haley's behest, a (bogus) arrest occurred, and two (bogus/aborted) hearings were held (and a third was scheduled/canceled), before two new judges (both sane, for a change),

---

something like the instant Complaint, or other repercussions (such as judicial misconduct charges) negative to his career/reputation.

[104] "Cannot be revisited for the purpose of overturning its *vacatur,* and making the case live again," at least. But it *can* be revisited for the purpose of "pre-killing" it, i.e., declare the (Pseudo-)Harassment Case to have been *null/void ab initio* due to Lack of jurisdiction (¶9(v,vi)), as should have happened all along — which would reinforce the substance/bite of what we're saying in this Complaint.

[105] In particular, even though the (Pseudo-)Harassment *case* died (though its Apr 29/26 *(double-)order* miraculously survived, according to the conspirators), their Conspiracy (¶9(ii)) continued.

on (false) charges of (pseudo-)Contempt[106] of the Mulligan/Budreau (pseudo-)HPOs. These **four incidents,** related in this §VI, constituted illegal overt-act Constitutional Torts (¶9(i)) with Conspiracy (¶9(ii)) and Neglect (¶9(iii)), being transparently invalid spin-offs (Fruit of the Poisonous Tree, FOPT (fn. 38)) of the transparently invalid Haley Harassment case.

*46*    **[Incident #1]** On **Tue Jan 25 2022,** I was **arrested** (falsely/illegally, violating Civil Rights, Fourth Amendment Seizure "of the person," ¶9(i‴)) by three conspiring RPD officers **(Guivenson Brizard, Josh Graciale, Matt Orr),** who approached me at my home, handcuffed me, and threw me into their police cruiser, all *without telling me why* (which is additionally illegal, violating Due Process, ¶9(i″)). This was done in full view of my neighbors (who videotaped it), amounting to Defamation (¶9(x)). I was tossed into a jail cell at the RPD police station, and had to pay $290 to Bail Commissioner **Doug Nagengast** (co-conspirator) to get out. And I was ordered to attend a "probable cause" hearing the next day, at Woburn District Court.

*47*    **[Incident #2]** That **Wed Jan 26** hearing was presided over by Judge **Zachary Hillman.** There, I learned I was being charged with Criminal Contempt (3 (pseudo-)counts of "violating" court orders), a charge that was "supported" by an Officers Formal Report (which I was given after the hearing, upon my request) submitted by RPD Officers LaVita and Picco (now newly/again co-Conspiring), and presented to Hillman by Assistant District Attorney (ADA) prosecutor **Rachel Shute** (co-conspirator). But, everything I was doing was (as always) innocent/pure speech/publication, transparently First Amendment protected (¶9(i′)).

*48*    Hillman, to his great good credit, read the Officers Report and lis-

---

106    To clarify: The three kinds of **(Pseudo-)Contempts/Violations of Court Orders** that I've been (falsely) accused of — all entirely bogus, as proved throughout this Complaint — need to be carefully distinguished: *(i)* **(Pseudo-)Contempt-of-HPO,** discussed in this §VI. *(ii)* **(Pseudo-)Contempt-of-Apr-29/26-Order,** discussed in §VIII–XI. *(iii)* **(Pseudo-)Violation-of-Probation (VOP),** discussed in §XIII.

tened to Shute, and easily ruled in my favor **(No Probable Cause, NPC),**[107] on the basis of what he called **legal insufficiency,** even though Shute requested a "redetermination" (she "doubled down," as was the conspirators wont). I believe (though Hillman didn't explain further) he NPC'd "on the merits" (though he had ***no jurisdiction*** to do so, just as Budreau had no jurisdiction, triply (*(i)* transparency (fn. 36), *(ii,iii)* lack of standing twice (¶15,16)), because *he understood the First Amendment.*[108] But what's most glaring/indisputable is that the *hearing itself* was now **newly illegal,** on the basis of *(iv)* **statutory lack of jurisdiction: MRCrP 44(a)** (¶9(vii)) requires that Contempt hearings/proceedings must be held only in the ***same court*** whose order was (allegedly-)contemned (in our case, Superior Court, not District Court). So, this **wrong-court non-jurisdictional proceeding** violated my **Due Process Constitutional Rights** (¶9(i″)).[109]

*49*    **[Incident #3]** At his **Wed Feb 9** hearing (¶32), Budreau ordered on his "own motion" *(sua sponte)* that a "show-cause" hearing be held (by him) for (civil) Contempt, but he canceled it the next day (for unclear/unstated reasons: maybe he learned something from Hillman's NPC; or maybe (more likely) he'd learned that Haley was pursing *criminal* Contempt, as described in this §VI).

---

107    Recall that a warrantless arrest is "unreasonable" (violating Fourth Amendment **seizure,** ¶9(i″)) if it isn't based on probable cause, as Hillman's ruling proved (or if some other ameliorating circumstance exists (such as exigency), which didn't happen here).

108    In which case, he had a Duty to Protect/Intervene/Rescue (¶9(iii)) in the Haley/Budreau (Pseudo-)Harassment issue itself, but he didn't do so.

109    *(i)* It is rather sad/unfortunate that Hillman didn't recognize/reject the charges before him for the four non-jurisdictionality reasons we've noted (¶48(i–iv)), as he should have, because in other ways he was actually exemplary (because he recognized the First Amendment, and supported it). A non-jurisdictionality ruling from him could/would have foreshortened the remaining proceedings greatly, "nipped it in the bud," eliminating the basis for most of this Complaint, even preventing it from ever being filed (see §VII). *(ii)* Except that, again unfortunately, it seems he also ordered the courtroom recording to be turned off (for, the court clerks tell me now that *no such recording exists*). I suspect that may have been illegal (contrary to court rules, though perhaps he did it partially pursuant to SJC Rule 1:19(2)(b)); but in any case, that missing recording would be helpful to me now (as evidence of my claims about this Jan 26 hearing, esp. proof of the ADA's exact words).

*50*    **[Incident #4]** On **Tue Feb 22** (originally scheduled for Feb 8 (I learned about it shortly before Feb 3 (somehow, I forget how now), but postponed by a clerk for unspecified court scheduling reasons), the charade of Incident #2 was effectively repeated, again at Woburn District Court, and again lacking jurisdiction in the same three ways (¶48(i–iii)), though this time without an arrest, and held before Magistrate **Paul McDonald,** who also (to his good credit) ended up NPC'ing it (in partial reliance on Hillman's NPC).[110] The case was prosecuted by RPD's designated Court Prosecutor (not an ADA this time), **Michael Fitzgerald** (co-conspirator). I never received a copy of the associated Officers Formal Report, though Fitzgerald recited from it at the hearing (and the audio recording exists).

# VII
# BRAD JONES; QUIET SUMMER INTERLUDE

*51*    *(i)* It was at some point during the turbulent incidents of §VI (it was Fri Feb 11, see ¶36) that "the light bulb went off in my head." As I was frantically researching "the world" (= the Internet) trying to figure out what the hell was being done to me, I learned the key thing that re-turned my whole by-then-topsy-turvy/upside-down world right-side-up again (and overnight transfigured me from the helpless/vulnerable/pitiable victim I had been, into the crusading/righteous/tougher-than-nails fighter-back I remain to this day): I discovered that **the whole MA 258E Civil Harassment regime was/is an all-of-MA-government-establishment scam,** from top to bottom (executive, legislative, judicial, complicit lawyers) (including, and led by, Haley). *(ii)* The triggering event was that I dredged-up Kimberley Keyes's bulb-enlightening article[111] dated Sep 25 2018, which states/proves

---

*110*    Though, the lament of fn. 109(i) applies to McDonald too.

*111*    *What "Harassment" Must a Plaintiff Show to Obtain a Harassment Protection Order in Massachusetts Under Chapter 258E?* (https://www.lynchowens.com/blog/2018/september/what-harassment-must-a-plaintiff-show-to-obtain-/) — blaming the MA legislature for writing a "bad law" (and leaving it that way), thereby leading to many wrongful convictions (like mine), and appeals.

that the **"definitional language set forth in G.L. [MGL] c. 258E was <u>invalidated</u> by the SJC half a decade ago"** — by the *O'Brien*[94] case in 2012, a **full decade (!)** before the conspiring not-to-be-trusted judges & their "friends" snagged me in their sham net. *(ii')* The fact that I found it *so very easy/trivial* to unearth Keyes's article says to me that, during the decade since the *O'Brien* decision, all (or at least a critical/majority/controlling mass of) MA officials/lawmakers/judges/prosecutors/lawyers (esp. Haley, who we know for certain had studied Ch. 258E ahead of invoking it) had surely all along been, no doubt in my mind, also on-notice ("were in on the joke") that they could/should change/clarify the language of 258E "if only they wanted to." But they didn't, instead choosing to eschew their Duty to Rescue (¶9(iii)), by collectively/conspiratorially/knowingly making the conscious decision to "keep it (the statutory wording) vague/muddy," so it could be used as a cudgel to embatter their disfavored prey (such as myself), willy-nilly. Which is what they did. *(iii)* In my earliest (naive) attempt to right that ship (before petitioning courts), I: proactively scheduled/attended a meeting with my long-term (since 1994) representative in the MA legislature (20th Middlesex District), **Brad Jones** (you guessed it, a Republican), at a coffee shop (Cafe Nero) in Reading, on **Apr 22 2022;** told him of my Haley/legal predicaments and findings; handed him a copy of Keyes's article; and begged him for his help (in the MA legislature) in following-up Keyes's advice, to correct the published/known-misleading language of Ch. 258E. But while he mumble-mouthed typical politicians' sympathetic words, in the end he never got back to me, and never did anything (or at least, nothing ever happened, to my knowledge) to fix the problem.[112]

52    Following the conclusion of the above earth-shaking(-to-me) happenings (§III–VI,¶51), the summer period **(May–Aug 2022)** was blissfully quiet, and I thought I could (and I tried to) "forget about the whole thing." Esp., I didn't pursue legal action (such as a §1983 case like the instant one, though

---

112    I later found out a likely reason Jones dragged his feet on this: he was House Minority Leader at the time 258E became law, and was very involved in garnering Republican support for the Democratic-led initiative, so he liked the way it was worded.

it was ripe at that point). Instead, I turned my attention to healing from the Haleys' *et al.* (Pseudo-)Harassment Conspiracy abuse, and working on a truly important new/different aspect of my life: my wife and I were sponsoring (from Wed Jun 15 2022, continuously until now, and future), at our home in Reading, a wonderful Ukrainian woman and her infant son (9 mo. old at the time), refugees from Putin's War, under the Biden administration's excellent Ukraine Humanitarian Parole / Uniting for Ukraine (UHP/U4U) program (mentioned in ¶11(i′)).

# VIII
# (PSEUDO-)CONTEMPT-OF-APR-29/26-ORDER PROBABLE CAUSE HEARING
## (WOBURN DISTRICT COURT)

53    On **Thu Sep 1 2022,** the summer interlude (¶VII) was abruptly disrupted by a new court summons I received, issued by Magistrate **Kathleen McKeon,** a new conspirator, for (Pseudo-)Contempt for (pseudo-)violating Budreau's (false) Apr 29/26 (double-)order. Though, this wasn't immediately clear, knowing that *(i)* the (Pseudo-)Harassment case had been **vacated/ never-existed *ab initio*** (¶40–41), so no order from that case could possibly still be in effect, and *(ii)* the §VI (Pseudo-)Contempts had been summarily disposed of, by two judges, and no new judge (if sane) could conceivably reinstate them — hence, this new summons had to be a sham, violating Due Process (¶9(i″)). Yet here it was. It was indeed a clone of Haley's Hillman/ McDonald complaints (§VI) — so Haley was now continuing his **"judge/forum-shopping"[113]** to a third judge (as he'd already done, and failed, with Hillman & McDonald), amounting now to Abuse of Process (¶9(xii)). And so, I initially thought/assumed that it too, like them, would be easily/trivially "seen through," and defeated, just as Hillman & McDonald had done. This

---

[113]    Which is frowned upon and considered unethical (even prohibited, if done by a lawyer), because it is a malicious/vexatious/harassing/abusive tactic for gaining unfair advantage, wasting judicial resources, and undermining judicial authority. But our courts/ judges somehow thought it was just fine, coming from Haley.

new summons was from the Woburn Police Department (WPD) (not the Reading RPD, hence an additional form of **forum-shopping** Abuse of Process), ordering me to a (false) "show cause" hearing on Sep 14 (delayed for two weeks because I was out of town), at Woburn District Court. This was again repeatedly illegal, again because of **statutory lack of jurisdiction** (for the same MRCrP 44(a) reason as ¶48) — which thus pre-plagued/tainted/**invalidated *all* the remaining proceedings** of §VIII–XIII).[114]

*54*    On **Wed Sep 28** the (false) **"show cause"** (initial confrontation) hearing was held in Woburn District Court, presided over by Magistrate **Julie Fedele-MacDonald,** and presented by WPD Officers **Louis Castro** and **Connor McGrath**[115] (three new conspirators). At the hearing, I was given (upon my insistence, not proactively volunteered to me, as an honest public-serving organization would have done) the **"summons report"** and **"police report (with supplement)"** that the hearing was based on, and wherein I learned the names of a handful of new conspirators: WPD Officers **Gregory Post** and **Brian McManus;** ADA **Graham Van Epps;** Woburn District Court Magistrate **Julie Veno;** Middlesex District Attorney's Office (MDAO) intern **Intern_Name.**

*55*    At that hearing, I heroically did everything I could possibly do (at that time, given that I didn't know what to expect, so didn't have all the best arguments/citations readily at hand), to try educating these know-nothings about their insane/illegal ¶10–fictionalism (which was by now baked-in blind-leading-the-blind dogma for all conspirators): Budreau's **Apr 29/26 takedown/don't-speak/write (double-)order** (¶41) were *transparently invalid* (so couldn't be the subject of contempt), for no fewer than **6 insu-**

---

[114]    *On top of,* we say it yet again, the accumulated *quadruplet* (¶48(i–iv)) of disqualifiers, looming over and infecting/poisoning everything (the (Pseudo-)Harassment Case and all its descendants yet to come) — and this isn't even to mention FOPT (fn. 38), which glares over everything too.

[115]    McGrath didn't speak, he only observed, but that doesn't relieve him from his minimal Duty to Protect/Intervene/Rescue (¶9(iii)), which he refused to do — the same as *every other Defendant/Conspirator.*

**perable reasons** (!) — *(i-iv)* ¶48(i–iv); *(v)* First Amendment Free Speech/ Press (¶9(iʹ), MOPICS/FRP (fn. 1(iii))); *(vi)* Budreau's flawed concept of **"impoundment"** (which he/others relied *solely* on, see fn. 97,125,147) **didn't even apply to me** (or to *any* ordinary non-court-personnel citizen), because of their "misunderstanding" (really, willful ignorance) of URIP (fn. 97(i)). Oh, and don't forget the **7th insuperable,** *(vii)* FOPT (fn. 38).

*56*    But they were oblivious/impervious to sense/truth/justice/rule-of-law, and so Fedele-MacDonald (falsely) "found" me guilty of (Pseudo-)Probable Cause, and scheduled my (pseudo-)arraignment (first serious court appearance, before a full-fledged judge) for Nov 14 at Woburn District Court, as Case № **2253Cr1463.**

# IX
# (PSEUDO-)CONTEMPT-OF-APR-29/26-ORDER
# COURT PROCEEDINGS
# (WOBURN DISTRICT COURT)

*57*    The **Mon Nov 14 2022** hearing was held at Woburn District Court before Judge **Joseph Hurley,** with ADA **Nick Pisegna**[116] prosecuting (new conspirators). At this point I knew enough (though I would continue refinement, with marginally better knowledge/arguments over time) to present them with a forceful Memorandum of Law (which I naively entitled **"Brief Against Contempt Charges"** (calling it some sort of Motion would probably have been better)), filled with information I'd already learned previously (at (Pseudo-)Harassment-Case-time, but I didn't write it up at that time because I didn't think I'd ever need it), which I intended/assumed would have the effect of convincing Hurley to dismiss the case, and/or Pisegna to file a *nolle prosequi* (just like my citation to *O'Brien* (¶36,40) convinced Budreau to drop the Harassment case). They didn't do it.

---

[116]    At one point, Pisegna called-out to Chris Haley (who attended as a spectator in the gallery), and they conferred. So if there were every any doubt about *co-conspiracy,* that quelled it.

58    Instead, Pisegna confirmed his ¶10-warped mindset. Both he and Hurley *(i)* tried to prevent me (an ordinary citizen, not an "officer of the court") from even merely *uttering* Autumn's *name* in the courtroom, a First Amendment ¶9(i′) violation (esp. given that I'd been "cleared" of the inane (Pseudo-)Harassment charge); and he *(ii)* filed three absurd (¶9(i)-violating) restrictive motions against me, which *(ii′)* had the blessing of Middlesex District Attorney **Marian T. Ryan** (her name was on the papers; since she is such a high-ranking/decision-making official, this stamp-of-approval (which was repeated from now on out, infecting all conspirators) proved that the Conspiracy now carried the affirmed sword of **local/state policy/custom/ practice** (see ¶11(ii))). With Pisegna's support/encouragement, Hurley also *(iii)* **re-instated** Budreau's transparently illegal (and void, ¶41,43) Apr 29/ 26 (Add. D) (double-)order, even though it had been rescinded (along with the whole (Pseudo-)Harassment case (fn. 101), deepening his/everyone's Conspiracy (fn. 30(iii)). And the next hearing (to discuss my filing and Pisegna's motions) was scheduled for Dec 21.

59    The **Wed Dec 21** hearing was held before another new Judge, **Jennifer Queally,** with another new ADA, **Julian Gelly** (he'd been present at the Nov 14 hearing but didn't participate, thus silently committing ¶9(iii) Neglect), both of whom jumped enthusiastically onto the ¶10-based Conspiracy bandwagon (including the ¶9(i′) (pseudo-)"problem" of uttering Autumn's name in the courtroom). Gelly did most of the talking, dickering with Queally about the minutiae of Budreau's orders (his Apr 29/26 (double-)order, the only one (pseudo-)presumptively in effect at that point (¶41, fn. 147)), and whether I'd (pseudo-)violated them. When I was finally given a few minutes of rebuttal at the end, I made good points (as I had at ¶55), but they fell on deaf ears (and, as at the Nov 14 hearing, Queally/Gelly didn't even attempt to seriously engage me in meaningful/substantive discussion, even though they had the all-powerful Brief Against Contempt Charges (¶57) right in front of them). All-in-all, their complete/blind/automatic/robotic subservience to the Conspiracy prevailed.

60    Gelly then tried to *(i)* **revoke my bail** (i.e., throw me in jail), because I was so "dangerous" (Defamation ¶9(x), unconstitutional threat of retaliation, fn. 48(iv)). Queally also *(ii)* **threatened to jail me** if I didn't take my website down immediately (threat of retaliation, fn. 48(iv)); so I did do that right after the hearing, by putting it into **"Maintenance Mode,"** extremely reluctantly (not because I agreed with anything she said (I knew I was in-the-right, in all ways), but only because I feared her "false color-of-law" threat/coercion). And as Hurley had done, *(iii)* Queally re-issued Budreau's Apr 29/26 (double-)takedown/don't-speak/write order, now with additional restrictive conditions, *(iii′)* even encompassing the records of the (Pseudo-)Contempt case too (not just the (Pseudo-)Harassment case) into the ¶10 insanity — i.e., even more/new ¶9(i) Constitutional Rights violations. After the Dec 21 hearing, *(iv)* I filed an objection to these (Hurley's and Queally's) orders, but that was (falsely) ignored, just like everything else I'd been saying/writing. And, the next hearing was scheduled for Dec 29.

61    Queally additionally/unnecessarily opined/proclaimed that "what I was doing [present tense] was **'terrible',**" referring to Gelly's lying characterization of Autumn as a **"victim,"** ignoring the fact that the (Pseudo-)Harassment had been proven/adjudged to be a victim-free *ab initio* vacated nullity, and this whole ¶10-based (Pseudo-)Contempt was transparent nonsense. Not only did this demonstrate clear **bias** (a violation of ¶9(i″) Due Process), but it also amounted to obvious ¶9(x) Defamation in the open courtroom.

62    *{An incident occurred at the Dec 21 hearing, postponed to §X.}*

63    At the **Thu Dec 29** hearing, Hurley was back on the bench, with Gelly again prosecuting. *(i)* Hurley repeated Queally's threats of preemptive incarceration if I didn't obey all court orders (Budreau's Apr 29/26 double-order), no matter how transparently/stupidly illegal (¶10-crazed dogma), or nullified (¶40), or inapplicable to me (URIP-based, fn. 97(i)). *(ii)* Gelly again tried to **revoke** my bail (as he had done at ¶60), this time because of a new (Pseudo-)Wiretapping (§X) charge ("committing a new offense while out on

bail," even though such **Right to Record** is perfectly legal, fn. 87, and I'd already submitted papers[117] to the court saying so).

