**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Walter Tuvell,**

        Plaintiff,

        V.

                                   CIVIL ACTION NO. 1:26-12088-LTS

**Christopher Haley et al.,**

        Defendants.

## ORDER OF DISMISSAL

Sorokin, D. J.


      In accordance with the Court's ELECTRONIC ORDER, Dkt. No. 21, dated July 9, 2026, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.


                                 By the Court,


7/9/2026                           /s/ Flaviana de Oliveira
  Date                               Deputy Clerk