64    Some discussion ensued about whether or not I'd taken down my website, as (pseudo-)ordered by Queally, ¶60; I (thought I) had done so, by putting it into "Maintenance Mode" (¶60), but it seems that some "stale" artifacts were still available/indexed/cached in some places on the Internet, which I hadn't known about until then, so I fixed that immediately afterwards (by password-protecting the forbidden materials, so only I could access them, which satisfied takedown/non-dissemination orders).

65    I was foolishly given a redacted copy of the (Pseudo-)Contempt Police Report ("foolish" because I already had an *unredacted* copy, as I told them), and a copy of the (unredacted) (Pseudo-)Wiretapping Police Report (see ¶71), which also revealed that WPD Officer **Jeffrey Carreau** and Chief Court Officer (Bailiff) **Joyce Marino** were new co-conspirators. And as had happened at the Nov 14 hearing (¶58,59), Hurley (now along with Gelly) harped on the (unconstitutional) (pseudo-)"importance" of not-uttering Autumn's name (¶9(i′)).

66    Hurley also ordered me not to take my cellphone into any courthouse. That was a clear violation of my First Amendment Right to Record official proceedings (¶9(i′)).

67    Because of all the illegal nonsense that was continuing to be spewed, I soon filed (correct) **Motions to Dismiss** the (Pseudo-)Contempt and (Pseudo-)Wiretapping cases, and a (correct) **Motion to Recuse** Hurley and Queally; and they did end up getting removed from my case(s), but for a different reason (see ¶81). Next hearings were scheduled for Feb 22 ((Pseudo-)Contempt) and Feb 28 ((Pseudo-)Wiretapping), but both ended up

---

117    I didn't cite the *Curtatone* case in those papers, because I didn't know about it yet at that time, nor did I know yet that such citation was even needed. I only knew about the other cases I'd cited in fn. 87; and, I myself had independently (of *Curtatone*) read the Wiretapping statute (MGL §99) itself, which I (correctly) perceived/understood/concluded allowed courtroom recordings (just as *Curtatone* decided). See ¶77.

getting coalesced into a single hearing (on Feb 28), at a new courthouse (see ¶73).

# X
# (PSEUDO-)WIRETAPPING(-LIKE) INCIDENT

68    *{Here in this §X, we return to the incident skipped at ¶62.}*

69    At the beginning of Queally's Dec 21 hearing, I was "attacked" by an abusive bailiff ("court officer"), **Dennis Clough** (who, by virtue of his serving at a non-jurisdictional court, under a non-jurisdictional Judge, during a non-jurisdictional case, was already a *co-conspirator,* as with all other bailiffs mentioned throughout this Complaint). He sneaked/encroached upon my personal space from behind (literally breathing down my neck, almost touching me), thus triggering a PTSD reaction from me, as he knew it would (because he'd done the same thing at the Nov 14 hearing, prompting me to ask Hurley to tell him to back off, citing my PTSD, and he did so). This time, Clough's triggering caused me to involuntarily ("excited utterance") tell him "fuck you" and "get out of my face," *sotto voce* though (inaudible to anyone else), and similarly silently I shuffled forward a few inches to get away from him (all the while with my hand "safely" on the courtroom's "dock rail").

70    Queally vaguely ("out the corner of her eye/ear") noticed the shuffle-step I took, and asked what was happening (she *hadn't actually witnessed it,* so needed to ask), but when I tried to reply, Clough cut me off, and told her only about the "fuck you" comment (not about his instigating encroachment). So without allowing a word from me to explain (she didn't "hear" my side of the story, a bias-based Due Process violation, ¶9(i″)), she ordered me taken into custody (in handcuffs and leg irons, no less). Not only that, but Clough also twisted my handcuffed right arm behind my back, painfully, without provocation (I certainly never gave any "resistance" (I was too oc-cupied with trying to understand/process what the hell was happening to me), hence that was an "objectively unreasonable excessive force/rough-

ness" violation of Fourth/Fourteenth Amendments, ¶9(i″,i‴)), and he and two other bailiffs (**Kyle Pangallo** and **Pierre Pires**) wrestled/threw me to the floor unnecessarily (more excessive force), and held me there for awhile ("as if" I needed to be held down), then led me to their downstairs **"lockup"** (jail cell).

71    While I was there, unbeknownst to me, the officers managing the lockup area decided[118] to **press some buttons** on my (confiscated, "seized") cellphone, and then searched it to the extent of enabling them to decide it was in audio-recording mode; then they **pressed some more buttons** to halt the recording. That amounted to illegal **unconstitutional Fourth Amendment search,**[119] meaning that anything they discovered (esp., trace/fact of the recording itself)[120] was **illegally obtained (without search warrant),**[121] and so could not be used in any subsequent court proceeding (such as the later (pseudo-)trial of the (Pseudo-)Wiretapping case), per the well-established **Exclusionary Rule.** But they decided to do that anyway (see ¶73).

72    Later in the day I was brought upstairs from the lockup cell to the courtroom two or three times (I forget the exact number) for continuances of the hearing, and was finally released at 5 p.m. They told me nothing about the (pseudo-)wiretapping issue however, though it was soon to become a new Woburn District Court Case, № **2253Cr1891.**

---

118    According to testimony at the ensuing (pseudo-)trial (¶94), they'd heard some kind of sound coming from the general direction of the cellphone's property bag, but there were multiple bags in that vicinity, and they weren't sure if the sound came from my phone.

119    *Florida v. Jardines,* 569 U.S. 1 (2013).

120    They never verified that any recording was actually happening, nor did they try to preserve any evidence of recording.

121    *Riley v. California,* 573 U.S. 373 (2014).

# XI
# (PSEUDO-)CONTEMPT-OF-APR-29/26-ORDER & (PSEUDO-)WIRETAPPING COURT PROCEEDINGS (NEWTON DISTRICT COURT)

73    On **Tue Jan 24 2023,** I received a notice from Woburn District Court Judge **Marianne Hinkle** (a new entrant into the Conspiracy), transferring both the (Pseudo-)Contempt case, and the newly instantiated **(Pseudo-)Wiretapping** case, to **Newton District Court** (which, being a District Court like Woburn, was now another new Court that **lacked statutory jurisdiction** for the Superior Court (Pseudo-)Contempt case (¶48, ¶9(vii)), *in addition to* all the other ways everything was already invalid (¶55, FOPT-inherited from the (Pseudo-)Harassment case), and hence this new (Pseudo-)Wiretapping case was now/newly invalidated/"poisoned" too),[122] becoming Cases № **2312Cr37** & **2312Cr38,** resp., and an "initial" hearing was scheduled for Feb 28. I discovered later that the Order of Transfer had been issued on Jan 6 by Newton District Court Judge **Mary Heffernan** and her Magistrate **Henry Schultz** (new conspirators, transferring from one multiply-non-jurisdictional court to another).

74    At the "initial" hearing on **Tue Feb 28,** the presiding Judge was **Michael Fabbri,** who would remain in charge for all the remaining (Pseudo-)Contempt/Wiretapping proceedings (including the trial, ¶94), and who would turn out to be the most over-the-top enthusiastic/fanatical bully,

---

[122]    By the **Fruit of the Poisonous Tree Doctrine (FOPT)** (see fn. 38); which is applicable not only here for the (Pseudo-)Wiretapping charge (which, having arisen from an incident in an illegal/non-jurisdictional (Pseudo-)Contempt proceeding, it was poisoned too), but also throughout *everything* we've complained about. For, to review, the very initial steps of the (Pseudo-)Harassment and (Pseudo-)Contempt cases were irretrievably tainted by government bad acts from their beginnings, namely their *lack of jurisdiction* (¶21(iii),28, 41, fn. 79, etc.), and then every additional bad event (many carrying their own *independent* government badness/taint, as we've documented) cascading/snowballing/avalanching, one thing on top of another, forever thereafter.

the most appallingly/blatantly[123] outrageous conspirator/evil-doer, in this whole saga (and that includes even the Haleys, because of Fabbri's higher-level/"trusted" official/sworn/judicial position). His constant companion (and co-conspirator) throughout his hearings was Magistrate **Casey Berlo.** The ADA for this hearing was now **Emily Acritelli** (co-conspirator).

75    Immediately upon entering the Newton District Courthouse for the first time, I was accosted by the guards (**Guard_Name1, Guard_Name2**), who had a copy of my picture in their possession, telling me that I was not allowed to carry a cellphone (or laptop) into the building (new conspirators). I had wanted to do so, so I could record the proceedings, but I didn't have my phone, because of Hurley's order that I not bring my cellphone into courthouses; see ¶66,77. I told them that it was **unconstitutional** (¶9(i')) to question/threaten me that way (above/beyond how they treated everyone else, disparate treatment, concerning a **legal** (Right to Record, ¶29) activity), but they didn't care. This was repeated later, too (¶88).

76    Upon passing through the security checkpoint, I was *required* to check in at Probation Services, with Probation Chief **Bill Mitchell** (conspirator) and his companion **Sarah Mead** (conspirator). *If* all proceedings had been done *legitimately,* including in a *jurisdictional* court, such a requirement would (I assume) have been legal, but that was not the situation here, so Mitchell and Mead thereby became co-conspirators.

77    This hearing was focused on the new (Pseudo-)Wiretapping charge (the (Pseudo-)Contempt case wasn't discussed at all), and the Motion I'd filed to dismiss it (¶67). I also asked to retrieve my cellphone from my car,

---

123    *(i)* For example, at one of Fabbri's later hearings, he even abusively berated me for arriving at 9:05 a.m. for the appointed 9:00 a.m. hearing (though he himself arrived nearly a half-hour late), threateningly treating with skepticism my (true) report of traffic slowdown due to a driving rainstorm and roadway accident slowdown. *(ii)* Also, at another one of Fabbri's later hearings, my car was ticketed for parking (pseudo-)"illegally" in the CVS parking lot across the street from the courthouse (though there was always tons of extra space in that lot); no doubt CVS had been tipped-off by Fabbri (or one of his henchmen), and I had to pay $75 to retrieve my car.

so I could record the hearing, but Fabbri refused me, and Acritelli chimed in too, saying (falsely) that such recording was illegal (both of them participating in ¶9(i′) violation), and Fabbri also (falsely) denied my Motion to rescind Hurley's no-cellphone order (¶66) (violations of ¶9(i′)). Fabbri pointed out (correctly, it turned out) that the cases I'd cited in my Motion to Dismiss were only *lower federal* (that is, sub-Supreme-Court) cases, hence *they* were not binding on MA state courts. I'd thought otherwise, so immediately after the hearing I studied the matter (Fabbri was strictly speaking correct, but not "morally" speaking, keep reading).[124] After a quick look-around later, I did indeed discover a binding authority, *Curtatone* (fn. 87) that supported me, and that **I really was right after all;** so as a correction, I filed another Memorandum of Law on Mar 10, fixing-up my argument (by simply adding a citation to *Curtatone*). My (Pseudo-)Wiretapping Dismissal Motion wasn't reached in this hearing, and right afterwards I submitted a new/ amended version of it (adding some more information I'd newly learned).

78    Acritelli also told me she'd be supplying me with **copies of Budreau's audios** from his hearings (as a web dropbox/"cloud storage" download), and she did so the next day, Feb 29 — *without* holding me to any kind of non-disclosure agreement. What this means is that: *(i)* Acritelli/Commonwealth felt *themselves* free to "violate" (as they were falsely portraying it) Budreau's Apr 29/26 impoundment/non-dissemination (double-)order (by *freely disseminating to me* copies of "impounded" documents, which they were pretending that URIP (fn. 97) prevented from being disseminated), while at the very same time they were *prosecuting me* for doing the same kind of dissemination (violation of Due Process, ¶9(i″)); and *(ii)* they were supplying me with *unencumbered access* to the audios (so, to repeat, I could publish/report them freely, by Right to Report, ¶9(i′)).

79    The next hearing, on **Mon Apr 3,** started with Acritelli handing me a

---

124    I'd thought that, for *Federal Questions* at least, MA courts followed U.S. 1st Cir. Appellate (sub-Supreme-Court) rulings. That is indeed *almost* always so, but *not bindingly* so (instead citing only to "persuasive/courtesy/comity authority/precedent").

**tranche** of Pretrial Automatic/Mandatory Disclosure documents (284 pages, some blank). I learned a number of things from these documents, including that RPD Officer **Benjamin Moffett,** RPD **Chief David Clark,** and RPD **Deputy Chief Christine Amendola** had been involved to some extent (at least enough, in oversight/signoff roles, to make them new conspirators).

80  A good deal of administrivia consumed most of this hearing, regarding discovery, etc. We also got into a bit of discussion (as at ¶77) about my recording proceedings, with Fabbri continuing to violate my Right to Record (¶9(i′)). And we discussed some of the motions I'd filed, with no resolutions to my satisfaction (postponed to a later hearing).

81  Towards the end, Fabbri raised the issue of my compliance with the Budreau/Hurley/Queally (illegal) Apr 29/26 (double-)order for non-dissemi-nation and takedown. Bill Mitchell joined the hearing for this part of hear-ing, some of which revolved around my capability to control Internet caching, and so forth. Acritelli said she'd study the matter and figure out whether I'd violated or not, and file an appropriate motion if necessary, but no such report or motion ever appeared. Fabbri also told me at some point during this hearing that my Motion for Recusal of Hurley/Queally had been "granted," but that turned out to be incorrect (instead, as I learned later from some other court papers I received, they'd just been removed my cases because of the transfer to Newton, supposedly due to a procedural "con-flict" to keeping it in Woburn). After the hearing I filed some more papers further supporting my arguments about (Pseudo-)Contempt and (Pseudo-)Wiretapping.

82  The next hearing was held on **Mon May 1.** A new ADA was doing the prosecuting, **Mariadela Villegas-Barrientos,** a.k.a. **Maria Villegas.** She handed me 3 physical CDs, which contained the exact same Budreau audios that Acritelli had given me (¶78), hence re-committing the same "illegal" acts (¶78(i,ii)). And then a few days later, Berlo gave me (in person, I trav-eled to the Newton courthouse to for this purpose) another **tranche** of pur-

portedly "all" (nearly, but not really, all) court documents concerning my (Pseudo-)Contempt and (Pseudo-)Wiretapping cases, as I'd asked for.

83    We then discussed/argued about the various things on the table at that point (the two (pseudo-)cases and my Motions to Dismiss them, and various Motions of mine about other things). When I asked *exactly* why I was being prosecuted for Contempt, with emphasis on the First Amendment, Villegas stated (paraphrasing here): *(i)* it **_was_** for "violating the Apr 29/26 (double-)order's *indirect* **URIP-based impoundment** command" (comprising the *bulk* of the Apr 29/26 order); *(ii)* it **_was not_** for "violating the Apr 29/26 (double-)order's *direct* **non-dissemination** command to not speak/write" about anything (comprising only the *last operative sentence* of the Apr 29/26 (double-)order). But I "didn't believe her" (that is, I thought she must be mistaken, because as she admitted she was new to the case), since that *made no sense:* the First Amendment protected *both* items (i,ii) of course, but the URIP-based impoundment command *didn't even apply* to me, it only applied to court personnel (see ¶55(vi)).[125]

84    Fabbri suggested that I get together with the ADAs to try to talk things over ("lawyer-to-lawyer," outside of court), which I thought was a good idea, and I *did try* doing that (even writing directly to Ryan herself), but the Commonwealth *never responded.* Violation of Due Process (¶9(i″)).

85    On Tue May 30 Fabbri (falsely) denied my Motions to Dismiss, in a written order, the only long-form (that is, with purported/pretended-"reasons")[126] denial/explanation he ever gave me. However, it was woefully inadequate/wrong/false (absurdly/laughably so), and I responded with a good/adequate rebuttal;[127] but he ignored/stonewalled it (didn't respond, another Due Process ¶9(i″) violation).

---

125    My confusion/doubt was ultimately cleared up only much later, see fn. 147.

126    The **lack of reasons** (endemic for Fabbri, but also practiced by my other judges) of course attempts to conceal their **arbitrary and capricious** behavior; and of course, giving **false/invalid reasons** (practiced by all my judges) is even worse (because it amounts to active **cover-up,** beyond mere passive concealment). Both violate Due Process (¶9(i″)).

86    The next hearing was on **Mon Jun 5.** Thanks to some intervening research I'd done (*Jardines* and *Riley,* fn. 119,121), I demanded to see the Wiretapping **search warrant,** knowing it didn't exist (since I'd seen the Police Report, ¶65). That nonexistence proved the cellphone search was plainly unconstitutional (¶9(i″)), as any competent lawyer/ADA/judge would surely know; hence the Wiretapping charge needed to be dismissed (per Due Process ¶9(i″), respect for *stare decisis*), but it wasn't, illegally. I also filed **Motions for Reconsideration and Recusal,** but those were dismissed (as usual, without explanation).

87    On **Wed Jul 5** (corrected the next day) and **Sun Jul 9** I filed more Motions to Dismiss (both (Pseudo-)Contempt and (Pseudo-)Wiretapping), based on Due Process, Suppression of Evidence ("Exclusionary Rule"), **Fruit of the Poisonous Tree (FOPT)** (see ¶73, fn. 38) and other Constitutional norms, but those were later (falsely, without explanation) denied too. Later (Jul 21) I filed an Addendum to the Wiretapping Motion, bolstering it, but that was also (falsely, without explanation) denied.

88    **Mon Jul 17** was the next hearing date. It began with Fabbri forcing me to *re-enter* the courthouse, because the guards had failed to check me for not-carrying a cellphone (cf. ¶75; again, I wasn't doing so, but it was again an *illegal search,* because the order to not-carry a cellphone into a courthouse was invalid, threatening my Right to Record, ¶29). Next, Fabbri and Villegas refused to give me copies of the Exhibits from Budreau's Feb 7/8/9 hearings (which I had been present for, and *saw* the Exhibits at that time, but Haley/Budreau failed to give me *copies* of *all* Haley's Exhibits, which I had a *right* to), unless I signed a coercive "protective order" to not-disclose them (**Unconstitutional Conditions Doctrine (UCD),**[128] a viola-

---

127    Including citation to *Riley* (fn. 121), concerning the illegality of warrantless searches of cellphones, as happened to me.

128    *(i)* **UCD** (which may be considered under the heading of Due Process, ¶9(ii″)) is usually traced back to *Perry v. Sindermann,* 408 U.S. 593 (1972): "[T]his Court has made clear that, even though a person has no 'right' to a valuable governmental benefit, and even though the government may deny him the benefit for any number of reasons, there are

tion of Due Process, ¶9(i″)); naturally, I refused.

89   Villegas next handed me the Commonwealth's Bill of Particulars (which I'd demanded, MRCrP 13(b)(1)), which listed the (Pseudo-)Contempt Counts as "violation of impoundment orders" (as distinguished from "violations of direct orders to don't-speak/write," consistent with ¶83) — which is of course **"not-a-crime"** (fn. 97(i)). But I still mistrusted it (as at ¶83),[129] even though this time it was seemingly under the **policy/custom/practice** imprimatur of Marian Ryan.

90   The next hearing was on **Mon Aug 7.** There, Villegas (and Fabbri) spent their time "doubling down" on the "violation of impoundment orders" angle — i.e., "violation of URIP" — even though that could not possibly be a crime or other illegality in any sense, as discussed in many places (fn. 39, 125,129,147, ¶83,97(i),89).

91   On **Mon Sep 4,** my continuing research having finally discovered the **MRCrP 44(a) Rule of Jurisdiction** (¶48,53), I filed a Motion to Dismiss based on that **lack-of-jurisdiction** (¶9(vii)). Fabbri (falsely, as always) ignored/denied it on Sep 12 (¶9(i″)) (but I wasn't told about it until Sep 22, very belatedly, by Schultz).

92   There were various additional papers filed/exchanged during this general period of time (between the Jul 17 and Oct 2 hearings), but we can skip those for the limited purposes/necessities of this Complaint, since they don't

some reasons upon which the government may not rely. **It may not deny a benefit to a person on a basis that infringes his constitutionally protected interest, especially his interest in freedom of speech.**" *(ii)* See: *(ii′)* E.J. Fuhr, *The Doctrine of Unconstitutional Conditions and the First Amendment,* 39 Case W. Rsrv. L.R. 97 (1988-1989); *(ii″)* R.C. Williams, *Unconstitutional Conditions and the Constitutional Text,* U. Penn. L.R. 172(3), 747 (2024). *(iii)* One thing this ¶88 UCD vignette proves is that the Commonwealth (knowingly) *ignored* the same UCD tactic when they freely gave me copies of Budreau's audios (¶78, 82).

129   Eventually cleared up definitively/officially (that is, beyond what I considered to be unofficial verbal on-the-fly) only much later, see fn. 147. (I know this footnote is redundant with fn. 125; the repetition is an indication of how confused I was, because it really didn't make any sense, esp. in light of the Villegas/Fabbri crazed "doubling down" of ¶90.)

add any really shed any essential/indispensable light not already touched upon elsewhere (all consistent/confirmatory, nothing contradictory), and so they can await further discovery/proceedings, later.

93    On **Mon Oct 2,** the final pre-trial hearing was held. The main (and very major) substantive content of this hearing concerned the Motion I'd submitted, to Dismiss the (Pseudo-)Contempt charge based on **MOPICS Fair Report Privilege (FRP)** (see fn. 1,73, ¶55(v)) (¶9(i')), which *included* (not just referenced) the excellent/must-read/nail-in-the-coffin article of Susan Seager.[130] If ever there were a **silver bullet** (cf. fn. 59) to guarantee the über-legality/non-punishability of all the "publishing" I'd done in these cases (both (Pseudo-)Harassment and (Pseudo-)Contempt), this was it. But Fabbri (falsely) denied the Motion, without explanation of course (¶9(i″)).

94    The **kangaroo-court (pseudo-)trial** was held on **Wed–Thu Oct 18– 19 2023.** It was a Kafkaesque[131] Twilight Zone[132] nightmare (it never should have happened, of course), to say the least (in particular, inflicting severe IIED and PTSD reaction upon me, ¶9(xi), especially given that Chris Haley testified as a (pseudo-)witness against me, and so did some police officers). Apart from that, the primary Constitutional Tort committed (Due Process, ¶9(i″)) was Judge Fabbri's refusal (upon ADA Villegas's prompting), **at the very last minute** (on-the-fly before the trial started, which I objected to, but couldn't do anything to prevent it), to allow me to mount my preferred (and previously announced) **Mistake-of-Law Defense,**[133] even

---

130    **Seager, Susan E.,** ***Forget Conditional State Fair Report Privileges; the Supreme Court Created an Absolute Fair Report Privilege [FRP] in Cox Broadcasting Corp. v. Cohn Based on the First Amendment Over 40 Years Ago,*** 32 Communications Lawyer No. 2, Summer 2016 (https://www.americanbar.org/content/dam/aba/publications/communications_lawyer/cl-v32-2-summer16.pdf).

131    Franz Kafka, *Der Prozeß (The Trial)* (1925), see https://en.wikipedia.org/wiki/The_Trial; multiple stage/film adaptations/interpretations exist, such as https://www.youtube.com/watch?v=tsUuYeooRAE. See also fn. 177(iii).

132    https://en.wikipedia.org/wiki/The_Twilight_Zone.

133    Noting that, differently from the usual "mistake-of-law"-based trial, the "mistakes of law" in this case were made by the prosecutors/judges, not by me, as proven by everything

though that was (supposedly, by state law) *guaranteed* to me "as of right" (MRCrP 14(c)(2), ¶9(ix)) — making this now a literally (not just figuratively) **unfair trial** in the sense of the Sixth Amendment (¶9(i‴)).

95    Given that I wasn't permitted to mount *any* effective defense at all (¶94), it was no surprise that all 7 jurors voted to **(pseudo-)convict** me: **Juror_Name1, Juror_Name2, Juror_Name3, Juror_Name4, Juror_Name5, Juror_Name6, Juror_Name7.** They could see, however, the 5 large jam-packed loose-leaf **notebooks** I lugged into the (pseudo-)trial, and putting them on my desk, telling them that they contained information/evidence I wanted to present to them, but was prevented from doing so by Fabbri. But they ignored that (even though I'd told them during *voir dire* that I had a PhD, so they knew I was seriously knowledgeable about what I was doing). Thereby they also became co-conspirators (¶9(ii)), failing their duty to Protect/Intervene/Rescue (¶9(iii), noting that even a single one of them voting to acquit would have resulted in a not-guilty verdict).[134]

96    After the (false) verdict was rendered/recorded, Fabbri palpably sneered/smirked as he (falsely) told me, "You're now a convicted felon" (Defamation, ¶9(x)). He (falsely) sentenced me to 2 years' probation (Add. E), including provisions (after consultation with Probation Officers Mitchell and Mead, plus later Jon Chalmers, implicating them in ¶9(i‴,ii)) for *(i)* in-person quarterly "check-ins" (to prove my continued presence in MA at my home address), and *(ii)* no-out-of-state travel absent "permission."[135] Addi-

---

I've written about this case (in the Appellate Proceedings, §XII).

134    The jurors were citizens who surely know about First Amendment (as we all do), and could easily see it was being violated by the judge/prosecutor. Or, if that were not so, they *would* have known, had I been permitted to mount my Mistake-of-Law Defense, and explained the laws/cases to them (which I had in the 5 large notebooks), and **cross-examined the miscreant prosecutor Villegas and judge Fabbri** (which indeed I **attempted/moved** to do, but was rejected (and I objected to that denial), *unlawfully,* since they (Fabbri and Villegas) were relevant "witnesses" (to the laws, not facts)). But, recall, such knowledge (of the law, by the jurors) is not a prerequisite to their commission of Constitutional Tort (¶11(iii)), especially in view of the definition of Conspiracy (fn. 30).

135    At one of my later "check-in's" with Mitchell, he did tell me I could leave MA for up to 12 hours without getting previous permission, and that he'd put a note in my case-file to

tionally, he *(iii)* continued (following Budreau) to forbid me to speak anything about the case to anybody (¶9(i′));[136] and to *(iv)* have **"no-contact with"** and **"stay-away from"** the Haley family (unwarranted/useless, since I'd never done those things), which *(iv′)* was to become an instrumental factor later (see ¶110).

97    The Middlesex D.A.'s Office (MDAO) supports a so-called **Conviction Integrity Unit (CIU),** with a **Conviction Integrity Committee (CIC)** (I didn't discover it until nearly a year after my (pseudo-)conviction, during my appeals process), whose charter is to review **wrongful convictions** ("colorable post-conviction claims of factual innocence," and in my case the "facts" (in my case, "laws") I claimed clearly proved I was "innocent" of committing any kind of infraction) of people (falsely) convicted by the Commonwealth. So I applied to them for review on **Sat Oct 12 2024.** But **they never even got back to me** (despite their published/advertised guarantee that at a minimum the Director, **Sara Concannon DeSimone,** would at least *respond* to every request, be it positive or negative). So, the (whole)[137] CIU/CIC thereby joined the conspiracy (¶9(ii)), in that they all committed Neglect to (Attempt to) Prevent (¶9(iii)).

# XII
## APPELLATE PROCEEDINGS

98    Before we describe the regular/mainline appeals we pursued (¶99 *ff.*),

---

that effect. But I haven't seen, or been given a copy of, that note (if it exists).

136    This kind of non-dissemination is essentially unheard of (besides being protected by MOPICS FRP, fn. 1): the case was *not impounded* (*criminal* cases are essentially unimpoundable), and *only I* (of all the people in the world) was forbidden to not-speak/write about it (a very focused/intentional violation of ¶9(i′)).

137    Perhaps the Director didn't inform other CIU/CIC members about my case. But DeSimone *didn't even respond to my request,* despite the published promise that every request *would affirmatively* be responded to, and the whole membership surely knew she violated (likely routinely) her charter in that manner (not responding to petitioners); so to that extent the whole membership was complicit with *her conspiracy with other conspirators* discussed herein, making them all complicit in the overall conspiracy too.

we first briefly mention in this ¶98 the **four irregular/"single justice"** (Direct Appellate Review (DAR), and interlocutory) appeals we attempted (but (falsely) "failed," through no fault of our own):[138] *(i)* Appeal of the (Pseudo-)Harassment case (filed Fri Feb 18 2022, (falsely) denied Fri Apr 1).[139] *(ii)* Suppression of evidence in the (Pseudo-)Wiretapping case, because of illegal warrantless search (filed Wed Aug 2 2023, (falsely) denied Wed Aug 16). *(iii)* Motion for Reconsideration of the preceding item (ii) (filed Wed Aug 30, (falsely) denied Aug 30).[140] *(iv)* Appeal of Fabbri's denial of Motions to Dismiss (filed Tue Sep 26, (falsely) denied Fri Oct 6). *(v)* All of these items (i–iv) were handled by SJC Judge **Serge Georges,** who thus became a *co-conspirator* (¶9(ii)), in particular failing the appellate judge's *Duty to Protect/Intervene/Rescue* (¶9(iii)); but most grandly, he *(vˊ)* shirked/failed/refused his *sworn judicial duty* to proactively/affirmatively query/acknowledge/address the ***ab initio* lack-of-jurisdictions** (¶9(v,vi)), impacting/including his own, fatally infecting (FOPT) our case(s) from the get-go.[141]

---

138    Recall, too, that I also filed several **Motions to Recuse,** mentioned *supra.*

139    In addition to this *irregular* appeal of the (Pseudo-)Harassment case (and not counting the "internal appeal" mentioned in ¶1,39), I also tried a *regular* appeal, in ~Apr 2022. However, that appeal got surreptitiously "deep-six'd" by *clerks* **(Clerk_Name1, Clerk_Name2)** at the Woburn Superior Court (in ~May 2022), who didn't process it for many weeks (without telling me, violating Due Process; I had to go to the courthouse and confront them face-to-face). Namely, they didn't assemble the case record and forward it to the App. Ct. as they should have, because they didn't "think" I would/could want to pursue the appeal, since I'd "won" the Harassment case (by Budreau's *vacatur* of it), so appeal now (at that time) would be moot — and that may have been *legally* correct (due to lack of standing, absence of a "live case/controversy," only *post hoc* "academic interest, because it had been vacated; *Quinn v. Gjoni,* 89 MA App. Ct. 408 (2016), ~"Gamergate scandal"), though it wasn't within the *clerks'* purview (only a *judge's*) to enforce it like this.

140    This item (iii) was an **especially corrupt** denial by Georges, because in my filing I explicitly *proved* (by quoting MRCrP 44(a), ¶9(vii)) that Fabbri **lacked jurisdiction,** triggering the "other silver bullet" mentioned in fn. 59(i). That is, Georges had the **unwaivable** (fn. 59(ii)) duty to address such a jurisdiction question **whenever raised** (as I was doing, very explicitly, right here), in any proceeding (such as this appeal to Georges), **immediately before any other business** is conducted; but he refused to do so, thereby directly thumbing his nose at settled SJC precedent (fn. 59(ii)).

141    Recalling that at a minimum, jurisdictional issues **must be decided immediately when raised** (fn. 37,26), and at maximum **must be rescued** (¶9(iii)), but Georges "declined" to do anything, a clear abdication of his duty/office/power (MGL Ch. 211 §3 2nd¶).

99    Following the (pseudo-)conviction (¶95), I sent my **Notice(s) of Appeal** (for both (Pseudo-)Contempt and (Pseudo-)Wiretapping) on **Mon Oct 23 2023** to Magistrate **Lawrence Okstein,** who received it and filed it the next day, forwarding a copy to **Thomas Ralph,** Chief of the MDAO Appeals Bureau. By his correct actions at that point, Okstein properly fulfilled his duty, and only *passively* joined the Conspiracy (neglecting his Duty to Protect/Intervene/Rescue (¶9(iii)), though more *actively* soon afterwards[142]). Ralph, on the other hand, immediately jumped happily onto the Conspiracy bandwagon, by falsely processing/opposing my Appeal on behalf of the Commonwealth (as always, under the (non-)watchful supervision of Ryan, who directed the Commonwealth's unconscionable undisguised perfidy throughout (Malicious Prosecution, ¶9(xiii)), with the eager acquiescence/participation of the conspiring Judges).

100    In timely due course, my Appeal(s) materials were **assembled** by **Dec 1,** and **docketed** by **Wed Dec 13,** at the **MA App. Court.** The two cases ((Pseudo-)Contempt & (Pseudo-)Wiretapping) were formally consolidated for appeal purposes the next day, as the single Case № **2023-P-1402.**

101    I filed my **Appellant's Brief** with **Appendix** on **Mon Jan 8 2024.** It was **extremely strong,**[143] giving "detailed/sustained legal arguments" (in

---

142    Okstein denied me the *Commonwealth-funded* **transcripts** required by MRAP 8(b)(1)(C) and its accompanying Reporter's Note, stating that I (instead of the Commonwealth) must pay (which violates Due Process, in  the form of UCD (§9(i˝))). He suggested a process for appealing his denial, but that would have entailed a costly expenditure/delay of time inconsistent with the dictates of justice, which I decided to forego, since I feared (given all the pervasive government misconduct contents described in this Complaint) it might/would cause me to miss the MA App. Ct. docketing deadline.

143    *(i)* This despite a "usual/expected number" of innocent/trivial/self-correctable *typographical errors* (not to mention infelicities of expression), as is typically/regrettably present in any non-trivial piece of writing, be it legal/technical/creative/whatever (esp. here, for a solo *pro se* lacking backup reviewers). *(ii)* In particular, **caution:** some (hopefully very few or none) of our *internal cross-references* may be inaccurate (pointing to a wrong target), not only due to authorial fault (it being a laborious error-prone editorial effort), but also because of an annoying/frustrating software bug in the authoring software (LibreOffice Writer, on Linux Fedora), which has had at times a nasty habit of sporadically spontaneously altering cross-references unnoticeably, requiring great diligence/vigilance to check/detect/correct, only to be foiled again later. My pre-apologies if I've missed any.

its main-text, cf. ¶7) for the issues appropriate at that time that I knew about (including, crucially, proof of the fact that I'd properly presented all my arguments (as related in this Complaint) to the trial-level District Court judges, so they were *preserved* for Appellate proceedings). The **7 argument topic sections** of the Brief were (compare to ¶9):—[144,145]

| | | |
|---|---|---|
| I | **Lack of Jurisdiction** | [Contempt, Wiretapping]. |
| IIA | **Invalid Court Orders** | [Contempt]. |
| IIB | **Right to Report** | [Contempt]. |
| III | **Right to Record** | [Wiretapping]. |
| IV | **Warrantless Search** | [Wiretapping]. |
| V | **Fruit of the Poisonous Tree (FOPT)** | [Contempt, Wiretapping]. |
| VI | **Mistake-of-Law Defense** | [Contempt, Wiretapping]. |

*102*   The Commonwealth filed its **Appellee's Response** with **Supplemental Appendix** on **Wed Feb 7,** written by new a conspirator, **Timothy Ferriter.** It was **sadly weak,** repeating (with some mild/toothless additions/modifications, recalling that prosecutors had submitted essentially zero responses/objections/rebuttals to my many filings during the pendency of the cases at District Courts) their **handwaving/silence/evasion/subterfuge/doubletalk[146]/gaslighting/outright-lies** I've related *supra.*[147] This con-

---

144   We refrain here from giving cross-references between this Complaint and that Brief (or other appellate documents discussed herein), as that would provide too much detail for the needs of this Complaint (see ¶7).

145   The prefix "(Pseudo-)," employed in this Complaint, wasn't used in our appeals.

146   A.k.a. "doublespeak" (derived from George Orwell, *1984;* see https://en.wikipedia.org/wiki/Doublespeak). See also https://en.wikipedia.org/wiki/On_Bullshit.

147   There *was* one thing that the Response *did finally at long last* clear up, though, and that's the confusion/doubt I had (expressed at ¶83,89, see fn. 125,129) about *exactly* what **"law"** (Cause of Action (COA)) the (Pseudo-)Contempt case was based on: the Response's fn. 3 explicitly/officially confirms (in signed writing) that the Commonwealth's (Pseudo-)Contempt case pursued *only* the *(i)* "violation of impoundment" clause (i.e., the **URIP rule/"law"**) *per se* of Budreau's Apr 29/26 (double-)order; and *not (ii)* "violation of non-dissemination clause," *nor (iii)* "harassment," *nor (iv)* anything else. Which, to repeat, is *inexplicable* (hence the source of my confusion), because *that* charge (item (i)), though itself based-on/required-by the First Amendment, was *even less viable* (for the Court's/Commonwealth's case against me) than other possible charges/COAs, due to the **Court's very own explicit rule/wording** in the URIP itself (fn. 97(i), *et passim*) — namely, saying that **URIP/im-**

firmed what I'd known all along, and now had the evidence to confirm/prove it: that I was everywhere right, and they (judges/prosecutors) were everywhere wrong, about correct understanding of the law, as presented *supra.*

103   I filed my **Appellant's Reply** on **Tue Feb 20.** It highlighted/explicated the veracities and perjuries just attributed in ¶101–102, pulling no punches. The fact that the Commonwealth continued to stick to its powderless guns (in its Response), even at this late date, proves beyond all cavil their unregenerate conspiratorial treasonous fraudulent corruption. For, an **honest public-duty-sworn** organization, if somehow innocently self-deceived/deluded by its previous hallucinations and now-exposed bad acts/actors, would at this point (in their Response, ¶102) have ineluctably recognized/acknowledged/recanted its now-(and-earlier-)exposed-derangement. But they didn't.

104   Many months later, on **Mon Sep 16** (grossly abusive slowness of the appellate process, esp. for crystal-clearly innocent victims of a degenerately corrupt segment of the legal system, adding to IIED (¶9(xi))), the appeal was finally assigned (without oral argument, which makes sense, noting that no decisive *facts* were under dispute, only *laws* and their interpretation/applicability, which had been adequately/spectacularly presented/argued in the Brief/Response/Reply) to its **Panel,** consisting of MA App. Ct. Justices **Ariane Vuono, Eric Neyman, Andrew D'Angelo.**

105   More abusively slow months later, on **Fri Dec 27,** the Appeals Court rendered its insane **Opinion,** kowtowing to the Commonwealth and lower court Judges, **falsely "finding" against me** *(but without any rational/valid reasons, and no explanation).* The obvious insanity/falsity/inexplicability of the Opinion — allowing the crazy (Pseudo-)Harassment Case's Apr 29/26 (double-)order to stand as if valid (even though it had at least **7 strikes** against it, ¶55), and affirming the (Pseudo-)Contempt/Wiretapping (pseudo-) convictions (even though they too were beyond jurisdiction (¶50)), not to

---

**poundment applies only to court personnel, not to me** (else, URIP would violate MOPICS Constitutional First Amendment Free Speech/Press).

mention all my other correct observations/arguments *passim supra* — was a **monster lie,** a massive contribution to Constitutional Tort/Conspiracy/Negligence (¶7(i–iii)).

**We now argue as follows (per fn. 47,101): That "nominally *passive non-action*"[148] by the App. Ct. amounted to an "actually *active ratification/affirmation/imprimatur*" of the <u>non-existent</u>-in-law (Pseudo-)Harassment/Contempt/Wiretapping cases (per ¶9(v,vi),15–16, FOPT). Hence, it was a *(i)* <u>transparently-beyond-jurisdiction</u> anti-Constitutional (Due Process, ¶9(i˝)) abdication of "all judicial (appellate) authority (accepting/hearing <u>non</u>-cases);" whereas the App. Ct. had an *(ii)* <u>affirmative</u> duty to act (¶9(iii)) in their appellate role (scorning which was thus a <u>non-"appellate-judicial" act</u>) — thereby *(iii)* <u>waiving/forfeiting immunity</u> (twice, for both these items (i,ii)).**

106    On **Mon Dec 30,** I filed my **Motion for Reconsideration or Modification (MRM),** per Exhaustion of Remedies Doctrine (even though that's not required here for purposes of this Complaint, see fn. 21(iii)), suspecting it would be a useless formality which would be reflexively (falsely) **denied** by the App. Ct. As it was, on **Mon Jan 6 2025.**

107    On **Wed Jan 8 2025** (and trivially **corrected** on **Fri Jan 10**), I filed my **Application for Further Appellate Review (FAR)** with the **MA Supreme Judicial Court (SJC).** This was arranged/styled as **"10 Questions Presented,"** comprising the original **7 major topics** of my Brief (as listed/numbered in ¶101), **plus** now the following **3 additional major topics,** *newly elevated* to top-level/numbered status (numbered ⅓,⅔,IIA½, this unusual **"fractional"** numbering designed so as to meld with the original 7) — the first two of them (⅓,⅔) appearing *formally/forcefully by name/number* for the *first time*[149] in the FAR (because I'd only recently learned of their significance, an excusable *pro se* ignorance, but still allowable as ap-

---

148    According to **"Act or Omission" Doctrine,** liability is generally imposed on an "omission to act" (only) if the law imposes a **"duty to act"** — which *is* the case here (as mentioned in ¶105(ii),9(iii)).

peal-level claims); but the third (IIA½) was extremely well-covered through-out all proceedings, missing only a top-level/numbered distinguishment until the FAR:—

⅓ **Lack of Standing/Jurisdiction, per UPL** (¶16).

⅔ **Lack of Standing/Jurisdiction, per 258E** (¶15).

IIA½ **Impoundment only Binds Court Personnel, per URIP** (fn. 97(i),147).

---

149 *(i)* It is **procedurally acceptable** (copacetic, "kosher") that *jurisdictional issues* (esp. *standing,* but also other) can be introduced at *any stage* of proceedings, including **appellate level** (where the usual "raise-or-waive"/"use-or-lose" principle is relaxed, continue reading this fn. 149), and even in **other courts** (continue reading this fn. 149).

[*(i′)* Also, it's a **"Rule of Necessity"** (so to speak) that every court has a "mandatory (non-waivable) *jurisdiction to determine (presence or lack of) its own jurisdiction,*" see *Elliott v. Peirsol,* fn. 101. But, there seems to be a **massive loophole/self-contradiction/ Catch-22** (above/beyond our regular one, ¶42, Add. D) with the *whole concept* of "jurisdiction-to-determine-jurisdiction:" if a judge *(α)* subjectively "determines" (a "judicial act") that they *do* have jurisdiction, whereas *(β)* in objective reality they *do not;* and proceeds to hear/adjudicate the case; then does that judge *(α′) retain immunity* on the basis of "mere 'judicial error' made in the course of acting in a judicial capacity," or *(β′) lose immunity* on the basis of "no jurisdiction??"]

*(ii)* "[A] **jurisdictional issue *must* be [addressed/]decided [immediately],** regardless of the point at which it is first raised[, *prior* to any other court business: it *cannot be ignored/postponed* by the court]." — *Litton v. Commissioner of Revenue,* 383 Mass. 619 (1981).

*(iii)* "[I]t is **well settled** that claims of **lack of standing** are in essence **subject matter jurisdiction** claims [the "normal" and most serious kind], ... and [comprise an **exception to (any flavor of) the "Raise or Waive" Rule**] that **subject matter jurisdictional issues are nonwaivable** [and nonforfeitable, by litigant or court, in any court (appeal or other) where the question arises] and **can be raised at any time** [including as any level of appeal, or post-final-judgment, or decades later, in **any competent court** where the issue is relevant, see fn. 59(ii)]." — *Brown v. Federal National Mortgage,* 481 Mass. 1036 (2019). (Note also other aspects of fn. 59.)

*(iv)* "[T]he judge is **obligated** to inquire into the plaintiff's **<u>standing</u>** and ... to dismiss the action for **<u>lack of subject matter jurisdiction</u>, regardless of whether any party has raised an issue of standing.** ... Where the plaintiff **lacks standing** to bring an action, the court **lacks jurisdiction of the subject matter** and **must therefore dismiss the action.** ... **Subject matter jurisdiction cannot be conferred [or lost] by consent, conduct or waiver.**" — *Rental Property Management Services v. Hatcher,* 479 Mass. 542 (2018).

*(v)* This fn. 149(v) *could conceivably* pose a *fourth Catch-22 puzzle* (in addition to our three others: *(α)* ¶42/Add. D; *(β)* item (i′) above; *(γ)* Postscript ¶129(i)) — defined thusly: **"whose definition of '(lack of) jurisdiction' prevails?",** is it *(v′)* the **federal** one (*Stump* (fn. 49(ii) and progeny), or is it *(v″)* the MA **state** one (this fn. 149 items (ii–iv))? **Except that,** we already have the **<u>pre-made solution</u>** (to this potential fourth Catch-22 dilemma), called the **abstention doctrine,** namely (v″): **"The construction given to a**

And, more additionally, in "fine print" (buried in footnotes,[150] as opposed to top-level Questions Presented, due to limited space/purposes of the FAR), **6 minor/"overflow" topics** were listed, tagged by **Greek letters** to distinguish them (they're touched upon only lightly, if at all, in this Complaint, again so as to not over-burden it, see fn. 166; more details to be supplied during discovery):—[151]

α    _**Republication of web content on website**_ — Protected by CDA §230 (¶9(iv), fn. 68(i)), supplementing the First Amendment.

β    **Publication of Public Record Requests & Responses (PRRs), and court proceedings** — Protected by _Anti-SLAPP_ (¶9(viii)), supplementing the First Amendment.

γ    **Over-impoundment** — Apr 29/26 (double-)order impounds _whole case,_ violating URIP, which requires minimal impound-

---

state **[law/]statute[/precedent] by the state courts is binding upon federal courts"** (_Albertson v. Millard,_ 345 U.S. 242 (1953)) —  for, to do the opposite (depending on the particulars of the case at hand, such as ours), could/would have the perverse effect of elevating _federal_ law to the point where it affords _less_ rights to the people than _state_ law does (the _opposite_ of what is actually the reality in our federal system, cf. item (vi) below). And naturally, _(v‴)_ this solution needs to be ratified by this Court on the basis of the then-standing/prevailing _previous/past/current_ "state interpretations" (as just remarked in item (v″)), as opposed to _now/new_ invention or "'certifying the question' to the SJC" (cf. _Supreme Judicial Court Rule 1:03: Uniform Certification of Questions of Law,_ which we refrain from exploring further in this place). This (last item, (v″)) is for the obvious reason (conflict of self-interest): _(v‴)_ the SJC would now (no doubt) happily deep-six its currently binding rulings, illicitly, to newly re-rule in its own favor (since the SJC is a Defendant in the instant Case).

    _(vi) Rationale for item (v):_ the **"federal floor / state ceiling"** framework of federalism: states (constitutions/legislatures/courts) can grant _more_ (but _not less,_ per federal preemption) _rights_ to its citizens/residents (vs. government organizations/officials) than do their federal counterparts; _(vi′)_ Constitution Art. VI Clause 2 (Supremacy Clause) + Tenth Amendment (Reserved Powers); _(vi″) Pruneyard Shopping Center v. Robins,_ 447 U.S. 74 (1980); _(vi‴) Michigan v. Long,_ 463 U.S. 1032 (1983); _(vi⁗) Oregon v. Hass,_ 420 U.S. 714 (1975).

150    Such "burial in footnotes" is (generally, throughout all my writing, including this Complaint) only for _ease-of-use/comprehension,_ or similar insubstantial (non-legal) reasons. The _substantive (legal) content/information_ of the footnotes is to be accorded _first-class status_ (i.e., "I really mean it," albeit some (occasional, recognizable) asides may be "more parenthetical than others"), integral/relevant to the import of the main-level writing.

151    See/compare ¶9.

ment (as does Strict Scrutiny, fn. 1(ii)), and non-impoundment of docket and order-of-impoundment itself.

δ    **Over-sanctioning** — Apr 29/26 (double-)order imposes speech/ press *"non-dissemination"* sanction, violating 258E §3(a)(i– iv),[152] and also over-reaching the relief the Complaint (Add. B) asked for, in addition to failing Strict Scrutiny (fn. 1(ii)).

ε    **Over-sanctioning** — Apr 29/26 (double-)order imposes *multi- year* sanction, violating 258E §3(d).

ζ    **Lack of good cause** — Apr 29/26 (double-)order's "reasons" of *"good cause"* don't conform to URIP definition/guidelines.

108    The FAR was (falsely) nakedly **denied** *(without addressing any of its many important/correct issues, and no with explanation whatsoever)* on **Fri Feb 21** — thus making the **SJC itself co-conspirators** (effectively (falsely) ratifying/rubber-stamping *everything* that had gone on before).

**We therefore now argue here, again, exactly as at the end of ¶105, as if imported here *verbatim, mutatis mutandis,* replacing "App. Ct." by "SJC."**

# XIII
# 1ST VERSION OF THIS COMPLAINT; (PSEUDO-)VIOLATION-OF-PROBATION (VOP) (NEWTON DISTRICT COURT)

109    As mentioned in ¶4, following completion of the MA state judicial pro- ceedings related above, I quickly (and very legally) filed the **1st version of this Complaint,** on **Fri Mar 7 2025** (Case № 1:25-cv-10566). But as men- tioned in ¶5, I was (very illegally) **forced to involuntarily withdraw** that Complaint a couple of months later, on **Sat May 3** (per FRCvP 41(a)(1)(A) (i), so-called (non-)**Voluntary Dismissal**). The circumstances surrounding that **illegally/involuntarily coerced withdrawal** are related in this §XIII.

---

152    See *Ellis E. v. Finn F.,* 96 Mass. App. Ct. 433 (2019), §2(b) *Scope of relief.*

*110*   On **Fri Mar 14,** adhering to the usual/regular federal rules/instructions (FRCvP 4, esp. 4(d)), as required (otherwise, the federal court/clerks would (eventually, peremptorily) dismiss my Complaint/suit/action), I sent the "plain vanilla" (that is, business-like, without extraneous/out-of-place discussion/haranguing/harassment) Complaint, Summons, and Notice of Action (requesting waiver of formal service), to the Haleys, as a *pro forma (pro se)*-lawyer-to-*(pro se)*-lawyer correspondence (via email, noting that Chris/ Amanda publicly (on some social websites (some theirs), and other communications) advertise their email addresses, and I had no desire/need to approach/accroach within/upon their physical proximity/property). Immediately thereupon, on **Tue Mar 18,** Probation Officer Mead (¶76), no doubt alerted by the Haleys (otherwise she wouldn't have known about it): *(i)* (falsely) issued a **Notice of (Pseudo-)Probation Violation and Hearing** against me; *(ii)* (falsely) charged me with <u>*violating the (illegal)* **No-Contact clause**</u> (Add. E item #15) of Fabbri's (illegal) post-(pseudo-)conviction probation order (¶96(iv)); and she *(iii)* (falsely) scheduled a **(Pseudo-)Violation of Probation (VOP)** hearing date for Apr 4 (later postponed to May 9) — thereby compounding/doubling-down her illegal conspiratorial involvement with these matters.

*111*   But, there could be *no legal basis* for such a (Pseudo-)VOP charge,[153] as any competent/honest lawyer (or Probation Officer) would/should/must know, and as I already knew too (at that time, because I'd **studied it beforehand**[154]). Namely, any court filing by any litigant — of any kind (initial

---

[153]   This ¶111 discusses a ***further*** rock-solid reason ("as if" such were needed), ***above/ beyond*** all the <u>other</u> reasons we've already given *supra* in this Complaint (cf. ¶55). **Those other reasons remain our <u>first-line-of-defense</u>** — proving, as all these reasons (including now this new one) do, *collectively <u>and</u> individually,* that any kind of (pseudo-)probation-like situation such as this **never should even have existed in the first place.**

[154]   This is an **ever-present refrain** throughout the whole of this Complaint: everything I did *was* indeed very legal/correct, and I *knew* it was all legal at the time I did it, because I'd carefully/correctly studied/learned about it all **beforehand** (and subsequently *further* enhanced/augmented my understandings as time went on). This applies to all the issues involved in this Complaint: (Pseudo-)Contempt/Wiretapping/VOP (omitting only (Pseudo-)Harassment *per se,* since I of course hadn't previously known that such a thing as MGL Ch.

complaint or other), or even other officially legally recognized activity (such as consultation with a lawyer about a case), involved in any action/lawsuit (civil or criminal), in any court in America (state or federal) — is *automatically mega-protected* by the **First Amendment** (and also otherwise, such as state constitutions/laws), in its **Right of Petition** clause, in its guise commonly known as **Litigation Privilege/Exception**[155] (first mentioned in fn. 7(i)).[156] No random government official (e.g., our judges and all their many

---

258E even existed; but that's not actually/directly involved in this Complaint anyway, since that case was early annulled *ab initio,* see ¶40).

155    As opposed to other senses/guises of Right of Petitioning, such as, for example, "writing to your congress(wo)man," or "public demonstrations/marches."

156    Proofs of **existence of Litigation Privilege/Exception** abound. The following more-than-suffice for us:
    *(i)* The *very first* contact I had with any of this Complaint's business, namely the original (Pseudo-)Harassment HPO, said as much in so many words, in its own (pre-printed/form-letter/standardized) no-contact clause (Add. B, p. 102, item A2), as a simple off-the-cuff "well-of-course"-obviosity, which was presumptively applicable more generally (than that particular order) as well, to *all* no-contact-like clauses of *all* orders from *all* courts (or so I thought/assumed at the time (correctly, as proved in this fn. 156, such as item (iii))).
    *(ii)* "Among other *rights essential to freedom,* the **First Amendment['s Petition Clause]** protects 'the right of the people ... to **petition the Government for a redress of grievances.**' ... '[T]he **right of access to courts** for redress of wrongs is an aspect of the First Amendment right to petition the government.' ... Some effort [see item (iv′) in this list] must be made to identify the historic and **fundamental** principles that led to the enumeration of the right to petition in the First Amendment, among other rights **fundamental** to liberty." — *Borough of Duryea, et al. v. Guarnieri,* 564 U.S. 379 (2011). *(ii′)* The First Amendment right to **"petition"** encompasses both the **initial "filing"** and the **subsequent "prosecution"** of *(non-sham)* lawsuits (*Bill Johnson's Restaurants, Inc. v. NLRB,* 461 U.S. 731 (1983)). *(ii″)* "Our constitutional system gives every citizen the **right to seek redress in the courts** [First Amendment Petition clause] ... without fear that **recourse to the law** [much less a 'micro/mini-law' like a 'court order'] will make that citizen a target for retaliation" (*Powell* (cited at fn. 10)).
    *(iii)* "There **is an exception** [Litigation Privilege/Exception, generally accepted/understood in law (it needn't be written out everywhere)] to the[/any] 'no [direct-or-indirect] contact' order that allows a person [target of the order] who is the subject of a c. 209A [Criminal Harassment] [or another] order to **engage in litigation** against the person [source] who obtained the order. ... Therefore, under the exception, the defendant acting *pro se* had the **right** at the September 29 hearing, to enter into negotiations with plaintiff [no-contact-source]'s counsel [or the plaintiff theirself, if acting *pro se;* recall that Haley himself acted *pro se,* and/or as (*faux*)counsel (for himself and/or Autumn), see ¶15]." — *L.F. v. L.J.,* 71 Mass. App. Ct. 813 (2008). Though, as we've demonstrated repletely, in our case the (pseudo)no-contact order was (pre-)bogus for other reasons too, so it needn't to have been observed for such reasons too (see fn. 153).

conspiratorial cohorts) could legitimately forestall (e.g., by issuing/prosecuting/adjudging a "no-contact" order, or otherwise) my *absolute right to file/prosecute the Complaint/case* I'd embarked upon (inevitably modulo the usual vanishingly few corner-cases,[157] and esp. absent the required justification via Strict Scrutiny with hyper-strong articulated/written/explained reasons, etc.). Thus relying on the Presumption of Regularity (fn. 6), I *knew* at Complaint-filing time that I couldn't be *sanely* prosecuted for anything approaching (Pseudo-)VOP (because no sane/competent/honest judge would support it). But I was "mistaken:" my "mistake" was to neglect taking the *insanity/corruption* of the prosecutors/judges into account. So here I was, falsely facing the (Pseudo-)VOP charge.

112    At that point, my wife, **L.K.,**[158] helpfully (she thought) intervened, suggesting that I retain a **lawyer** to represent me at the (Pseudo-)VOP hearing, thinking that it might have been my *pro se* status that emboldened the co-conspirator bullies (esp. the judges) to perpetrate the crimes they'd committed against me to date (she trusted/knew that I was right about the laws/ethics involved). I resisted for awhile, but she was persuasively insistent, so in the end I reluctantly agreed. L.K. took the initiative to find a lawyer, **Philip Arnel,** to represent the case. In preparation for the hearing, I supplied Arnel (via L.K., acting as communications facilitator, since I was incapacitated as described in ¶121) with the (1st version of this) Complaint, plus additional arguments countering the (Pseudo-)VOP (as argued in this §XIII),

---

*(iv)* Academic studies: *(iv′)* Julie M. Spanbauer, *The First Amendment Right to Petition Government for a Redress of Grievances: Cut from a Different Cloth,* 21 Hastings Const L.Q. 15 (1993). *(iv″)* Carol R. Andrews, *A Right of Access to Court Under the Petition Clause of the First Amendment: Defining the Right,* 60 Ohio St. L.J. 557 (1999). *(iv‴)* Carol R. Andrews, *After BE & K: The Difficult Constitutional Question of Defining the First Amendment Right to Petition Courts,* 39 Hous. L.R. 1299 (2002). *(iv⁗)* Benjamin P. Cover, *The First Amendment Right to a Remedy,* 50 U.C. Davis L.R. 1741 (2017).

[157]    Such as, for example, furtherance of a crime/fraud, or something like the case of *L.F. v. L.J.* cited in fn. 156(iii) — noting that for purposes of the "contact" in question, I and the Haleys were acting in our roles as *our own legal counsels pro se* (not as "ordinary citizens").

[158]    Redacted, cf. fn. 42.

thus guaranteeing that Arnel understood my positions about the case, concerning the legalities and how to conduct my defense. I was initially hopeful/trustful that Arnel would take the case seriously and do a creditable job, but he did neither: he turned out to be just as incompetent/petty/foolish/buffoonish as the other (pseudo-)"professionals" I'd encountered.[159]

113    On **Fri May 9,** the (so-called initial and final) **(Pseudo-)VOP hear-**

---

[159]    Samples of Arnel's shortcomings (above and beyond his extemporaneous generalized awfulizations, in court, about how badly I treated Autumn (NOT!)):

*(i)* Arnel, based on my (1st version) Complaint, *snidely insulted/mocked/derided/disparaged/dissed* me *ad hominem* (*only,* never addressing any *legal* aspect of the case) to L.K., indirectly/secretly (behind my back, in a long text message), as being a **"caped crusader … Perry Mason"** (and much worse), for having the naive temerity to think I personally could defend my own rights (as documented throughout this Complaint) as a *pro se* — despite guarantees such as: *(i')* the Constitution Sixth Amendment (*Faretta v. California,* 422 U.S. 806 (1975)); *(i″)* federal law (28 USC §1654); *(i‴)* state law (https://www.mass.gov/info-details/massachusetts-law-about-self-represented-litigants); etc.

*(ii)* At the (Pseudo-)VOP hearing itself (¶113), directly/publicly before the judge/audience, Arnel denied the existence of a Litigation Privilege/Exception concept (fn. 156) (and Caulo apparently agreed/conspired with him (certainly not correcting him)), which I'd mentioned to him that I relied upon and suggested he raise/argue it in my defense, and instead he *chided/blamed* me for inventing/concocting the idea.

*(iii)* Arnel further *mocked/derided* me at the hearing (in an obvious effort to paint me as ignorant/pitiable/obsequious/"small," in a defamatory way), for the irrelevant/petty/negligible/trifling/unserious (pseudo-)"issue" of **typographical typeface/font** I used for the **title** of the **caption** (p. 1) of my Complaint, from the class known as Blackletter/Fraktur/Gothic/Old English — even though *(iii')* such a choice is in fact a perfectly defensible/appropriate/normal/classical/common/expected one for such a leading/public-facing element of important documents, customarily used not only for legal/court filings (such as complaints, last wills and testaments, deeds, etc.), but also many other kinds of significant institutions/instruments (examples: Declaration of Independence, Constitution; currency; universities/diplomas; logos/charters/seals of newspapers/corporations/guilds (e.g., New York Times); professional societies/certificates (e.g., medical degrees, bar admissions); etc.) — because *(iii″)* it evokes an appropriate level of emotional authority/prestige/formality/tradition/history/majesty/*gravitas* in a simple/unobtrusive decorative/ornamentational/beautiful manner. *(iii‴)* **"Typography exists to honor content"** (Robert Bringhurst, *The Elements of Typographic Style,* Hartley & Marks (Third Edition, 2004)). *(iii⁗)* **"Typography is what language looks like"** (Ellen Lupton, *Thinking with Type,* Princeton Architectural Press (Second Edition, 2010)).

*(iv)* **Unbeknownst to me,** Arnel had **consulted *ex parte*** with Caulo prior to the hearing (unethically for the both of them), and convinced her to impose upon me at the hearing a **"mental health" probation condition,** which she did do (Add. F p. 115 ℓ 16), and I complied.

*(v)* At the continuation Jun 5 meeting (mentioned in the first sentence of ¶113), Arnel *argued falsely <u>against</u> me,* about the **"online/publication/dissemination status"** of

**ing/"trial"** was held, before Judge **Ellen Caulo** (at the end of which, a fol-low-up continuation was scheduled (and conducted) for **Thu Jun 5,** mostly so that Probation Officers Mitchell and Chalmers, could examine/clarify computer forensics specifics). *(i)* Those were *overt acts in furtherance of the conspiracy,* just by their very existence, regardless of their results (see fn. 84). The hearing/"trial" itself was a (by-now-as-to-be-expected) farce/shit-show: *(ii)* Mitchell (acting as "prosecutor") gave Caulo copies of the two emails (with attachments) I'd sent to the Haleys (¶110). Whereupon, *(iii)* Caulo could see they were assuredly strictly legal/business-like (per FRCvP 4, not abusive/harassing in any way, cf. fn. 157); in fact, *(iii′)* she **explicitly stated I had the <u>right</u> to do what I did** (my *(iii″)* immediate thought was that lightning was striking again, as at ¶40). *(iv)* Mitchell also (falsely) "de-scribed" to Caulo how I was (pseudo-)violating the (illegal) probation condi-tion to not-publish anything about Autumn or the earlier court cases on my website; but *(iv′)* he was **lying,** because I was indeed doing *no such thing.*[160] *(v)* Arnel handed Caulo a copy of the (1st version) Complaint (¶110, containing essentially everything contained in this 2nd version, except for

---

my website (see also fn. 160), even though he (and the Probation Officers present) had *no serious/intelligent/technical idea* what they were talking about, as was evidenced/proved/ admitted throughout the discussion (I was right, he/they were wrong).

   *(vi)* In sum, Arnel's performance, despite his being an official "officer of the court" (credentialed member of the bar), far from rendering "zealous (or at least 'reasonably ef-fective') advocacy" as he should have done by law, offered only **Ineffective Assistance of Counsel (IAC)** — which is a violation of the guaranteed Constitutional Sixth Amendment right to counsel (¶9(i‴); cf. *Strickland v. Washington,* 466 U.S. 668 (1984)) (*in addition* to his joining the overarching **Conspiracy** (¶9(ii)) against me).

160    I *wasn't* in violation of the Apr 29/26 (double-)order in the way Mitchell pretended. Instead, *(i)* Mitchell's report misleadingly spoke of only *meaningless* (non-probation-prohib-ited) *"metadata"* about <u>webpage modification</u> of the website itself (as opposed to *meaning-ful "data"*/information about <u>Autumn/cases</u>), to the effect of a notice that "such-and-such webpages were updated" — *(ii)* **without** describing/leaking any of the website's actual *con-tent,* and even *(iii)* with the interested webpages themselves being **"encrypted"** (password-protected, see ¶64), i.e., accessible only to myself only (*inaccessible* to the public/others, so they couldn't discover w*hat* was affected on the noticed such-and-such webpages).

   That is, I was using my website only as a convenient private/personal development/ *"cloud storage" facility,* not for *information dissemination.* To forbid a whole/big **website** from even *existing,* as opposed to some specified (pseudo-)"offensive" content from being *posted,* grossly fails the First Amendment **Strict Scrutiny** "least restrictive narrow tailor-ing" test (fn. 1(ii)) — so is patently illegal (violating Constitutional protections (¶9(i′–ii″))).

this ¶XIII addition), and *(v′)* she called a short recess to **review/analyze/understand** it in her chambers (as *(v″)* she afterwards announced/indicated she did do); so thereafter *(v‴)* she **provably/self-admittedly did realize/know** (because the Complaint proved it) that everything the Haleys/courts/others had perpetrated upon me was wrong/abusive/illegal. *(vi)* Caulo called upon the Haleys to "testify" (from the gallery, not from the witness stand), where *(vi′)* they gave a (false) "victim impact statement" (which was a grossly exaggerated self-pitying fable), claiming I'd somehow trespassed upon their (pseudo-)right to be left alone. *(vii)* Arnel's speech "representing/defending" me amounted to nothing but naked sword-falling/groveling/sabotage (IAC, ¶9(i‴)), by *(vii′)* making it seem as if I was "admitting/confessing"[161] to (pseudo-)violating the "letter" (if not "spirit") of the (pseudo-)probation "accidentally/inadvertently" — instead of what he *should* have argued, which was that *(vii″)* my Complaint (which Caulo had admitted reading/understanding (item (v″)) proved that all proceedings to date, including this VOP hearing, were bogus/illegal. *(viii)* Caulo refused to let me react/respond/speak a single word in my defense (not to enter a plea, or admit/deny/argue a claim, or anything else); indeed, *(viii′)* she explicitly instructed/forced/ordered me to "don't say a word," though I silently implored/pleaded her with my plaintive looks/expression indicating I did want to say something (¶9(i‴)). *(ix)* During her harangue against me, Caulo "instructed" me that the "correct" way for me to serve legal papers was to have contacted/consulted Mitchell, and follow whatever advice/instructions he offered me. *(x)* Caulo's ridiculous (pseudo-)finding/conclusion from all this was that I was being "disingenuous" to think that the Haleys' weren't upset about being sued (as if that were relevant)[162]— although, I hadn't indicated anything of the sort (I couldn't say anything, by item (viii′)).

---

161    Technically known as (pseudo-)"stipulating;" thereby, Arnel effectively waived/forfeited the opportunity/viability of appeal.

162    The last time I checked, "hurting the Haleys' feelings" didn't appear in the canonical list of exceptions to the Constitution (*Freedom of Speech and Press: Exceptions to the First Amendment,* Congressional Research Service (CRS) Library of Congress Report 95-815A (2003), https://www.everycrsreport.com/reports/95-815A.html).

*114*    Not surprisingly then, *(i)* Caulo **(pseudo-)convicted** me of VOP. At the sentencing phase, Mitchell *(ii)* asked for an absurd 3 months' imprisonment (thereby raising his stake in the conspiracy), but *(iii)* Caulo "merely" fined me \$2,000, and *(iii′)* extended my (pseudo-)probation period for an additional year (until **Tue Nov 17 2026**), subject to any additional restrictions that might arise from the follow-up continuation meeting mentioned at the beginning of ¶113 (but none did, see fn. 159(iv), and Add. F). *(iv)* In other words, by these (false) acts of hers (¶113(iii′)+¶114(i,iii,iii′)), Caulo exactly *mimicked/bookended* Budreau's **UCD** **Catch-22** (¶42, Add. D): "You had the **right** to **do what you did;** but *since you did do it,* we'll **punish** you."

*115*    As noted at ¶5,8(vii), I am now (re-)submitting this 2nd version of the Complaint, pursuant to FRCvP 41(a)(1)(B) ("without prejudice"). But: how will I avoid another §XIII-like (Pseudo-)VOP fiasco this go-round (given that I'm supposedly still subject to the (pseudo-)no-contact order)? My current plan is to file an appropriate Motion to this Court, seeking the Court's guidance/advice/help on how to magically effect service (as required by FRCvP 4), in such a manner that jumps through the MA courts' "no-contact" hoops. Hopefully, the MA officials/courts will recognize/understand/heed/obey a federal court's direct authority, even though they don't acknowledge/support other established forms of law.

*116*    For nearly the next year following the above May/Jun 2025 happenings, my interactions with the case were very scarce/nonexistent. That changed suddenly when I was summoned by Chalmers to the Newton courthouse on **Mon May 18 2026** for a **"probation checkup/visit,"** and then for another one on **Wed Jun 10** (this was unprecedented; Mead had instituted a regular 3-month visit/gap schedule). But at neither visit was Chalmers present, and instead I met with the new Chief Probation Officer **Megan Rodriguez** (Mitchell having retired in the meantime); and at the second of these visits she was joined by Asst. Chief Police Officer **Dave Collins;** both of them thereby becoming new co-conspirators. At the Jun 10 meeting (and in email with Chalmers preceding it), I asked/demanded to be

**given the information/instructions I'd been promised** by Caulo (¶113(ix)), about how to serve the Haleys (now for the instant 2nd version Case), without incurring another (pseudo-)Violation of Probation charge. But Rodriguez (and Collins agreeing with, and supporting, her (unnecessarily/proactively, because he was just an uninvolved bystander)) **absolutely refused,** saying it was "not the Probation Dept.'s job/ability to contact the Haleys on my behalf, because that would constitute indirect/3rd party contact, in violation of the no-contact order" — even though I quite clearly explained **that's not what I was asking them to do:** I didn't (necessarily) want them to *contact* the Haleys for me, I just wanted them to give me the *information/instructions*[163] that Caulo had promised, and that they were **violating Caulo's order** (from the bench, at the hearing) by not doing so — and thereby making it **impossible** (or so they thought/intended) to sue the Haleys (see fn. 162). They were blithely unmoved (they "just didn't care," broadly grinning/mocking at my conundrum). I asked them to record their responses for me (video/audio or writing, recalling I didn't have my cellphone with me (barred from taking it into courthouse)), but they refused.

# XIV
## SYNOPSIS OF OFFENSES AND OFFENDERS

*117*   It goes without repeating (it was already mentioned in ¶12) that the foregoing factual narration is common to, and exhibits, the ¶9(i–xiii) COAs, and is hereby incorporated by reference, as if fully realleged in this §XIV.

*118*   According to the precepts of Conspiracy (¶9(ii), fn. 30), *all* instances of *all* complained-of wrongs (¶9) throughout this Complaint are *legally at-*

---

*163*   *(i)* One entirely viable possibility (which is what I expected): the Probation Dept. could have told me to "just go ahead and email the Haleys" as I'd done with the 1st version Case (and which was totally legal in any case, fn. 156), but this time they'd "decline to 'write it up'" as a (Pseudo-)Violation of Probation. *(ii)* Rodriguez(/Collins)'s (and also Mitchell(/Chalmers)'s) failure to provide some sort of "escape hatch" like this (item (i)) for me comprised a *particularly direct/blatant* instance (though shared by all other co-conspirators, too, of course) of **violation of Duty to Rescue** (¶9(iii)).

*tributable* to *all* Defendants (to some extent, "equally" or not), because they all *knew* (in whole or in part), and *mutually understood/agreed* (expressly or tacitly), and *advanced* (to greater or lesser degrees), the *overall/common purpose/goal* — which was to (in **paraphrase**): **"Charge/prosecute/convict Tuvell of (Pseudo-)Harassment/Contempt/Wiretapping/VOP/ *whatever*-everybody-else-was-saying-about-him, *blindly,* come hell or high water, without caring whether or not any of it was false/illegal (even though he presented all the reasons/arguments against it all)."** Nonetheless, to some eyes,[164] some of the Defendants might *intuitively* be regarded as *"more 'equal' than others"* with regard to some of the charges (for example, wrongdoing judges might be viewed as more pernicious than wrongdoing magistrates, and they in turn more pernicious than wrongdoing clerks), so it may be helpful here (in ¶119) to *highlight* the *"head cheerleaders"* with respect to *"which charges apply to which Defendants."*[165]

119    The offenses listed/numbered below refer to the same numbered items as in ¶9; the cross-references indicate *representative (non-exhaustive)* paragraphs where *certain (not all)* important aspects/perpetrators of the listed offenses are discussed. Only individuals are indicated here (they automatically drag their organizations/institutions along with them).

> (i′)    **Speech/Press —** Haleys (¶14,21(i,iv)); prosecutors/judges (¶10).
>
> (i′)    **Petition (Litigation Privilege/Exception) —** Haleys (¶21(ii)); Mead (¶73); Caulo (¶113).
>
> (i″)    **Due Process —** Judges (¶10 *et passim*).
>
> (i‴)    **Search/Seizure —** Queally (§X); RPD (¶46) & WPD (¶70–71) officers.
>
> (i⁗)    **Fair Trial, Ineffective Counsel —** Fabbri; Villegas (¶94); Arnel (¶113).

---

164    Esp. juries, when apportioning degrees of culpability for relief/damages purposes (see ¶122).

165    A more fine-grain listing than this (in ¶119) is unnecessary, because the "search tool" of an electronic PDF document reader/program/application can just be used instead.

*(ii)*    **Conspiracy —** All *(passim);* esp. Haleys/prosecutors/judges.

*(iii)*    **Neglect to Prevent —** All *(passim);* esp. prosecutors/judges.

*(iv)*    **CDA §230 —** Haleys (¶14,21(i,iv)); prosecutors/judges (¶21(iv)).

*(v)*    **UPL Jurisdiction —** Haleys (¶16,17); Mulligan (¶24); Budreau (¶28).

*(vi)*    **258E Jurisdiction —** Haleys (¶16,17); Mulligan (¶24); Budreau (¶28).

*(vii)*    **Contempt Jurisdiction —** Fedele-MacDonald (¶54); Hurley (¶57); Queally (¶59); Fabbri (¶66).

*(viii)*    **Anti-SLAPP —** Haleys (¶21(ii)); Budreau (¶34).

*(ix)*    **Mistake-of-Law —** Fabbri (¶94).

*(x)*    **Defamation —** Haleys (¶14); judges (at all (public) hearings).

*(xi)*    **IIED —** All *(passim).*

*(xii)*    **Abuse of Process —** Haleys (¶14,53).

*(xiii)*    **Malicious Prosecution —** Prosecutors; judges *(passim).*

# XV
## CONCLUSION

120    All the flashing-red warning-lights/signals were there from the very beginning, for anyone with eyes to see them. It was all a crooked sham all along (already from Day One, because of no-standing/jurisdictionality (¶15–16), and then many more reasons piled on thereafter, as related herein), a straight-up heap of lies, a compromised/unserious operation all the way around: a "domino theory" (FOPT) of conspiracy, each domino in the chain falling because it blindly/unthinkingly "liked" what it saw the preceding dominoes doing. The no-moral-compass Defendant officials, who were sworn by sacred oath/duty to "faithfully preserve/protect/defend the Constitution and laws," instead perversely/pervertedly committed their "color-of-law official acts" blatantly *anti*-(not merely *un*-)lawfully from Day One, their reprehensible behavior continuing unabated (even accelerating) throughout. These were all clear-eyed wrongdoers, cognizant of everything they were

doing, fully knowledgeable it was wrong. Who couldn't know that "transparently unconstitutional" abridgment of Plaintiff Tuvell's sacred/Civil Rights (esp. Freedom of Speech/Press and Due Process) was positively wicked/evil? They never had any remotely justifiable excuse, in any way/shape/form, other than their thirst for unbridled abuse-of-power-of-office. They are ethically/legally responsible for their (literally) insane conspiratorial misdeeds, and must now be held accountable to the fullest extent of the law, for their attempted (and partially successful) psychological and social destruction of a wholly loyal subject, and fault-free (in this instance/zone), human being.

121   The emotional distress inflicted upon me was (as the facts related herein proved convincingly credibly) extreme/abusive/unwarranted/intentional/purposeful/reckless/extreme/severe/outrageous/odious/reprehensible/malicious/dangerous/your-epithet-here, with serious direct deleterious effects on my health (not presenting previously), including: social withdrawal; short-tempered; loss of interest/enjoyment in normal life activities (in particular, get-togethers with friends) and hobbies (such as cooking); frayed relationships (especially with family, which includes Ukrainians (¶52)); clinical/diagnosed anxiety; clinical/diagnosed depression; sleep disorders (incl. frightful nightmares); eating too little (no appetite); drinking too much (alcohol); stopped working-out; ocular migraines; episodes of acute dizziness/head-spinning/imbalance; nervous tics; intrusive/obsessive thoughts (about The Law); perseveration; paranoia; psychotherapy; medication; suicidal ideation; "nothing to live for;" all on top of, and reactivating, my long-standing PTSD. The suffering has been unreasonably unendurable. It is no exaggeration to say "my life has been ruined" (since Jan 2022). IIED, ¶9(xi).

# XVI
## PRAYER FOR RELIEF; JURY DEMAND

122   We pray this Court for relief, both for *(i)* myself, and also (as an informal representative, not a formal class-action) for *(ii)* untold legions of semi-similarly-situated others, who may not have the ability (especially in enlist-

ing representation, like myself, and must proceed *pro se*) of giving voice to such great matters of public interest/concern/significance (MOPICS), yet who have been, or stand to be, victimized by similar behaviors of the same and other officials. The wrongdoers' activities are **capable/encouraged of further repetition,** if significant review/relief is evaded here. *(iii) **All** the* **issues raised by this Complaint must be affirmatively addressed,** without fear/favor/bias, lest a miscarriage of justice occur, impacting hundreds/thousands of past/future victims/cases. *(iv)* Though we entreat *generally* for the **entirety**[166] of our Complaint, there is *one irreducible baseline aspect* of our case that must be singled-out for *special high emphatic beseechment:* **THIS VERY COURT** <u>**MUST**</u>**, RIGHT NOW ("IMMEDIATELY IF NOT SOONER"), OFFICIALLY ADDRESS OUR** <u>**(LACK-OF-)JURIS-**</u><u>**DICTION**</u> **ACCUSATIONS** (§9(v,vi,vii)+FOPT(fn. 38)). The immediacy is because the **Supreme Court says so: *all*** courts presented with ***jurisdictional*** issues ***must*** address them, ***immediately before*** all other topics (fn. 101(ii)) — though our **MA courts never did** *(passim).*

*123* *(i)* The *"theoretically" most important* relief sought is **well-reasoned declarations** (FRCvP 57; **Declaratory Judgment Act,** 28 USC §2201(a), 2202) that **all** my legal arguments are **correct (or, if wrong, exactly why)** — that is, I'm *positively/affirmatively "innocent"* of the (Pseudo-)Harassment/Contempt/Wiretapping/Probation charges on all substantive merits, <u>*even*</u> *if the charges had any valid at all* (which they didn't, for all the multiple reasons I've claimed), as opposed to simply *"not guilty"* by way of proce-

---

[166] *(i)* Recalling the **"Virtually Unflagging[/Mandatory] Obligation Doctrine"** (*Colorado River Water Conservation District v. U.S.,* 424 U.S. 800 (1976)) of federal courts: they **must hear/adjudicate *all* the cases/causes within their jurisdiction.**

*(ii)* A prayer like this, for "addressing ***all*** issues," may typically be more salient *re* proceedings in appellate courts than in this District Court, which is already bound by Constitutional Due Process, even with formal court rules/promises for hearing/adjudicating ***all*** the "well-pled actual/genuine cases/controversies" before it (¶7, fn. 13). But it's hopefully not *in apropos,* intended also as a final message targeted to the Defendants themselves, that they cannot rationally argue against our "allness" demand, given reasonable/reliable predictions/expectations about their future behavior based on demonstrated/proven past events. That potential/likely behavior needs to be prevented.

dural blockbusters such as "lack of jurisdiction." See the ¶9 COAs, plus the ¶101+107 7+3+6 major+minor "Questions Presented," as mentioned in fn. 25. *(ii)* The *"practically" most important* relief sought is a **permanent prospective injunction,** for the government officials involved to cease their ongoing/continuous violations of Constitution civil rights guarantees (as charged in this Complaint), and **"never do such things *to anyone ever again"*** (of course, that's already "the law," but the Defendants breached it anyway). *(ii')* For the **organizational Defendants** involved, this amounts to serious enhancements to their policy/custom/practice/educa- tional training/guidelines. *(ii″)* For **MA Defendants** especially (judges, pros- ecutors), cf. fn. 186(ii); *Ex parte Young,* 209 U.S. 123 (1908). *(iii)* Above and beyond item (ii), we also wish for a prospective injunction (or perhaps new statute?) to the effect that all *organizational* (*governmental* certainly, and maybe even *non-governmental*) Defendants, going forward, be required to **"assist" (in some appropriate sense to be defined) plaintiffs in law- suits to contact the defendants** in those suits who belong to their organi- zations.[167]

124   Also desired is **quashment/voidation** ("clear my name") of the (Pseudo-)Contempt/Wiretapping cases (recalling that (Pseudo-)Harassment was already previously annulled, ¶40). Plus, **destruction/expungement of all "records" insofar as possible**[168] (see fn. 77, also fn. 14 of *Gjoni* (fn. 139)) — at least on the *indirect* basis of the ¶123 declaration, combined with the unconstitutional Due Process *procedural wrongs* used to obtain those (pseudo-)convictions (non-jurisdictionality ¶9(v,vi,vii), FOPT), if *direct*

[167]   It is my experience in the instant Case that has revealed-to/convinced me that this is a real/serious/absurd problem that has no business existing. It **obstructs justice** to plain- tiffs (prejudicing their right of access to the courts, First Amendment Petition Clause). I do recognize that this proposal might raise the spectre of a "conflict of laws," between two clauses of the same Constitutional Amendment (Speech vs. Petition), in which case only *governmental* organizations might be held so accountable.

[168]   This being a "limiting case" (*Commonwealth v. S.M.F.,* 40 MA App. Ct. 42 (1996)). "No one whose name mistakenly has been introduced into criminal records should be sub- jected to the future '[unacceptably Kafkaesque] cloud of prosecution' which will remain if that person's record is not cleared." — *Commonwealth v. Boe,* 73 MA App. Ct. 647 (2009).

overturn of their (false) substantive/merit judgments be not available.[169]

**¶125**    If (and to the extent) possible,[170] the wrongdoers should be **disciplined/removed/disbarred/terminated** from their positions, and **reported to regulatory bodies** (MA **Board of Bar Overseers (BBO),** MA **Commission on Judicial Conduct (CJC)**), and **MA legislature,** with **recommendation** for serious sanctions. We even ask for **criminal referrals** if/where warranted (see e.g. fn. 148, and MGL Ch. 268 §1 **Perjury for violating oath/affirmation of office** (which covers the Haleys too, for perjurious court filing, fn. 55)). Else, public trust can/will be lost, perhaps sadly forever (or, has that already happened in some quarters?).

**¶126**    Finally, having made a cursory survey of some recent Constitutional Tort cases,[171] I find that a Complaint-time call for **punitive monetary relief** in the neighborhood of $100 Million is "not grossly excessive" for a case

---

[169]    *(i)* Because this is a federal Constitutional Tort case, federal courts may not have the *concrete* power to *directly* "overrule in the appellate-review sense" (albeit, not in state-court-proceedings context, cf. fn. 23) *valid judgments* of state courts (in the sense of vacating/reversing their case-deciding judgments) — though ours were plainly *invalid (for lack of jurisdiction, see fn. 170). (ii)* But *indirectly,* this District Court can *"abstractly"* (that is, without disturb the state court results) say/declare (¶123) what's unconstitutional or violates federal/state laws. {Disclaimer: this area of the law is currently hazy to me … it's intricately complicated …}

[170]    This disclaimer about "what (and to what extent) things are possible" broadly applies to this whole §XVI, and refers to my current partial *(pro se)* ignorance about the interplay dynamics between MA State vs. Federal Court powers (as exhibited in, e.g., fn. 23, 169). The biggest **bonus wildcard question in this area (MA ⟷ federal courts interplay)** is this (as we've repeated *ad nauseam* throughout): *(i) ALL* **proceedings in MA courts were, objectively/transparently, <u>wholly without any jurisdiction</u> whatsoever** *ab initio* **(<u>starting from UPL</u>, ¶9(v) fn. 32, and compounded multiply thereafter); yet** *(ii)* **no MA court ever deigned to so much as even implicitly** *notice/mention/discuss/explain* **(much less explicitly** *rule* **on) that (non-jurisdiction) problem (even though** *(ii′)* **I properly raised the question many times) — so** *(iii)* **in what sense were** *any* **MA court proceedings/results legitimate/"existent" at all??**

[171]    One data-point is the **"Naperville Airpods"** case (*Harris v. Naperville,* N.D. Ill., 1:24-CV-04196 (May 2024)) — a *trivial* case compared to ours, which also went to trial (with an acquittal in that case) — which calls for $20 Million: https://www.propublica.org/article/school-ticketing-naperville-illinois-airpods-amara-harris-verdict, https://s3.document-cloud.org/documents/24769208/amara-harris-civil-lawsuit.pdf.

of this particularly egregious degree/magnitude of reprehensibility,[172,173] in proportions to Defendants to be determined at trial (perhaps guided by ¶119). The **default demand** (in the sense of FRCvP 4(a)(1)(E)) is $1 Million per Defendant.[174]

127 A **jury trial** is demanded for all matters so triable (FRCvP 38(b,c)). In reality, however, we believe that all substantive issues of this case can/should/will be decided on the basis of the *laws* involved (the *facts* being undisputed, see the first sentence of ¶7), at Summary Judgment (FRCvP 56) time, once (or before) discovery is complete. And there, the case is black-and-white, no gray areas, objective not subjective: the Defendants universally militated against good law(/justice) at every turn. Period.

---

172 Cases which are **aborted ASAP,** by officials early recognizing that "mistakes were made" and atoning for their sins midstream (cf. ¶9(iii) Rescue) (such as happened with our Harassment case *before* its Apr 29/26 order, see ¶40–41) of course call for *much much less.*
(i) One such "aborted ASAP" data-point is the **"Atmore Four"** case (*Digmon v. Billy,* S.D. Ala., 1:24-cv-00425 (Nov 2024)), a case which coincidentally also deals with local politics (see fn. 133,109) and First Amendment Right to Report (¶9(i')): https://atmorenews.-com/2024/11/27/atmore-four/ (accompanied by a YouTube video, https://www.youtube.com/watch?v=Xiio00O_gPg), https://www.courthousenews.com/wp-content/uploads/2024/11/sherry-digmon-vs-district-attorney-stephen-billy-atmore-alabama-complaint.pdf.
(ii) Another recent "aborted ASAP" data-point is the **"U.Tenn. Pharmacy School"** Free Speech case (*Diei v. Boyd,* 6th Cir., № 23-5771 (Sep 2024)): https://reason.com/volokh/2025/01/31/u-tenn-pharmacy-school-pays-250k-settlement-for-trying-to-expel-student-for-sexually-themed-tweets/; https://www.opn.ca6.uscourts.gov/opinions.pdf/24a0219p-06.pdf; https://www.thefire.org/research-learn/settlement-agreement-and-release-diei-v-boyd.

173 Another data-point worth watching is the Alec Baldwin **"Rust shooting"** case, aborted during trial (due to Brady violation), which includes a conspiracy element with multiple Defendants, filed in a "trusted" state court, but without a dollar amount specified in its Complaint: *Baldwin v. Morrissey* (First Judicial District Court of Santa Fe County New Mexico, № D-101-Cv-2025-00060, now Baldwin, III v. Morrissey, 1:25-cv-01052), https://en.wikipedia.org/wiki/Rust_shooting_incident, https://s3.documentcloud.org/documents/25483250/baldwin-final-civil-complaint-1.pdf.

174 Albeit, monetary damages are not-unlikely barred against our official organizational Defendants.

# XVII
# VERIFICATION; CERTIFICATION; SIGNATURE

128 *(i)* Pursuant to FRCvP 11(a), I hereby verify[175] that I[176] am respectfully submitting this Complaint, and signing it, under the pains and penalties of perjury (28 USC §1746). *(ii)* The Complaint's claims/accusations/arguments are truthful/correct/accurate/honest/*right* (and even *well-known* at certain strata of socio-legal professionals),[177] to the best of my considerable knowledge/information/understanding/belief (based on intensive inquiry/study reasonable under the circumstances), and ability to represent them (potentially modulo trivial inadvertent slip-ups, cf. e.g. fn. 143). *(iii)* I certify that the Complaint satisfies all the requirements of FRCvP 11(b)(1–4):[178]

---

[175] I habitually always verify all my court filings, and my veracity/accuracy (including/especially with respect to legal stuff, laws/rules/opinions/citations/interpretations) has never yet been, directly or indirectly, questioned/challenged/proven to be false/incorrect/misleading/misdirectional (or even over-stated/hyperbolized), in any respect, not even fractionally. (The Defendants have only ever surreptitiously/silently/invalidly *side-stepped/ignored*/gaslighted/ghosted me, or else countered with abjectly false/off-point counterfactuals, skipping their own Verifications of course.)

[176] If an "Artificial Intelligence (AI) disclosure" be desired, see fn. 95(ii).

[177] *(i)* The catchphrase/watchword/(pseudo-)maxim/conventional-wisdom, **The Process is the Punishment** (from the "classic" 1979 study/book of the same title by Malcolm M. Feeley, which was nominally (but not real-worldly, esp. as to "absolving judges") limited to "lower criminal, low stakes" courts (by some measure, targets/victims like me be damned)), is *now currently so well-known* that it's even become a popular public "meme," being used more-and-more regularly in online/broadcast forums by such socio-legal commentariat luminaries as Brian Stelter, Don Lemon, Dan Bongino, Tom Jones (Poynter Institute).
        *(ii)* The <u>existence</u> of such **cynical Process-Is-Punishment "lawfare"** <u>cannot be denied,</u> as self-evident examples abound (and even now are escalating) in the wider world. Some recent ones: *(ii′)* Federal investigation into Federal Reserve Chair Jerome Powell (https://en.wikipedia.org/wiki/Federal_investigation_into_Jerome_Powell). *(ii″)* "Seditious behavior" of Sen. Mark Kelly's (and others') "reject-unlawful-orders" video (https://storage.courtlistener.com/recap/gov.uscourts.dcd.288365/gov.uscourts.dcd.288365.37.0_3.pdf). *(ii‴)* Indictment of James Comey for his "86 47" seashell Instagram posting (https://abovethelaw.com/wp-content/uploads/sites/4/2026/04/Comey.pdf). *(ii⁗…)* Government threats/attacks: law firms; universities; broadcasters; prominent individuals (list at https://abcnews.com/US/list-individuals-including-lisa-cook-targeted-trump-administration/story?id=124968309); ICE; oh my …
        *(iii)* All of this harks back to Kafka (fn. 131), and ultimately further back, of course.

[178] Substantively *proving* this FRCvP 11(b) requirement (as opposed to merely hand-wavingly *certifying* it) was a major reason driving our inclusively detailed presentation of

*(iii′)* nothing in this Complaint is influenced by any improper/impermissible/ frivolous/malicious/harassing/retributive motive, and *(iii″)* everything is affirmatively supported by legitimate good positive law.[179] *(iv)* I will notify the Court/Clerk of any changes in my residence/contact information; *(iv′)* regarding changes to Defendants' information, see fn. 184. *(v)* I will register with the Court's electronic case management system (CM/ECF), and use it insofar as possible/acceptable/supported, along with other expedient means of electronic communication with the court/parties (email, websites, online "dropboxes"/cloud storage).

WE Tuvell

Walter Tuvell
Thu May 7 2026[180]

129    *Postscript.*—

*(i)*[181] *Theoretical maxim:* **No right without a remedy** *(ubi jus, ibi remedium).* This aphorism is **"the very essence of civil liberty,"** according to that linchpin of American law, *Marbury v. Madison,* 5 U.S. (1 Cranch) 137 (1803).[182] For every violation of a legal right (cf. ¶9), the legal system must provide a corresponding mechanism for redress. *How?* Via judicial review (the courts). *Why?* To ensure government's faithfulness (due process) to its own, and the peoples', laws: without a "child" remedy (itself also established/enacted/enforced by

---

this Complaint, esp. the footnotes, as discussed at ¶7(v).

179    See *(i)* https://en.wikipedia.org/wiki/Good_law, and *(ii)* *https://en.wikipedia.org/wiki/ Positive_law*.

180    FRCvP 15(c)(1)(B) ("relat[ion] back to the date of the original pleading").

181    *(i)* This paragraph ¶129(i) represents our *third* Catch-22 (cf. fn. 149(v)).
*(ii)* Presciently, I had finalized the writing of this *paragraph* (¶129(i)) (in preparation for filing the instant 2nd amended Complaint) *before* just now writing this *footnote* (fn. 181), whose purpose is to notice the *Atlantic* article coincidentally paralleling this very argument we're making here — entitled *The Supreme Court's Era of Meaningless Rights,* and subtitled *The Supreme Court is not saying people don't have certain rights, just that no courts can help them when those rights are violated* — available at https://www.theatlantic.com/ideas/2026/06/supreme-court-decisions-unenforceable-rights/687713.

182    See Richard H. Fallon, *Constitutional Remedies: In One Era and Out the Other,* 136 Harv. L. Rev. 1300, Volume 136, Issue 5, March 2023, https://harvardlawreview.org/wp-content/uploads/2023/03/136-Harv.-L.-Rev.-1300.pdf.

government, along with its "parent" law, on behalf of the people), there can be no real "right," properly so-called, at all. Said another way:

$$\boxed{\textbf{No Right Without Remedy} \approx \textbf{Rule of Law}}$$

(ii) *Practical maxim*: **Power corrupts; absolute power corrupts absolutely.**[183] Our **theme** (¶6) of **Justice,** core to America, is foreign to the Defendants: "The worst form of injustice is pretended justice;" "Injustice anywhere is a threat to justice everywhere;" "You can also commit injustice by doing nothing;" etc., etc., etc., *ad infinitum.*[183]

---

183   "Google" (web-search); "justice" quotations at BrainyQuotes, GoodReads, etc.

# ADDENDUM A
# LIST OF *"ET AL."* DEFENDANTS
## (CONT'D FROM P. 1)

> **ALL *PERSONS/ENTITIES*[184] LISTED IN THIS ADDENDUM A ARE BEING SUED IN <u>BOTH</u> (IF/AS APPROPRIATE) THEIR *INDIVIDUAL* AND/OR *ORGANIZATIONAL*(/OFFICIAL) CAPACITIES.** The "%" notation indicates *individual* ➥ *organizational* affiliation; the "⟨⟩" notation denotes *organization* ➥ *entity* relationship.[185]

**Maureen Mulligan (Judge)**
**Martha Brennan (Magistrate)**

---

[184] *(i)* "**Persons** in the *legal sense*" = "**entities** recognized by law as possessed-of/endowed-with legal rights/duties," be they *fully or only (i′) partially known/characterized/identified* at Complaint time (indicated herein by ***place-holders,*** such as *(i″)* ★_**Name**★ (where ★ = wildcard) (a.k.a. John/Jane Doe) in lieu of legal name, and *(i‴)* % in lieu of reliable address/contact information), as to their complete individual/organizational identity/affiliation/contact information — some of which is not yet at the present time known precisely enough, and hence remains a topic for follow-up research and/or discovery.

*(ii)* Such practice (place-holders, item (i)) in Complaints is only *implicitly* addressed in the FRCvP, seemingly condoned/encouraged/required by: *(ii′)* FRCvP 10(a) ("caption rule," all parties must be must "named" (in some manner)); *(ii″)* FRCvP 8(a)(2) ("pleading rule," statement showing entitlement to relief). *(iii)* The Supreme Court is *silent* on the matter, unless you count *dicta* (such as seen in *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388 (1971)). *(iv)* But it is *expressly supported* within our 1st Cir.: "[W]e note that as a general matter a plaintiff may bring suit against a fictitious or unnamed party where a good-faith investigation has failed to reveal the identity of the relevant defendant and there is a reasonable likelihood that discovery will provide that information" (*Martinez-Rivera v. Sanchez-Ramos,* 498 F.3d 3 (1st Cir. 2007)).

*(v)* The follow-up research/discovery process mentioned at the end of item (i) has already begun, and is currently in-process with this Court separately from the instant (re)filing issue (*q.v.,* Dkt. 10 and progeny), with *(v′)* potential to impinge on future amendments to this Complaint, and for which *(v″)* separate discovery/motions may well end up being appropriate (FRCvP 26(a)(1)(A)(1) ("automatic/mandatory initial discovery"); FRCvP 15(a)(2) "motion to amend" ("court's leave" clause); etc.).

[185] *(i)* Many/most of these "%➥⟨⟩" associations are ***sort-of (to some extent) presumptive/conjectural*** at this point in time (which presumptions are to be determined definitively at *discovery* time; for example, we cannot *know* at this time whether a uniformed individual in a courtroom who was behaving "as if" a police officer, was acting on behalf of *(i′)* only him/herself individually, or *(i″)* the court (state of MA), or *(i‴)* town/city/state police. Compare fn. 184. *(ii)* The ***individual*** entities are those listed towards the **beginning of this Add. A list;** the ***organizational*** entities (appearing inside "⟨⟩") **towards the end** (the latter all happen to be ***official/governmental*** organizations; cf. fn. 186). *(iii)* Cf. the **course of proceedings (& substance of pleadings) test** (vs. *per se* approach) (*Powell,* cited at fn. 10) — a.k.a., "Oh come on, we all know what we're talking about here."

**James Budreau (Judge)**
**Arthur Deguglielmo (Magistrate)**
**Clerk_Name1 (Clerk)**
**Clerk_Name2 (Clerk)**
    % Woburn Superior Court ⟨MA⟩
    https://www.mass.gov/locations/middlesex-county-superior-court
    Middlesex.clerksoffice@jud.state.ma.us (Court Clerk)

**Steve Pelland (Officer)**
**Salvi LaVita (Officer)**
**Shiloh Clark (Officer)**
**Christopher Picco (Officer)**
**Officer_Name1 (Officer)**
**Officer_Name2 (Officer)**
**Michael Lee (Officer)**
**Benjamin Woodward (Officer)**
**Guivenson Brizard (Officer)**
**Josh Graciale (Officer)**
**Matt Orr (Officer)**
**Michael Fitzgerald (Officer)**
**Benjamin Moffett (Officer)**
**David Clark (Chief of Police)**
**Christine Amendola (Deputy Chief of Police)**
    % Reading Police Department (RPD) ⟨Reading⟩
    https://www.readingma.gov/179/Police-Department
    lgemme@ci.reading.ma.us (Laura Gemme, Town Clerk)

**Zachary Hillman (Judge)**
~~**Paul McDonald (Magistrate)**~~ *[deceased]*
**Kathleen McKeon (Magistrate)**
**Julie Fedele-MacDonald (Magistrate)**
**Julie Veno (Magistrate)**
**Joseph Hurley (Judge)**
**Jennifer Queally (Judge)**
**Marianne Hinkle (Judge)**
    % Woburn District Court ⟨MA⟩
    https://www.mass.gov/locations/woburn-district-court
    cmwoburndc@jud.state.ma.us (Court Clerk)

**Rachel Shute (ADA)**
**Graham Van Epps (ADA)**
**Intern_Name (Intern)**
**Nick Pisegna (ADA)**
**Marian T. Ryan (D.A.)**
**Julian Gelly (ADA)**

**Emily Acritelli (ADA)**
**Mariadela Villegas-Barrientos (ADA)**
**Thomas Ralph (ADA)**
**Timothy Ferriter (ADA)**
   % Middlesex D.A.'s Office (MDAO) ⟨Middlesex, MA⟩
   https://www.middlesexda.com
   https://www.middlesexda.com/home/webforms/contact-us (webform)

**Louis Castro (Officer)**
**Connor McGrath (Officer)**
**Gregory Post (Officer)**
**Brian McManus (Officer)**
**Jeffrey Carreau (Officer)**
**Joyce Marino (Officer)**
**Dennis Clough (Officer)**
**Kyle Pangallo (Officer)**
**Pierre Pires (Officer)**
**Guard_Name1 (Officer)**
**Guard_Name2 (Officer)**
   % Woburn Police Department (WPD) ⟨Woburn⟩
   https://woburnma.gov/government/police
   police@woburnpd.com (WPD Clerk)

**Mary Heffernan (Judge)**
**Henry Schultz (Magistrate)**
**Bill Mitchell (Chief Probation Officer)**
**Sarah Mead (Probation Officer)**
**Michael Fabbri (Judge)**
**Casey Berlo (Magistrate)**
**Lawrence Okstein (Magistrate)**
**Ellen Caulo (Judge)**
**Jon Chalmers (Probation Officer)**
**Juror_Name1 (Juror)**
**Juror_Name2 (Juror)**
**Juror_Name3 (Juror)**
**Juror_Name4 (Juror)**
**Juror_Name5 (Juror)**
**Juror_Name6 (Juror)**
**Juror_Name7 (Juror)**
**Megan Rodriguez (Chief Probation Officer)**
**Dave Collins (Asst. Chief Police)**
   % Newton District Court ⟨MA⟩
   https://www.mass.gov/locations/newton-district-court
   cmnewtondc@jud.state.ma.us (Court Clerk)

**Ariane Vuono (Judge)**
**Eric Neyman (Judge)**
**Andrew D'Angelo (Judge)**
  ℅ MA Appeals Court ⟨MA⟩
  https://www.mass.gov/orgs/appeals-court
  AppealsCtClerk@appct.state.ma.us (Court Clerk)

**Sara Concannon DeSimone (CIU Director)**
**First Assistant District Attorney (CIC Member)**
**Chief of Appeals (CIC Member)**
**Chief of the Cold Case Unit (CIC Member)**
**Chief of Homicide (CIC Member)**
**Senior Trial Counsel (CIC Member)**
**Senior Appellate Counsel (CIC Member)**
**Regional Chief, Cambridge (CIC Member)**
**Regional Chief, Malden (CIC Member)**
**Regional Chief, Framingham (CIC Member)**
**Regional Chief, Lowell (CIC Member)**
**Chief of Child Abuse (CIC Member)**
**Chief of Elder and Disabled Abuse Unit (CIC Member)**
**Chief of Special Investigations Unit (CIC Member)**
  ℅ Conviction Integrity Unit (CIU) ⟨MA⟩
  https://www.middlesexda.com/beyond-courtroom/pages/conviction-in-
    tegrity-unit
  MDAOConvictionIntegrity@state.ma.us (CIU Director)

**Kimberly S. Budd (Judge)**
**Frank M. Gaziano (Judge)**
**Scott L. Kafker (Judge)**
**Dalila Argaez Wendlandt (Judge)**
**Serge Georges, Jr. (Judge)**
**Elizabeth N. Dewar (Judge)**
**Gabrielle R. Wolohojian (Judge)**
  ℅ MA Supreme Judicial Court (SJC) ⟨MA⟩
  https://www.mass.gov/orgs/massachusetts-supreme-judicial-court
  SJCCommClerk@sjc.state.ma.us (Court Clerk)

**Philip Arnel (Lawyer)**
  355 Providence Highway (Route 1), Suite 100
  Westwood MA 02090-1909
  (781) 493-6490
  https://www.arnellaw.com
  philiparnel@arnellaw.com

**Bradley H. Jones, Jr. (MA House Representative)**

24 Beacon St., Room 124

Boston MA 02133

(617) 722-2100

Bradley.Jones@mahouse.gov

**Town of Reading MA**[186]

Reading Town Hall

16 Lowell St.

Reading MA 01867

(781) 942-9001

https://www.readingma.gov

https://en.wikipedia.org/wiki/Reading,_Massachusetts

lgemme@ci.reading.ma.us (Laura Gemme, Town Clerk)

**City of Woburn MA**[(186)]

Woburn City Hall

10 Common St.

Woburn MA 01801

(781) 897-5800

https://woburnma.gov

https://en.wikipedia.org/wiki/Woburn,_Massachusetts

lhiggins@cityofwoburn.com (Lindsay Higgins, City Clerk)

---

[186] *(i)* **It is universally recognized that *all public servants/employees* (be they state- or local/county/municipal-based), if/while they are "on-duty" (i.e., acting in official capacity, or performing official duties "as if" acting in official capacity), are indeed "'*state agents/actors*' acting '*under color of state law*'" for the purposes of §1983 actions.** *Monroe v. Pape,* 365 U.S. 167 (1961); *Lugar v. Edmondson Oil Co.,* 457 U.S. 922 (1982); *West v. Atkins,* 487 U.S. 42 (1988).

*(ii)* However, as a general rule, **states themselves** (here, MA) *(ii')* enjoy Constitutional (11th Amendment) **state sovereign immunity,** protecting them from suits for *monetary* (as opposed to *injunctive,* see ¶123(ii,ii")) relief/damages — *unless they **consent*** (*Quern v. Jordan,* 440 U.S. 332 (1979); *Edelman v. Jordan,* 415 U.S. 651 (1974)). **WHICH (CONSENT) WE HEREBY REQUEST.** Also, *(ii")* **states themselves** *are not* **"§1983 'persons'"** (*Will v. Michigan Department of State Police,* 491 U.S. 58 (1989)).

*(iii)* **Local/county/municipal governments,** on the other hand, *are* **"§1983 'persons',"** per *Monroe v. Pape* (item (i) above) and *Monell v. Dept. of Social Services,* 436 U.S. 658 (1978) — provided their agents' acts result from governments' **policy, custom, and/or lack/neglect of training —** **WHICH WE DO HEREBY CHARGE.** *(iii') **Further unto that:*** Just look at the *sheer number of Defendants* involved in this case (this Add. A), and ask yourself: How likely is it that any sane jury, presented with this Complaint's facts/evidence/laws, will be persuaded that such a quantity of people were **merely/simply/innocently** *accidentally/coincidentally,* and ***independently*** (i.e., *non-conspiratorially (cf. ¶118 paraphrase) oblivious of one another*), "pulling their oars in the same direction?" — as opposed to, **organizational blind-eye** toward its agents'/employees' overall quality, and training/commitment to standards-conforming public-service/sacrifice??

**City of Newton MA**[186]

City Hall Auditorium and War Memorial

1000 Commonwealth Ave.

Newton Centre MA 02459

(617) 796-1000

https://www.newtonma.gov

https://en.wikipedia.org/wiki/Newton,_Massachusetts

dwillison@newtonma.gov (Drew Willison, City Clerk)

**County of Middlesex MA**[186]

*(Detailed contact information currently unknown; may not "exist")*

https://middlesexcountywebsite.com

https://en.wikipedia.org/wiki/Middlesex_County,_Massachusetts

**State of MA**[186]

*(Detailed contact information currently unknown)*

Executive Offices of the MA State Government

MA State House

24 Beacon St., Room 280

Boston MA 02133

https://en.wikipedia.org/wiki/Government_of_Massachusetts

# ADDENDUM B
# (PSEUDO-)HARASSMENT CASE
# COMPLAINT / AFFIDAVIT / HPO

The three documents in this Add. B were written/dated/filed/issued on **Mon–Tue Jan 17-18 2022** (I received them at the dates stated here):

*(i)* **Harassment Complaint** (p. 99), written by Haleys, presented to a Superior Court (Woburn) clerk (name illegible). See ¶24. I received it only *much later,* as part of discovery, on Aug 2 2023.

*(ii)* **Harassment Affidavit** (p. 100–101), written by Haleys, accompanying that Complaint. See ¶30. I received it on Jan 24 2022.

*(iii)* **Harassment Prevention Order (HPO)** (p. 102), issued by Judge Mulligan, witnessed by clerk Martha Brennan. See ¶24. I received it on Jan 18 2022.

As we all now know (as indicated herein *passim,* and as was finally officially adjudged by the Superior Court Judge, Budreau, ¶40), all these materials are **utterly/facially bogus/false *ab initio*** — they **"don't even come close"** (in Budreau's own words) to satisfying *basic Ch. 258E entrance criteria* (glaringly, "fighting words or true threats," per First Amendment, see ¶36). For **this reason and *many more*** (§III–V), the Harassment Case was a ***fraud/hoax from its very conception*** (but many co-Conspiring Defendants joined the fraud/hoax nonetheless). **Notably:** the Affidavit's 2nd–3rd bullet-points contain **egregious blatant lies,** as explained in fn. 91.

*Terminology notice:* Due to my unfamiliarity with the legalities of this Add. B's materials at the time of events, in my earlier writings (preceding the filing of this instant Complaint) I spoke/wrote of the (Pseudo-)Harassment's "Complaint+Affidavit" incorrectly, conflating/confusing the Complaint with the HPO (items (i)+(iii) in this list) — whereas, I *should* have called that "HPO+Affidavit" instead. I have corrected the terminology in this Complaint, wherein the terminology "Complaint+Affidavit" now correctly refers to items (i)+(ii) in this list.

| COMPLAINT FOR PROTECTION FROM HARASSMENT<br>G.L. c. 258E | DOCKET NO. *(for court use only)*<br>22-268 | Massachusetts Trial Court |
|---|---|---|

**A** | ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT | ☐ JUVENILE COURT | ☑ SUPERIOR COURT | DIVISION |

**B**

NAME OF PLAINTIFF *(person seeking protection)*

Autumn Haley

NAME OF DEFENDANT *(person accused of harassment)*

Walt Tuvell

**C**

I am: ☐ 18 or older ☐ 17 ☑ 16 or younger
The Defendant is: ☑ 18 or older ☐ 17 ☐ 16 or younger

☑ I am under the age of 18 and Chris Haley,
my Father *(relationship to Plaintiff)*,
has filed this Complaint for me.

Are there any prior or pending actions involving the plaintiff and the defendant, including any court actions or administrative or disciplinary proceedings? ☑ NO ☐ YES
*If so, list court or organization, type of action, date and docket no. (if available).*

**D**

I SUFFERED HARASSMENT WHEN:

☑ on or about *(dates)* 4/15/21 – 1/13/22 the Defendant committed 3 or more acts of willful and malicious conduct aimed at me which were committed with the intent to cause fear, intimidation, abuse or damage to property and did in fact cause fear, intimidation, abuse or damage to property.

☐ on or about *(date)* _____ the Defendant by force, threat or duress caused me to involuntarily engage in sexual relations.

☐ on or about *(date)* _____ the Defendant committed against me an act that constitutes a violation of one of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

FILED
IN THE OFFICE OF THE
CLERK OF COURTS
FOR THE COUNTY OF MIDDLESEX

JAN 18 2022

*[signature]*
CLERK

**E**

THEREFORE, I ASK THE COURT:

☑ 1. to order the Defendant not to abuse me by physically harming me, attempting to physically harm me, or placing me in fear of imminent serious physical harm, and to stop harassing me (1) by any willful and malicious conduct aimed at me and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make me engage in sexual relations unwillingly, or (3) by committing against me any act that constitutes a violation of any of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

☑ 2. to order the Defendant not to contact me, unless authorized to do so by the Court.

☑ 3. to order the Defendant to remain away from my residence *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM)*.

☑ 4. to order the Defendant to remain away from my workplace *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM)*.

☐ 5. to order the Defendant to pay me $ _____ in compensation for the following losses suffered as a direct result of the harassment:

_____
_____
_____

☑ 6. to order the relief I have requested, except for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of harassment. I understand that, if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in court on that day if I wish the Order to be continued.

| Please complete the AFFIDAVIT on the reverse of this page, the PLAINTIFF CONFIDENTIAL INFORMATION FORM, and the DEFENDANT INFORMATION FORM. | DATE<br>1/16/22 | PLAINTIFF'S SIGNATURE<br>x *[signature]* |
|---|---|---|

This is a request for a civil order to protect the Plaintiff from future abuse or harassment. The actions of the Defendant may also constitute a crime subject to criminal penalties. For information about filing a criminal complaint, you may talk with the District Attorney's Office for the location where the alleged harassment occurred.

HA-1 (8/10)

COURT COPY

JJ-268

| **AFFIDAVIT** | Describe in detail the most recent incidents of harassment. If the harassment consisted only of conduct that was willful and malicious, but was not a violation of the listed criminal statutes, you must describe at least three separate incidents of such harassment. The Judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also describe any history of harassment, with as much of the above detail as possible. Note: Unless the Court allows a motion to impound, this affidavit will be public record, including any names or specific addresses included in the affidavit. |
|---|---|

On or about: 04/15/2021 _(date)_, the Defendant:

• 4/15/21 an update was published on a website (Readingma.us) owned by the Defendant, contained links to emails obtained from Reading Public Schools via a public records request ("PRR request") emailed to the Defendant from a 3rd party. Included in these emails were unredacted emails containing my daughter Autumn's confidential medical information and the confidential medical information of other Reading Public Schools children. The former Superintendent reached out to the Defendant on 4/17/21 to have them removed, because some of the emails that were released contained confidential information that should never have been released, because there was no parental consent to release that confidential information. The former Superintendent explained to Defendant that the un-redacted emails were released in error.

• 5/1/21 the files on Defendant's website were finally redacted to remove some of the confidential information, but only after 2415 people had an opportunity to download those files that contained confidential information. In doing the redaction, the Defendant completely blacked out my daughter's name and medical condition. This matters later in the dates below.

• 7/22/21 – 8/9/21 between those dates, the Defendant changed my daughter's redaction to expose certain information – again. Specifically, the Defendant went from completely blacking out both her name and the reference to her Neuropsychiatric Evaluation, to changing the redaction such that only her name was blacked out. The Defendant, thus maliciously un-redacted the Neuropsychiatric Evaluation which was previously redacted. Effectively, this again revealed confidential information, namely a Neuropsychiatric Evaluation that could easily be linked to my daughter by name, because it was only one of three redactions made.

• 8/9/21 the Defendant sent an email to the email addresses of the Reading Select Board email (I am a member of that board), the Reading School Committee and over a dozen other BCC'd individuals, where this BCC group ranges from Reading residents to local newspapers. This email related to my discussion at the 7/22/21 School committee meeting, regarding the above-mentioned release of confidential emails. The Defendant, in his email, expressly informed all recipients about my daughter's medical condition being 1 of 3 recently unredacted emails on his website and referenced the 3 medical conditions by name. While it is difficult to understand the Defendant's motivation in any of his actions, it appears that the Defendant's deliberate "un-redaction" of my daughter's medication condition on his website, which he had previously left redacted, was with a specific purpose. For example, the Defendant might have done so in response to my speaking at the 7/22/21 school committee meeting. The Defendant also might have "un-redacted" the information he had previously redacted, to fit the narrative he put in his email to over a dozen people on his BCC list. Upon information and belief, my daughter's name and medical condition sat completely redacted on Defendant's website from 5/1/21 (as noted above) until sometime between 7/22/21 and 8/9/21, the date Defendant sent the email.

• 8/13/21 I received a letter from the current Superintendent of Reading Public Schools addressed to the Parents/Guardian of Autumn Haley, my daughter.

• 8/20/21 the Defendant sent an email to the newspaper, containing a link to the email described above from the 8/9/21 bullet. I had to call the newspaper to have them remove the link containing my daughter's medical info. It was ultimately published without the direct link to the email, but the Defendant's website was indeed in the article.

• 12/1/21 the Defendant filed a Public Records Request for the letter referenced on the 8/13/21 bullet above.

• 12/13/21 that request was fulfilled by the Superintendent but stated: "Please note that I cannot provide the attachment as those attachments are protected under state and federal student records laws and regulations."

• 12/14/21 the Defendant filed an appeal to obtain the previously denied student record attachments of my daughter and included a family photo of ours in the email chain to the numerous BCC'd recipients.

• 12/23/21 the request once again was fulfilled by the Superintendent but stated again: "I am not providing the requested attachments as I am prohibited from providing those due to the fact that they contain student specific information, and they are protected from disclosure to unauthorized third parties under state and federal student records laws and regulations."

If more space is needed, attach additional pages and check this box: ☑

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached are true.

| DATE SIGNED | PLAINTIFF'S SIGNATURE | |
|---|---|---|
| 01/17/2022 | | |
| WITNESSED BY | PRINTED NAME OF WITNESS | TITLE OF WITNESS |
| _[signature]_ | Amanda Haley | Stepmother |
| ☐ If this box is checked, this form was completed by a police officer with information provided by the Plaintiff. | SIGNATURE OF OFFICER | PRINTED NAME/TITLE OF OFFICER |

| I have transcribed the above affidavit for the Plaintiff. | | |
|---|---|---|
| TRANSCRIBER'S SIGNATURE | PRINTED NAME OF TRANSCRIBER | ☐ Court Certified Interpreter<br>☐ Court Screened Interpreter<br>☐ Other:<br>☐ Remote Translation via Telephone/Video |

04/15/2020

- **12/23/21** the Defendant filed another appeal to obtain the now twice denied student record attachments of my daughters and sent the communication to the numerous BCC'd recipients.

- **1/5/22** the request was again fulfilled by the Superintendent but stated: *"the information that I have withheld in each instance is confidential, identifiable, student record information and if I were to provide this document in an unredacted form, it would be in violation of state and federal student record laws and regulations."*

- **1/13/22** the Defendant filed an appeal to the Supervisor of Public Records at the Secretary of State to obtain unredacted copies of my daughter's student records.

The Defendant has clearly exhibited a pattern of an unhealthy and an unnatural attraction to my daughters private medical and student records. In addition, the Defendant has been documenting all of this on his website and through email to numerous residents and newspapers. I have been in contact with the Reading Police department regarding this entire ordeal and even had a police detail at a previous Select Board meeting because of harassment in an unrelated email. Our family wants our daughter and her information to be left alone by the Defendant. As a parent, I am frightened about why a 73-year-old stranger in this community, is repeatedly seeking out the private student information of my 9-year-old daughter and sharing pictures of her with strangers in the community. We've endured numerous sleepless nights due to fear and intimidation by the Defendant and worrying what is going to happen next because things keep on escalating.

01-18-'22 13:10 FROM-                                          T-155  P0002/0007  F-124

| HARASSMENT PREVENTION ORDER | DOCKET NO. | Massachusetts Trial Court |
|---|---|---|
| G.L. c. 258E | 22-268 | |

**PLAINTIFF'S NAME**
Autumn Haley

**COURT NAME & ADDRESS**
Middlesex Superior Court
200 Trade Center. 2nd Floor
Woburn MA 01801

**DEFENDANT'S NAME AND ADDRESS**
walt Tuvell
836 Main St
Reading, MA 01867

**ALIAS, IF ANY**

**DATE OF BIRTH** 6/19/47   **SEX** ☒ Male  ☐ Female

**PLACE OF BIRTH**

**MOTHER'S MAIDEN NAME (FIRST & LAST)**

**SOCIAL SECURITY NO.**   **DAYTIME PHONE NO.** 781 475 7254   **FATHER'S NAME (FIRST & LAST)**

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A.  THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☐ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____  Police Officer _____

☒ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** by (1) committing three or more acts of willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 23, 24, 24B), enticing a child (§ 26C), criminal stalking (§ 43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c.272, §3).

☒ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF** either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least **100** yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ 3. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE** located at **71 Tennyson Rd, Reading MA 01867** and wherever else you have reason to know the Plaintiff may reside.

☐ If this box is checked, you are also **ORDERED** to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☐ 4. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE** located at _____

and wherever else you have reason to know the Plaintiff may work.

☐ 5. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20 ___  ☐ by mailing directly to the Plaintiff. ☐ through the Court.

☒ 6. Defendant shall immediately cease posting any information on the internet regarding Plaintiff

**B.  NOTICE TO LAW ENFORCEMENT**

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☒ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.
☐ 4. Outstanding warrants for the Defendant's arrest: PCF No. _____ Docket No(s). _____
☐ 5. An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

| DATE OF THIS ORDER | TIME OF THIS ORDER | EXPIRATION DATE OF THIS ORDER | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|
| 1.18. 2022 | 12:10 ☐A.M. ☒P.M. | 1.24. 2022 at 4 P.M. | x Maureen Mulligan |

**NEXT HEARING DATE** 01/24/22  at 8  ☐ A.M. ☒ P.M. in Courtroom 740

**FIRST OR CHIEF JUSTICE**

**WITNESS:**

A TRUE COPY ATTEST: X _____

**CLERK-MAGISTRATE/ASST. CLERK**

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

HA-2 (5/10)

COURT COPY

# ADDENDUM C
# (PSEUDO-)HARASSMENT CASE
# TERMINATION/VACATION ORDER

See ¶40, and fn. 71.

*24*

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

**SUPERIOR COURT
CIVIL ACTION
No. 2281CV268**

### AUTUMN HALEY
#### Plaintiff

vs.

### WALTER TUVELL
#### Defendant

### ORDER TERMINATING M.G.L. CHAPTER 258E HARASSMENT ORDER

After further consideration of the underlying order in this case and hearing with both parties present, this Court terminates the harassment order issued by this Court on February 9, 2022. As grounds, this Court finds that the evidence presented by Plaintiff did not establish by a preponderance of the evidence that Defendant's conduct toward the minor Plaintiff constituted "fighting words" or "true threats" as required by *Kareem v. Ida I.*, 100 Mass. App. Ct. 902 (2022) At the request of the minor's parent, this Order is stayed until 4 p.m. on May 2, 2022.

So Ordered,

Dated: May 2, 2022

The Honorable James H. Budreau,
Associate Justice, Superior Court

1

# ADDENDUM D
# (PSEUDO-)HARASSMENT CASE
# "APR 29/26" (DOUBLE-)ORDER

See ¶41, and fn. 147. We call this a "(double-)order" because it consists of the two dated (paper) orders stapled together, back-to-back.

The reader is well-advised to take this (double-)order with a vary large grain of salt, not only for its overall illegality (lack of legal basis, as discussed throughout this Complaint), but also because it contains a number of *provably false* self-serving statements **(baldfaced lies)** (the proof of falsity resides in court records, esp. audio recordings/transcriptions of court hearings), both in its main clauses (see e.g. fn. 147), and in its footnotes (see e.g. fn. 91). Hence, it amounts to **Defamation** (¶9(x)), since Budreau's lies reside in official/public court records, known to be actually communicated to others (not just myself), including the Haleys and court personnel.

In retrospect, Budreau's (pseudo-)resolution of the Autumn/(Pseudo-)Harassment affair against me — namely, simultaneously:

> (i)    *voiding/annulling* the (Pseudo-)Harassment case *per se,*
>
> while also
>
> (ii)   (pseudo-)ordering me to *not-speak/publish* anything *about* the Autumn/(Pseudo-)Harassment affair

— can be characterized as, and had the effect of, a *bizarre/grotesque/ Kafkaesque* **UCD** (fn. 128) **Catch-22**[187] (see ¶42,114), thusly:

> (i′)   you did absolutely **nothing wrong** — so **you *do* have** the sacred **MOPICS FRP** (fn. 1) **right** to speak/publish anything (fair) you want about the (false) Autumn/(Pseudo-)Harassment affair;
>
> but
>
> (ii″)  ***if* you *do*** speak/publish something, we'll (pseudo-)punish you (for (Pseudo-)Contempt of the (false/invalid) Apr 29/26 (Double-)Order *per se*).

---

187  https://en.wikipedia.org/wiki/Catch-22_(logic).

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2281CV268

AUTUMN HALEY
Plaintiff

vs.

WALTER TUVELL
Defendant

## ORDER IMPOUNDING THE CASE AND ALL TAPED OR RECORDED PROCEEDINGS

This Court issued an Ex-Parte Order Pursuant to Rule 3(a) of the Rule Uniform Rules of Impoundment Procedure of the Massachusetts Trial Court Rules ("URIP") and held an in-camera hearing on April 29, 2022 to determine whether good cause existed to extend the ex-parte impoundment order issued on April 26, 2002 pursuant to URIP and Rule 7(b). After hearing from the parties and testimony from the father of the minor Plaintiff and consideration of the factors required to find good cause pursuant to Rule 7(b) of URIP, this Court finds by clear and convincing evidence that there is good cause to extend the ex-parte impoundment order until April 1, 2030[1], given the Defendant's conduct, the father's testimony, the confidentiality provisions of c. 258E, § 10 (harassment case involving a minor) and Plaintiff's status as a nine year old minor. In reaching this decision, this Court (1) adopts and incorporates the facts and legal findings stated in the attached Ex-Parte Order Impounding The Case Record and All Taped Proceedings Including Copies and entered on April 26, 2022 (Paper #19); (2) credits the Plaintiff's father's testimony that the nine year old minor is being treated by a psychologist for

---

[1] This is the date when the minor turns 18.

1

emotional distress caused by the Defendant's online posting of her confidential information and the taped hearings from this case; and (3) Defendant's assertion that he is not only presently in violation of the Court's April 26th ex-parte impoundment order (Paper #19), but intends to continue violating this Court's orders as he has done in throughout this case.

This Order is issued pursuant to this Court's superintendent powers, the URIP Rules including but not limited to URIP Rule 3 and 7 and the grounds stated above.

So Ordered,

Dated:  April 29, 2022

The Honorable James Budreau,
Associate Justice, Superior Court

2

19

## COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.

SUPERIOR COURT
CIVIL ACTION
No. 2281CV268

AUTUMN HALEY
**Plaintiff**

vs.

WALTER TUVELL
**Defendant**

## EX-PART ORDER IMPOUNDING THE CASE RECORD AND ALL TAPED PROCEEDINGS INCLUDING COPIES

Pursuant to the Uniform Rules of Impoundment Procedure of the Massachusetts Trial Court Rules ("URIP"), this Court sua sponte impounds the record including, but not limited to, (a) all submissions by the parties and (b) all Court orders, records and taped recordings of proceedings and hearings in the case to date, including the instant Order. This Order extends to any copies made of the recordings or records received from the Court. As grounds for this Order, the Court finds that that immediate and irreparable harm may result to the Plaintiff if this Order is not put into effect immediately pending a hearing on this matter which is scheduled for April 29, 2022. At that time, a hearing will be conducted to determine if good cause exists to continue the impoundment Order. URIP Rule 7(a), (b). As grounds for this Order, this Court finds:

1.  The Plaintiff in said case is a nine (9) year old minor whose father filed a complaint for harassment on her behalf. Given her minor status, she is protected by G.L. c. 258E, § 10, which provides that the identity of the minor and the records of the case

1

shall remain confidential from the public.[1]   A hearing was held on the harassment complaint in February 2022 and this Court issued an order prohibiting Defendant from harassing Plaintiff any further.[2] Defendant appealed and the Clerk's Office provided Defendant with the tapes after giving him notice that the tapes of the proceeding were impounded and that they should only be used for appellate purposes. Despite this notice and without seeking clarification or filing a motion for reconsideration from the Court, Defendant posted these tapes on his website for public consumption.

2. This Court's prior orders and repeated notice to Defendant that that the record and proceedings from this case were either impounded or confidential pursuant to G.L. c. 258E have proven ineffective. Defendant continues to defy these orders and has published the identity, records and taped proceedings from the minor's case on-line and through emails to friends and associates. Defendant has not only willfully ignored the spirit of this confidentiality provision in G.L. c. 258E and this Court's orders,[3] but appears unmoved by potential civil contempt proceedings and the potential liability for privacy violations pursuant to G.L. c. 214, § 1.

---

[1] Presumably, the Legislature put this confidentiality provision in this harassment statute because (a) minors are more-vulnerable to embarrassment or abuse; and (b) disclosure of such records to the public would have a chilling effect on juveniles and parents who are in need of help. See *Commonwealth v. Pare*, 427 Mass. 427 (1998)

[2] It should not be forgotten that the Defendant published private information about the minor's mental health background on a community blog he writes. Defendant received this information from a third party after it was inadvertently released by the minor's school in a public records response. The information was clearly private and confidential and should not have been released. Defendant initially took it down at the school's request but then republished the information.

[3] Defendant has refused to comply with this Court's orders on the grounds that they are unlawful and violate his First Amendment rights. It is worthwhile noting that all orders by a Court, even those that are subject to future reversal on appeal, are valid until they are vacated, terminated or revised. These issues will be dealt with at a future hearing.

2

3. Defendant has also attempted to secretly tape at least one in court proceeding in this case and one proceeding conducted by Zoom. These actions are a violation of Court rules. See *Vasquez Diaz v. Commonwealth*, 487 Mass. 336, 353 (2021) ("In the case of a virtual hearing, only the forum has been adjusted, not the prospective audience. Accordingly, such a hearing does not amount to a constitutional closure.") and S.J.C. Rule 1:19(1)

4. Defendant's refusal to comply with the Clerk's Office's notice, court rules and this Court's orders together with the confidentiality provisions of G.L. c. 258E, § 10 demonstrates that nothing less than an impoundment order will protect the privacy and confidentiality of the Plaintiff minor. This Order is issued ex-parte as Defendant's conduct demonstrates that failure to do so may result in immediate and irreparable harm to the minor Plaintiff. URIP Rule 3(a).

5. An in-camera hearing shall be held on April 29, 2022. This Court finds that there is good cause to hold this hearing in camera for the reasons stated above and after weighing all the factors identified in URIP Rule 7(b).

Whereas the Court finds that the minor Plaintiff's confidentiality may be immediately and irreparably harmed without this impoundment order for the above reasons. This Order immediately impounds the court record including all taped proceedings and copies thereof subject to the outcome of the hearing scheduled for April 29, 2022 to determine if there is good cause at that time to extend this Order. Defendant is ordered to (a) immediately remove from his website or other public forum any and all impounded records and taped proceedings or facsimile thereof that were originally obtained from the Court and (b) cease and desist publishing

3

and/or distributing and/or reproducing any part of the case record in any form to third parties or

entities until said Order is terminated.

So Ordered,

Dated: April 26, 2022

The Honorable James H. Budreau,
Associate Justice, Superior Court

4

# ADDENDUM E
## (PSEUDO-)CONTEMPT/WIRETAPPING CASES PROBATION ORDER

See ¶96. Fabbri here focuses his language primarily on *(i)* "postings on websites," *but* I cautiously understood (and still understand) that to be conflated-with/extrapolated-to "any Internet" (including email, recalling the inanities of ¶27,29). Fabbri also focuses his attention on *(ii)* Budreau's Apr 29/26 (double-)order (Add. D), but caution again insists (noting that Fabbri specifies Budreau's "Mar/Apr" orders) that *(ii′)* Budreau's other orders are also covered (whether or not they were supposedly rescinded by Budreau's ¶40 annulment, given that Fabbri refused to honor the usual concepts of annulment (fn. 100,101,etc.)), *(iii)* as are other orders (of Mulligan, Hurley, Queally), which themselves weren't explicitly/formally rescinded (though *implicitly* (per law) they too were invalid when issued, as was *everything* in all these affairs) — *(iv)* all of which orders were, *in toto,* extensive/expansive enough to **"forbid saying anything, by any means, at any time, to anybody"** (*Faux*Tenet #2, ¶10).[188] These cautious interpretations were not-unreasonable, based on the history of these affairs in the large, given how Fabbri's "no-contact" clause (Add. E item #15) was indeed so beyond-the-pale falsely/tortiously interpreted by the conspirators (§XIII).

The second page of this Order (referred to as "notices on the back" in its signature block) is irrelevant to this Complaint, and omitted here.

---

[188] It is because of considerations like these that I initially (until I studied The Law and learned better) interpreted Mulligan's **triply-underlined "any"** (see fn. 81) so as to forbid my communicating about these matters even with *(i) lawyers* (thus disallowing me the ability to fight the (Pseudo-)Harassment charge), and *(ii)* wife/family (thus disallowing psychological/moral support too). Yes, of course that's outrageously authoritarian/unconstitutional; but as real-life events have proven, it was indeed a reasonable/justified (not an exaggerated/"paranoid") interpretation, because these insane judges did in actual fact really mean it that way, and implemented it (cf. esp. the "no-contact" fiasco of §XIII).

| ORDER OF PROBATION CONDITIONS<br>UPON FINDING OF GUILTY OR SUFFICIENT FACTS | Court Division:<br>Newton District Court | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| Probationer's Name:<br>Walter Tuvel PCF# 5575013 DOB: 6/19/47 | Disposition:<br>(37)1. Guilty Probation | ☒ Risk/Need or OUI Supervision<br>☐ Administrative Supervision |
|---|---|---|

| Docket No(s). in which Probation Ordered:<br>2312CR00037 & 2312CR000038 | 2. Guilty Probation<br>(38)1. Guilty Probation | Probation Start Date:<br>10/19/23 | Probation End Date:<br>10/17/25 |
|---|---|---|---|

**TO THE ABOVE-NAMED PROBATIONER:** You are hereby placed on probation by this Court. Unless you are excused by your probation officer, you must appear in court on the probation end date indicated above, at which time a report on your progress will be made. If you fail to appear on that date or any other date required, a warrant may be issued for your arrest.

### GENERAL CONDITIONS OF PROBATION (You must comply with items 1 - 6 unless struck by judge)

1. Obey all court orders and all local, state and federal laws, including any support order as defined in G.L. c. 119A, § 1A.
2. Report to your probation officer at such times and places as he or she requires, and make no false statements to your probation officer.
3. Notify your probation officer within 48 hours if your change residence or employment.
4. Submit a DNA sample, if required to do so by law, as instructed by a probation officer.
5. Register with the Sex Offender Registry, if required to do so by law.
6. Sign all releases necessary for supervision and verification of compliance.

### (You must also comply with items 7 - 9 if "Risk/Need or OUI Supervision" is checked above)

7. Allow the probation officer to visit, with or without notice, wherever you may be.
8. Report to your probation officer within 48 hours after you are released from any incarceration.
9. Do not leave Massachusetts unless you get the express permission of your probation officer or the court.

### SPECIAL CONDITIONS OF PROBATION (You must comply with all items checked below and all payment ordered)

10. ☐ **EMPLOYMENT/SCHOOL:** Remain employed or make reasonable efforts to obtain employment or attend school.

11. ☐ **SUBSTANCE USE EVALUATION/TREATMENT:** As directed by the probation officer, and subject to review by a judge on request, submit to and successfully complete any substance use evaluation, treatment and aftercare at a non-residential program
☐ and/or a residential program.

12. ☐ **DRUG/ALCOHOL TESTING:** No ☐ illegal or unprescribed drugs ☐ alcohol ☐ unprescribed marijuana/THC. Submit to random testing.

13. ☐ **MENTAL HEALTH EVALUATION/TREATMENT:** ☐ Submit to evaluation ☐ Comply with treatment and take medication as prescribed. _Do not post anything from trial regarding Autumn Haley to your or any website_

14. ☐ **SPECIFIC PROGRAMS:** Complete the following program(s), including any aftercare ☐ Anger Management _within scope of_
☐ Driver Alcohol Education (G.L. c. 90, § 24D) ☐ 14-Day Residential Driver Alcohol Education _J. Boudreau's orders of_
☐ Intimate Partner Abuse Education Program ☐ Other _____ _March |April ∩ 2022_

15. ☒ **HAVE NO CONTACT WITH:** ☒ and **STAY** (distance) 10 feet _____ **AWAY FROM** (names) Chris Haley & his immediate family

16. ☐ **HOME CONFINEMENT:** Submit to home confinement and electronic monitoring until _____ as ordered.

17. ☒ **OTHER CONDITIONS:** Stay away from Chris Haley's property and away from his children's schools, remove anything/on/linked to

18. Make all **FINANCIAL PAYMENTS** and perform community service monthly as listed below by end date of Probation unless otherwise ordered by the court. _website regarding Autumn Haley_

| Type | Amount | Due Date And/Or Terms | Type | Amount | Due Date And/Or Terms |
|---|---|---|---|---|---|
| Probation Fee & Surcharge | | monthly | Counsel Fee/Contribution | | _that has been impounded by_ |
| Default Warrant Fee | | | OUI § 24D State Fee | | _10/26/23 4³⁰pm and don't_ |
| Default Warrant Arrest Fee | | | OUI Victims Assessment | | _repost any impounded information_ |
| Court Costs | | | Head Injury Assessment/Surfine | | |
| Fine/Surfine/Civil Assessment | | | Drug Analysis Fee | | |
| Restitution | | see restitution order | Abuse Education Assessment | | |
| Victim/Witness Assessment | $90 | | Community Service | | |

| SIGNATURE OF PROBATIONER: I have read and understand the conditions of probation including the notices on the back. If I violate any such condition it may result in my arrest, revocation of probation, entry of a guilty finding (if not already entered), and the imposition or execution of sentence. I have received a copy of this Order.<br>_WE Tuvel_    date: _10/24/23_ | SIGNATURE OF JUDGE: _MICHAEL FABBRI_<br>date: _10/24/23_ |
|---|---|
| SIGNATURE OF INTERPRETER, if any: I have translated the front and back of this document to the probationer prior to his/her signature.<br>date: _____ | SIGNATURE OF WITNESSING PROBATION OFFICER:<br>_Sarah Mead_    date: _10/24/23_ |

DC-CR-27(Rev. 10.23.19)    Page 1 of 2

# ADDENDUM F
# (PSEUDO-)VIOLATION OF PROBATION CASE
# PROBATION ORDER

See ¶114.

This Add. F's Probation Order $\ell$. 16 (bogus)[189] requirement for "mental health treatment" was indeed satisfied, during the period May 23 2025 – Dec 9 2025, as attested by the Cambridge MA psychiatrist I consulted (Dr. Andrew Clark M.D., who provided a "Dr.'s note" to this effect); at which time it was determined/declared that "I was not the crazy one" (paraphrase) (as if there were ever any doubt); and that I did fully comply with all his treatment recommendations (including psycho-medication); and that treatment was terminated by mutual agreement, without recommendation for further psychiatric treatment. This information was presented to the Newton court's Probation Dept. on Jun 10 2026 (¶116), and accepted by them as having fully satisfied this order for "mental health treatment."

---

[189] This bogosity characterization only applies to the Court's *requirement* for mental health treatment, not to Dr. Clark himself or his treatment (whom/which I hold in the highest respect and professional regard).

**ORDER OF PROBATION CONDITIONS**

Docket: 2312CR37&38

**MASSACHUSETTS TRIAL COURT**

| Probationer's Name, PCF and Address: Walter Tuvell PCF:5575013 | Imposed as (*select one*): ☑ Risk Need ☐ Administrative ☐ OUI | Court Department: District Court Court Division: Newton District Court |

Disposition: Docket 37-G, violation found on 5/9/2025 $2000 probation to 10/17/2025
Docket 38-G, violation found probation extended to 10/16/2026

**PROBATIONER:** I acknowledge that I am hereby placed on probation by this Court. If I fail to appear on any date required, I acknowledge that a warrant may be issued for my arrest. My probation term:
☑ Begins 5/9/25 and is currently scheduled to end on 10/16/26 ☐ Upon release from incarceration or civil commitment

GENERAL CONDITIONS OF PROBATION (*I must comply with items 1-4 and, if imposed as "risk need", items 5-6 additionally*)

1. I will obey all court orders and all local, state, and federal laws including registering as a sex offender, if required by G.L. c.6, § 178E and providing DNA if convicted of a felony as defined in G.L. c. 22E, § 3.
2. I will maintain contact with my probation officer as directed and will report to my probation officer at such times and places as required.
3. I will sign all releases necessary for supervision and verification compliance.
4. I will inform my probation officer within 48 hours if I change my residence or employment. If I am incarcerated, I will report to the probation department within 48 hours after my release or on the next business day following a weekend or court holiday.
5. I will allow the probation department to visit me in my home or elsewhere.
6. I will not leave the Commonwealth of Massachusetts unless I receive permission from my probation officer or the Court.

SPECIAL CONDITIONS OF PROBATION

7. ☐ Employment / School: I will make reasonable efforts to: ☐ Remain employed or seek employment ☐ Attend or remain in school
8. ☐ Evaluation: I will submit to an evaluation by _____ and ☐ follow any court-ordered treatment ☐ Mental health ☐ Sex offender ☐ Substance use ☐ G.L. c. 90, § 24Q
9. ☐ Specific Program(s): I will participate in and complete the following program(s): ☐ Intimate Partner Abuse Education Program ☐ 14-Day Residential Driver Alcohol Education to be completed by: _____ and required aftercare ☐ Brains at Risk Program ☐ Massachusetts Impaired Driving Program (G.L. c. 90, § 24D) ☐ Anger Management ☐ Other: _____
10. ☐ Restitution: I acknowledge the total amount of loss to be _____. I will make payments as ordered on the Restitution Findings Order. The Court followed the requirements of *Commonwealth v. Henry*, 475 Mass. 117 (2016), in determining restitution.
11. ☐ Drug / Alcohol Testing: I will remain free of: ☐ Illegal or unprescribed drugs ☐ Alcohol ☐ Unprescribed marijuana/THC ☐ I will submit to ☐ Drug testing ☐ Alcohol testing ☐ Remote Alcohol Monitoring
12. ☑ Stay Away / No Contact: I will stay away from and ☑ remain a distance of ___10 feet___ from the below individuals: Chris Haley and his immediate family, stay away from Mr. Haley's property and his childrens schools I will ☐ have no (in)direct contact with ☐ not abuse _____
13. ☐ Electronic Monitoring: I will comply with GPS electronic monitoring conditions ordered on the attached "GPS Supervision Order Form". The Court determined that the Commonwealth's need for GPS monitoring outweighs the invasion of privacy, as required by *Commonwealth v. Feliz*, 481 Mass. 689 (2019).
14. ☐ Community Justice Support Center: I will comply with conditions ordered on the attached "Community Justice Support Order".
15. ☑ Fees: I will pay the following court-ordered fees: ☑ VWF: $90 ☐ Court costs: _____ ☐ Legal counsel fee: _____ ☐ OUI § 24D state fee: _____ ☐ OUI victim assessment: _____ ☐ Head Injury Assessment/Surfine _____ ☐ Other fee(s) comply with mental health treatment and take medication as directed
16. ☑ Other Conditions: remove and do not post anything from trial regarding Autumn Haley to your or any website within scope of Judge Boudreau's orders of March/April 2022 and don't repost any impounded information.

| PROBATIONER ACKNOWLEDGEMENT OF ORDER | INTERPRETER'S SIGNATURE, if any |
|---|---|
| SIGNATURE OF PROBATIONER: I have read, understand and agree to obey the above conditions of probation. I understand that if I violate any such condition it may result in my arrest, revocation, entry of a guilty finding (if not already entered) and the imposition or execution of sentence. I have received a copy of this order. | I have translated the items of this Order set forth above and the acknowledgement set forth below to the probationer prior to his/her signature. |
| x _WE Tuvell_ DATE: 5/9/25 | x _____ DATE: _____ |

| (ASSOCIATE) PROBATION OFFICER'S SIGNATURE AS WITNESS | JUDGE'S SIGNATURE |
|---|---|
| x _____ DATE: 5/9/25 | x _EM Cunr_ DATE: 5/9/25 Ent Canto 6/5/25 |

TC0102 [effective 03/2025] - Page 1 of 2