# United States District Court
# for the
# District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

v.

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
*(and other/unknown phones/emails)*

***... et al. (see list at Complaint Add. A)***

*Defendants*

Case № **1:26-cv-12088**

PLAINTIFF'S

MOTION FOR
RECONSIDERATION
OF DKT. 21–22
(ESP. DISMISSAL)*

---

*   ☛ **Submitter's asseveration *re* the instant document's filing and structure.** ☚
This document is being filed as a **unitary/indivisible PDF** file, and is **not to be subdi-
vided/fragmented** (esp., its Addenda are *not* to be split off into separate PDFs).

# INTRODUCTION

On Thu Jul 9, our Court/judge[1] submitted two filings in this Case (both included at **Add. C** below): *(i)* **Dkt. 21,** which *(i′)* provides a number of **decisions** for this Case, and *(i″)* supplies (all of) the **rationale** for *(ii)* **Dkt. 22,** which orders the Case's **dismissal.** <u>*Everything*</u>[2] in Dkt. 21–22 is **abjectly[3] <u>false/factitious/wrong-headed/bad-faith[4] lies.</u>** I don't say this lightly, but nothing "nicer"/sugar-coated (such as, say, "manifest error") suffices. Some

---

[1]    Our "(capital-C) Court," in the larger sense (i.e., including clerks), is surely responsible for the filings at **Add. A/B/C,** because that content is posted on the Internet as authentically coming from the official **PACER** channel (https://en.wikipedia.org/wiki/PACER_(law), https://pacer.uscourts.gov) (and also the **RECAP** archive, https://en.wikipedia.org/wiki/Free_Law_Project, https://www.courtlistener.com/docket/73312678/tuvell-v-haley/). And under *normal* circumstances "our Court" would be synonymous (in legal jargon) with "our Judge (Sorokin)." But **<u>circumstances here are so outrageously grotesque</u>** that personal/conscientious *authorship must be doubted.* **I don't/can't believe/know for sure** who is/are the responsible individual(s): some combination of judge(s)/clerk(s)/technician(s)/intruder(s)/hacker(s)/AI(s)/…, clumsily ***manipulating/modifying/mangling papers*** (given that such has indeed **already literally happened in this Case** (to Dkt. 0/1+ (as we denominate them, at ¶5 below), see Dkt. 15–16), and/or impersonating/forging the judge's identity/authority/signature. So for this **reason (of *uncertainty*),** I dispense herein with the "capital-J Judge" honorific, and instead speak only of a lower-case/***<u>anonymous</u>*** "judge" (styled as male, and encompassing the plural) throughout.

[2]    That is, "everything of significance." There are some few words in Dkt. 21 that "accidentally" participate in some degree of "truthiness," but they're minor/insignificant/non-controversial, and in particular they're not "reasons" supporting "arguments."

[3]    *(i)* In our *earlier* document(s), Dkt. 15–16 — which are *closely related* to this instant document (see fn. 7), Dkt. 16 being merely a "cleaned-up copy" of Dkt. 15 (even so, there's a nasty/obvious typo in Dkt. 16 fn. 5, which reads "9" where it should read "95," as Dkt. 15 fn. 5 does) — we used **neutral/value-free/no-fault language,** thinking/speaking only of "*presumptively innocent error/incorrectness/counter-factuality/falsity,*" hoping (in vain, it has turned out) that its target (Dkt. 13) had been issued in mere/inadvertent misunderstanding (perhaps "let the clerks/AI do it") (see Dkt. 15 fn. 1, also at Dkt. 16 PDFp. 4 fn. 1).
    *(ii)* But *now,* following the **(anonymous, fn. 1) judge's preemptive lead/strike in "taking the gloves off"** (his aggression, not mine), and with **<u>First Amendment Freedom/Right/Protection of Speech/Petition (~Access to Courts, see Complaint ¶111) foremost in mind,</u>** we're **responding proportionately in kind,** and using the strongly descriptive modifier **<u>"abject"</u>** as a **special/reserved keyword,** with the meaning of **bad-faith/prevarication-intended-to-deceive/etc.,** in as negative/derogatory a sense as we can muster — **~synonymous with "every-banality-of-evil-epithet-you-can-think-of"** — which *in toto* associates/incorporates Dkt. 21 with *complicity* ("joint enterprise") in the underlying behavior attributed to the malefactors/Defendants accused in "the" **Complaint** itself (this last referring to, by default (unless explicitly specified otherwise), **Dkt. 19-1**).

may think, *until they study this matter closely,* that some of this language may be too direct/inartful/intemperate/unfiltered.[5] But keep fn. 1 in mind.

In this document: *(i)* in ¶4–26 below, we **expose/counter** the judge's abjectly absurd Dkt. 21 imaginings, and **truthfully/honestly state/assert** (under oath/verification/certification/signature and perjury penalties) what are the **actual/correct/factual truths** involved. Based on our arguments/assertions, then: *(ii)* in ¶27–28 below, we **move/demand** for **reconsideration/rescission/withdrawal/cancellation** of everything in Dkt. 21–22, and **reinstatement** of this Case to its rightful active status as of Wed Jul 8.[6]

To this end, Dkt. 21 is **reproduced below in its entirety** in the next ten §s below (¶4–26), displayed as **indented passages** (verbatim quotations, consecutively), each of which is then immediately responded to.[7] If we had to specify a singular-focus **heart** of our argumentation, we'd have to say it's *pro se* **abuse (¶14,30(i,ii)).**

# DENY DKT. 15–16 MOTION

Dkt. 21 begins with this passage:

> The First Motion for Reconsideration **(# 15–16)** is **DENIED.**

This denial is an **abject**[(3)] **lie,** as will now instantly[(8)] become appar-

---

4　https://en.wikipedia.org/wiki/Bad_faith: Sustained hypocritical deception, by outwardly/publicly feigning allegiance to one set of *beliefs/principles,* while *behaving* in accordance with another inwardly/privately held set.

5　Such unrefined ("plain," FRCvP 8(a)(1)) language, and even fn. 3(ii)-like blunt candor, do not detract from, and are not to be taken to *nullify,* the **sincerity** of the **"respectful submission"** we're making (¶29 below) to the *upper-C Court* (fn. 1, as opposed to the *lower-j judge*). Also, both the **Litigation Privilege** ("what's said in court stays in court "), and *pro se* **dispensation** (¶14 below), are applicable to our writing.

6　*(i)* In fact, this holds, **right now** (as *proved* herein), ***automatically,*** per fn. 26(ii). *(ii)* We *would also* now file a **Motion to Recusal (MTR),** *but for* the *uncertainty* noted in fn. 1.

7　This is the same presentation technique we employed in our related document(s), Dkt. 15–16, which did battle against the judge's Dkt. 13 (Add. B below). That skirmish is to be viewed as a sibling to the present predicament, and we import it wholeheartedly hereat.

ent while our analysis proceeds. Its *genesis* is the judge's *two-fold faux "criticism"* — in his **Dkt. 11** and the *first two sentences* of his **Dkt. 13** (both included below in **Add. B**) — to this effect: *(i)* The **original/singular (paper)** Complaint as I filed it (which we may/shall call **"Dkt. 0"**) was **surreptitiously (by clerks, unbeknownst to me) split up into** *multiple separate[8] (PDF) documents* — esp., *relocating* the bulk of its *included/integral* **list of Defendants** (called "Addendum A") *off-board to an* "Attach-

---

[8]   Which is a **literally crazy** thing to do: **no** *sane* **organization in the history of the world** would do it, especially without minimally/proactively documenting/advertising it prominently/loudly to all-comers — and in this case **especially** to *pro se* litigants (see ¶14).

*(i)* Actually, the language employed by Dkt. 13 is **"exhibit,"** a relatively vague semi-technical/jargon word whose exact **definition is nowhere explicated,** and whose *meaning* depends on context (as opposed to everyday unambiguous/transparent/known wordage, like "physically/tangibly separate/disjoint/detached artifact" (in a reasonable sense: individual pages of a multi-page paper-printed document don't count as exhibits)) — but with no clear definition/reference (by the judge, or FRCvP, or elsewhere) as to *exactly* what "exhibit" is supposed to mean in a given context. My parsing of its meaning was presented at Dkt. 15–16 fn. 5, where I concluded that in our to context, "exhibit" could only mean **"technologically separate companion document/PDF (i.e., different, but related, file)"** (in other contexts, such as at trial, "exhibit" can mean **non-"written"** things, like "X-ray (original/nondigital) radiograph" or "handgun" or whatever). *(i′)* I'm *certain* my parsing is the correct/intended one (albeit, as now appears may be the case, "bad-faith-intended-as-misdirectional"), since it's the standard/dictionary one, and hasn't been questioned/countered since I articulated it; and importantly, it trumps/overpowers/subsumes/envelopes ("the greater includes the lesser") other *potential candidate parsings,* such as "begins on a new (logical/numbered) page" or "multiple pages" or "non-contiguous pages" or "titled/headed section" (which title/heading could be "Addendum" or "Appendix" or "Attachment" or "Exhibit" or anything else: a title/heading is just a *logical name,* not a *physical description*) — all of which is plainly/visibly signaled just by **glancing at the document,** say by its ***contiguous page-numbering*** if nothing else. *(i″)* But we know these latter (item (i′) examples) are all automatically OK/acceptable (as "same document subdivisions"), since they all fall under (are encompassed within) the *dictionary definition* of **"text"** (as in "text document (.TXT, .DOC, .ODT)," as opposed to something like a computer file containing audio/video content, or executable/application programs) — **which the judge explicitly green-lights** (*without defining "text,"* and it's *not defined in FRCvP* either), at the very beginning of Dkt. 13, Add. B below. *(i‴)* Two other words the judge *doesn't mention* (hence, he *doesn't care/complain* about them) are *(i‴α)* **"caption"** and *(i‴β)* **"title"** — yet they're *(i‴γ)* **the only words** **used by the FRCvP in connection with defendants,** and they're *(i‴δ)* **in** FRCvP **10(a)** (*not* the judge's vaunted/cited FRCvP 8). Those two words (i‴α,β) are *also implicit/undefined* (e.g., nothing about "first page" or "top of page" or "contiguous pages" or "bordered block/box" or anything of that nature that one commonly sees in practice), and inspection shows such things vary all over the map. Yet a third word that the judge *doesn't mention,* and which is *implicit/undefined,* is *(i‴ε)* **"schedule"** — even though it seems it might be a *term of art (I learned this only very recently, otherwise I'd have considered using it) that describes* **exactly the detached-exhibit-defendant-list that the judge pre-**

ment," ***disjoint*** **from** the Complaint's **"main" (preceding the Addenda) body;** which *(ii)* the judge then objectively-falsely bad-faith feigns/pretends **violates FRCvP 8.**[9] *Both* of these items (i,ii) are, independently/orthogonally, **abject premeditated lies** (by "somebody"[1]). For, *(i'):* as recounted in detail in my Dkt. 15–16, the **original single-document 99-page paper-copy Complaint (Dkt. 0)** that I filed in person was unitary/singular/intact (a single lump packet consisting of 99 single-sided loose-leaf printed pages,

---

***tends is illegal:*** cf. the recent **Long-Tail Cat case** (*Yiwu Baimei Electronic Commerce Co. Ltd. v. The Partnerships And Unincorporated Associations Identified on Schedule A,* N.D.Ill. № 1:25-cv-09810; Complaint (PACER Dkt. 1) at https://cdn.lawlytics.com/law-media/uploads/2850/340429/original/DOC.-1--COMPLAINT--Baimei-9810.pdf; Schedule A *amended (proving its genuine apartness/exhibition/stand-alone nature vis-à-vis the unamended Complaint)* (PACER Dkt. 8, sealed, hence no court-ID-header lines at tops of pages) at https://cdn.lawlytics.com/law-media/uploads/2850/340430/original/Am-Schedule-A--36-Ds---Long-Tail-Cat-9.pdf?1758870611). *(i‴)* In brief, when it comes to the formatting-administrivia of listing defendants, the only "rule" appears to be the "reasonable rule of common sense:" **"Oh come on, we all know what we're talking about here"** (accord, Complaint fn. 185). **(Selective) enforcement — of invented/conjured-up "rules,"** **no less —** *against (contrary to the legal interests of)* a *pro se* litigant (as we're seeing in the instant case) is absolutely/irredeemably contrary to (violative of) the ***Pro Se*** **Metarule (¶14).**

*(ii)* But *whatever* the **judge's (implicit/undefined) term "exhibit"** is supposed to mean, it must **necessarily** (Due Process, "by default," unless called-out otherwise (which it isn't), again esp. for *pro se's* (per ¶14)) be *consistent-with/subservient-to* the FRCvP's (also *implicit/undefined*) meaning of the **same exact term ("exhibit").** And, according to **FRCvP 10(c) ("all purposes" clause: a *written "exhibit" is part of the pleading* for *all purposes*** (a.k.a.: **"physically separate ≠ logically separate"**), quoted at Dkt. 15–16 ¶10): it is **expressly NOT a violation (of FRCvP 8 or any other rule) to** *put any written content, for any purpose* **into anything that can be called an "exhibit"** (as the judge did call it, cf. item (i) preceding) — such as a *list of Defendants,* complete or partial, for the "purpose" of ease/convenience of presentation/reading (and too, FRCvP additionally approves something similar for the very same reason (of easily/conveniently listing defendants), at FRCvP 10(a) ("may refer generally to other parties" clause)). **So the judge lied about FRCvP 8 forbidding what our Complaint (any flavor) has done.** *(ii')* In fact, the **judge further lied even more deeply by *citing FRCvP 8 at all* — because FRCvP 8 says *nothing whatsoever about either* Defendants or "formatting"** (which appear to be the judge's twin bugaboos, strangely, noting that formatting is more the province of FRCvP 10 ("Form of Pleadings") than FRCvP 8 ("General Rules of Pleading")) — or indeed about anything at all relevant to Dkt. 21. *(ii″)* Except, for the one clause the judge has so outrageously violated more than any other: **"Pleadings *must* be construed so as to do justice [esp., in this Case, justice as to *pro se's*, see ¶14 below]"** (FRCvP 8(e)) — and there's certainly no problem with anyone of ordinary intelligence "construing" what my list of Defendants is. *(ii‴)* For example, as I noted at Dkt. 12 ¶2(ii), it was not a problem even for "lowly" clerks (not a slur, just highlighting comparison to more high-powered/capable Court employees/lawyers/judges), who managed to parse my Complaint and **data-enter (as they did) all Defendants properly into PACER** ("manually entered in-line" in the

in an envelope segregated from other documents); but it was **later scanned and mangled** by the *clerks/Court itself* **(not me!) helter-skelter into 6 (or 8?) separated/disjointed PDFs**[10] **(distorting/misrepresenting what I wrote/filed),** and docketed that way on PACER (see **Add. A** below, esp. its fn. 31) — we may/shall refer to that conglomeration, <u>Dkt. 1 & Att. 3–Att. 7</u>, as **Dkt. "1+".**[11] But furthermore, *despite that mangling, (ii′):* as also stated/proved by Dkt. 15–16 (in its ¶10), **even *any* such splitting-up** (even into many *single-page* PDFs) **is *not a violation* of FRCvP 8**$^{(8(ii))}$ — drastically/diametrically opposed to what the judge grossly prevaricates (at ¶9 below).

6    When writing-up Dkt. 15–16, I *thought/expected/assumed* its **Motion for Reconsideration/Reversal (MFR)** would be granted, because (as just recounted in ¶5) there was **obviously "nothing wrong" with the Com-**

---

PACER *entry itself,* as opposed to "in a litigant-filed document").

9    *(i)* The judge's Dkt. 13 also mumbles about a couple of other minor things in passing **(separate paragraphs, plausibility),** both thwarted by Dkt. 15–16, and never pressed further thereafter (including not in his Dkt. 21), so they need not be revisited herein (or elsewhere). *(i′)* Though, the judge *should not even be thinking anything about any kind of "plausibility"* at this stage: that only comes into play at Motion to Dismiss stage (as explained in Complaint fn. 18). So, was the judge on a fishing expedition, hunting for some "plausible" way to dismiss the Case (as indeed has ended up happened)?

*(ii)* More interestingly/tellingly, the judge's Dkt. 13,21 nowhere mention **(have no concern/complaint about) any of the following:** *(ii′)* FRCvP 8 provisions for **"short/ plain"** <u>local</u> particularities (see also item (ii‴) below); *(ii″)* FRCvP 10(a) provision that the Complaint's **"title"** (*implicit/undefined* concept, cf. fn. 8(i)) should contain certain things, including *names* (*implicit/undefined* concept, see Complaint Dkt. 19-1 fn. 50(ii″),184(ii′)) of all parties; *(ii‴)* **number/quantity of Defendants;** *(ii⁗)* <u>global</u> (as distinct from local, item (ii′)) **number/complexity/detail of counts/pages/footnotes/etc.** (mentioned in passing at Complaint fn. 13,  FRCvP 8(d)(3), **"however many it takes"**). *(iii)* Recall Complaint fn. 166(i): **"Virtually Unflagging[/Mandatory] Obligation Doctrine,"** *Colorado River Water Conservation District v. U.S.,* 424 U.S. 800 (1976) of federal District Courts: they ***must* hear/adjudicate all the cases/causes within their jurisdiction.** So we needn't worry about any of those herein (or elsewhere) either. In sum (this ¶, fn. 9(ii–iii) altogether): **There is *no notion of "too big to fail"* in U.S. (Federal) Courts** (nor should there be elsewhere in the U.S. (state courts) either.

10    **Q:** If the judge thought this mangled/exploded/fragmented multi-PDF format was a problem, why didn't he ***simply direct the clerk* to unmangle/reassemble/concatenate** the helter-skelter Dkt. 1+ back into its original single Dkt. 0(PDFized) shape?

**A:** Apparently, to perpetuate (did he himself choreograph it in the first place?) an impossible-to-understand-or-fix nightmare situation — exactly the way it has played out.

11    And, this is the reason for fn. ∗ on p. 1 of the instant document. Re-see fn. 8 above.

**plaint <u>that</u> I <u>filed</u>** (but <u>which</u> <u>the</u> *<u>clerks</u>* <u>mangled</u>).[12] So I waited as long as I possibly/reasonably could (until the Jun 11 deadline, which had been specified in Dkt. 13), politely/generously/respectfully affording the judge ample time to study Dkt. 15–16 and graciously respond (granting the MFR). But after getting no response during that time (in fact, not until just *now,* Dkt. 21), I was *<u>forced under duress</u>* (*<u>threat of dismissal</u>,* as stated at Dkt. 17 p. 1 fn. ∗) to go ahead and file the ordered 1st amended Complaint (Dkt. 17). That is to say, the submission of Dkt. 17 was abjectly falsely **compelled — not of my own free will.** So it is (also) **abjectly abusive** to now count it (Dkt. 17) as my "one-and-only as-of-right amendment" (see ¶21–22 below).

# DKT. 20 "OBSERVATIONS," TERMINATION

Immediately following Dkt. 21's passage quoted at ¶4, it states:

> The filing docketed as "First Motion for Discovery" **(Doc. No. 20) constitutes "observations"** about service of process but **seeks no particular relief** from the Court. Accordingly, it is **TERMINATED** as a pending motion on the docket.

The operative (first) sentence of ¶7 is an **abject falsification** (which then too puts the lie to the **termination** announced in the second sentence). It is true that Dkt. 20 **does *contain* a (Modest) Observation** (*singular,* not ¶7's snide plural). But Dkt. 20 ***also contains* an *explicit* Motion;** and further, the Observation ***also contains* an *implicit* Motion** (necessarily *sotto voce,* as explained clearly in Dkt. 20 fn. 13), namely, a **desire for the Court to act *sua sponte* ("order some method to effect service").** Let us count the ways:

(i)      The word "Motion" appears in Dkt. 20's very **title** (Dkt. 20 p. 1).

(ii)     Then, at Dkt. 20 ¶1, it is *(ii′) twice* **stated** that a Motion is being

---

[12]      It was in reality, as we have seen (¶5 with its footnotes), a *Court/clerk-<u>internal</u> SNAFU* (https://en.wikipedia.org/wiki/SNAFU) (recall fn. 8(i)). So if the judge didn't like that, he *could/should* have **simply/trivially/<u>internally</u> ordered** the clerks to *recombine* Dkt. 1+ back into a single/unified "Dkt. 1," as I filed it, and it was intended to be (fn. 10).

proposed by Dkt. 20, and the said Motion is *(ii″) twice* **distinguished** from the "Observation" that's *also* included.

(iii)  The **formal Motion** itself is: *(iii′)* **announced** in Dkt. 20's heading preceding its ¶9; *(iii″)* **explained** in its ¶9–12; *(iii‴)* **proposed** in its ¶13; with *(iii⁗)* **suggested wording** (also its ¶13).

(iv)  To say that Dkt. 20 ¶16's "Observation" "seeks no particular relief from the Court," is an abject lie. The "Observation" DOES **clearly "seek" ("express a particular desire for relief")** that the Court *itself* (*sua sponte,* of its own volition) take the initiative to effect service on the Haleys. But the Observation *must of necessity* express itself **_passively_** (*because* it **_cannot actively_** so seek (via formal Motion)), as *explained* in Dkt. 20 fn. 13.

## STRIKE DKT. 17 COMPLAINT {1ST AMENDED}

Immediately following Dkt. 21's passage quoted at ¶7, it states:

> The Amended Complaint timely filed **(Doc. No. 17)** is **STRUCK** for the following reasons: **(1)** the Amended Complaint **fails to cure the specific deficiencies** noted in the electronic order issued by the Court on May 21, 2026 **(Doc. No. 13)** striking the first Complaint; **(2)** the Amended Complaint **fails to conform to Rule 8.** Fed. R. Civ. P. 8.

**_As to "reason" (1):_** It is an **abject lie.** WHICH EXACT "SPECIFIC DEFICIENCIES" ARE WE ARE EVEN TALKING ABOUT (see ¶11)?? **There are none.** Dkt. 17 is indeed a **single-PDF document** (and Dkt. 17 p. 1 fn. ∗ alerted/begged clerks to desist from mangling it again into separate PDFs[13]),[14] exactly as Dkt. 13 ordered to be done (as explained in great/ex-

---

[13]  And, the fact that this alert/beg was honored, shows that it was indeed clerks (as opposed to automated machinery) that were doing the mangling.

[14]  *(i)* For reasons explained in this footnote, I took this (forced) "opportunity" to **augment Dkt. 17:** *(i′)* with some non-substantive clean-up/bug-fixing/wordsmithing that I had lying around (continuing/ongoing "long-tail" editing) (Dkt. 17 is five pages longer than Dkt. 0); *(i″)* and, I *almost* added two more Defendants (cf. below in this footnote). *(ii)* The reason

haustive detail at fn. 8(i) above). _Proof:_ Just inspect Dkt. 17!

**As to "reason" (2):** It is an **abject lie.** WHICH EXACT CLAUSE(S) OF FRCvP ARE WE EVEN TALKING ABOUT (see ¶10)?? **There are none. Litigants** are held to _exactitude/specificity/particularity_ (cf. fn. 24); so too, **judges** also shouldn't be able to get away with vague _faux_ frantic/panic handwaving like this. Though, on second thought, it (specificity) doesn't matter, because we know the (non-)answer: **nothing in FRCvP 8 says <u>anything</u> about <u>anything</u> the judge has whined about** (as explained at fn. 8(ii),9 above, and repeated at ¶24 below). _Proof:_ Just inspect FRCvP 8!

# DENY DKT. 18 LEAVE TO AMEND

Immediately following Dkt. 21's passage quoted at ¶9, it states:

> The First Motion for Leave to File an Amended Complaint **(Doc. No. 18)** is **DENIED** WITHOUT PREJUDICE as it **does not attach a proposed complaint.**

It's true, I didn't "attach a proposed complaint" along with Dkt. 18. Because: **there is NO (published/advertised/written/available/knowable) requirement/suggestion (in FRCvP or other rule-like book) to do so!** Afterwards, with more/continuing research/AI, I learned (see the reference to Dkt. 19 fn. 3 in ¶16 below) that this "simultaneous-amendment-ac-

---

(for any kind of augmentation to Dkt. 17) is that, in (fruitful) discussion with AI, it was suggested/explained that I shouldn't/couldn't "merely" reassemble/concatenate Dkt. 1+ back to its original Dkt. 0(-but-PDFized) shape, for two reasons: _(ii″)_ that's _trivial,_ and if that's _all_ the judge wanted done he would have tasked clerks (not me) with doing it (cf. fn. 10); _(ii″)_ if the _only_ thing I did was resubmit the exact same document as before (but now PDFized), it would _(ii″α)_ be viewed as **contemptuous** of the Dkt. 13 order/permission-to-amend, and _(ii″β)_ the clerks would just _re-mangle_ it the same was as before anyway. _(iii)_ So that meant I had to do "_something(/anything)_ substantial/non-trivial." _(iii′)_ But _only_ doing the bug-fixing (item (i′)) would still be viewed as _too easy_ ("gaming the Dkt. 13 assignment"). _(iii″)_ So I thought about (but didn't do, see ¶16(ii) for it) _implementing non-triviality_ by adding the aforementioned two new Defendants (which was _(iii″α)_ legally justified, and _(iii″β)_ I'd been thinking of doing it somewhere down the road anyway). _(iv)_ But neither I nor AI "really" knew what was "supposed" to be done (because the purported "criticism" (Dkt. 13) was so abjectly off-the-wall invalid (as explained in Dkt. 15–16)), so the best I could do was _hope_ this plan for Dkt. 17 was "somewhere near 'good enough'."

companiment" thing is an **under-the-table/secret/opaque/unwritten cus-tom** in some contexts (hence not a "rule" correctly so-called at all) — which, of course, only judges/lawyers (not *pro se* litigants) can be *expected* (by any reasonable stretch of the imagination) to know about. For this, and any simi-lar, "invisible ritual," the necessary/proper course the court *should/must* take (per ¶14 below) is, instead of killing/"denying" as ¶12 does, just "no-tify" (together with a "bye"/"do-over") what the better thing to do is. In our particular instance, it's even something that's ***trivial*** *to fix:* clerks/PACER could easily be trained/taught/programmed to issue such a bye, reflexively/ *automatically* (given that "amendment" is a known Motion-type in PACER).

14    This (*(i)* ¶12–13 particularly, but more broadly *(ii)* the judge's ¶9,11 scheme of <u>pretending "Rule 7" says something it doesn't say</u>, and *(iii)* his whole Dkt. 21 generally) is **exactly the kind of cynical trickery/swindle** that the **Supreme Court** has long sought mightily to squelch/eradicate, by its consistent/continuous pronouncements that *pro se* papers, being of "sub-lawyerly sophistication,"[15] **must be _construed/dispensated by judges_ _most liberally/leniently_** (deriving from, and amplifying, fn. 8(ii″)):

> A ***pro se*** [civil] complaint [encompassing <u>this</u> <u>very</u> <u>Case</u>, and <u>this</u> <u>very</u> document], **however inartfully pleaded, <u>must</u>** be held to **<u>less stringent stan-dards</u>** [wherever possible within the *judicial-discre-tion* realm, i.e., except for genuinely *statutory-di-mension* issues] **than formal pleadings drafted by lawyers** and [for example] can only be **dismissed** for failure to state a claim [FRCvP 12(b)(6), but ap-plicable to ¶23's FRCvP 41(b) too] if it appears ***be-yond doubt*** [surpassing the normal *Twiqbal* "plausi-bility standard"[16]] that the plaintiff ***can prove*** [sur-passing the regular FRCvP 8(a) *"has pled"* require-ment] ***no set of facts*** [i.e., some judicial research is

---

15    And to be clear, when anyone speaks of *"pro se's"* without qualification, it always carries the connotation of "non-lawyer" by default (unless expressly specified otherwise).

16    Cf. fn. 9(i) above.

required] in support of his claim which would entitle him to relief [colloquially: "were any laws broken?"].

> — *Estelle v. Gamble,* 429 U.S. 97 (1976) (cleaned up); enhancing *Haines v. Kerner,* 404 U.S. 519 (1972), *Conley v. Gibson,* 355 U.S. 41 (1957), …; enhanced by *Boag v. MacDougall,* 454 U.S. 364 (1982), *Erickson v. Pardus,* 551 U.S. 89 (2007), …

This isn't just a gentle handshake agreement, or a friendly suggestion/guideline/dictum, or a "charitably nice piously Christian ideal to strive for." It is rock-solid/hard-coded Constitution + Supreme Court + Statute **binding commandment/mandate**[17] — with especial emphasis on its **"<u>must</u>"** imperative. Rephrasing in colorful/memorable (but faithful) layman's terms:

<u>*Pro Se* **Metarule**</u>[18]
**In the game of *pro se,* the jokers**
***(pro se's)* are wilder than wild (lawyers) —**
**they even trump the trumps (rules).**

# DENY DKT. 19 LEAVE TO AMEND

Immediately following Dkt. 21's passage quoted at ¶12, it states:

> The Motion to Amend **(Doc. No. 19)** the "First Motion for Leave" **(Doc. No. 18)** by adding two defendants is **DENIED.**

WHY?? *(i)* It can't be for the same reason as ¶12 above, because Dkt.

---

[17]    *(i)* The **Supreme Court** (*stare decisis,* Constitution Article III Judiciary, Article VI Supremacy Clause), *(ii)* **interpreting** (as it's privileged to do, *Marbury v. Madison,* 5 U.S. (1 Cranch) 137 (1803), https://en.wikipedia.org/wiki/Marbury_v._Madison) *(iii)* **federal statutory law** (FRCvP, fn. 26 below) in light of *(iv)* the **Constitution** (CONAN, Constitution Annotated, https://constitution.congress.gov):— *(v)* **invidious discriminatory behavior** (i.e., *not* hewing to ¶14's citation/Metarule) **detrimental to** *(vi)* **the Constitutionally protected** (Fifth + Sixth + Fourteenth Amendments Due Process, cf. fn. 25(ii)) *(vii)* **class rights of *pro se* <u>litigants</u>** (*Faretta v. California* (422 U.S. 806 (1975)) + 28 USC §1654 + the instant ¶14 quotation & its lineage) … **is not now, and never will be, tolerated.**

[18]    *(i)* Literally: "Metarule" = "rule about rules" (meta = μετά = above/beyond/transcending, in the logico-philosophical hierarchical sense). *(ii)* https://en.wikipedia.org/wiki/Trump_(card_games); https://en.wikipedia.org/wiki/Wild_card_(cards); https://en.wikipedia.org/wiki/Joker_(playing_card).

19 (which notes my belated discovery of the "simultaneous-amendment-accompaniment" "semi-rule" in its ¶5(ii) and fn. 3, see ¶13 above) *was* accompanied with its proposed amendment, Dkt. 19-1. *(ii)* My desire (expressed in Dkt. 18 ¶2) to join the *two* new Defendants, plus a *third* (expressed in Dkt. 19 ¶1), *are perfectly well-grounded "in justice"* — because, the new Defendants' (alleged) wrongs are <u>exactly the **same injuries**</u> as already-complained-of (in Complaint(s)), as stated in Dkt. 18,19, hence triggering FRCvP 15(a)(2) (*"freely give [grant] leave"* clause), as cited at Dkt. 18 fn. 2. *(iii)* In other words: Dkt. 21's passage (¶15 above) ***gives/has zero rationale.***

## REJECT DKT 19-1 COMPLAINT {2ND AMENDED}

Immediately following Dkt. 21's passage quoted at ¶15, it states:

> The proposed third[19] amended complaint [now default, fn. 3(ii)] **(Doc. No. 19-1) suffers from all the same shortcomings** of the prior complaints.

And what EXACTLY are any/"all" of those "shortcomings?" **None exists,** as demonstrated *ad nauseam supra.* **No** known rule/advice/suggestion hobbles/cripples **any** of the Complaint versions (Dkt. 0,1+,17,19-1) submitted. The **only *potential*** (i.e., judge-asserted) "shortcoming" *might* have been the "exhibition" character of Dkt. 1+'s (= <u>mangled-Dkt. 0</u>)'s Add. A; but that *potential "shortcoming" wasn't realized,* as proved by ¶5 above, with its fn. 8(ii). Let's summarize, yet again, two-fold: *(i)* <u>**clerks**</u> **(not me)** "submitted" that mangled Dkt. 1+; *(ii)* but even so, that mangled Dkt. 1+ ***had no "shortcoming,"*** because of FRCvP 10(c)'s **"all purposes"** clause (paraphrased as **"'as-if' incorporated inline,"** cf. yet again fn 8(ii)). QED.

## COMPLAINTS' NON-CONFORMANCE TO RULES

Immediately following Dkt. 21's passage quoted at ¶17, it states:

---

[19]   No, Dkt. 19-1 was only the "second" amended Complaint: Dkt. 0/1+ = 0th amended; Dkt. 17 = 1st amended; Dkt. 19-1 = 2nd amended.

Plaintiff has now filed or sought to file **three**[20] different complaints. **None** conform to the Rules. The Court has struck or denied the opportunity to proceed under each of them for their **failure to conform to the Rules.**

[20]   **THIS (as built on top of the preceding parts of Dkt. 21) IS AN ABJECT LIE!!** The judge has absolutely **nowhere *correctly*** pointed to *any* "failure to conform" to *any* rule. Not a single one. Zero. Zip. Zilch. None. Nicht. Nein. Nada. Nothing. And it's nowhere even a close call. Instead, I've overconscientiously complied with all rules, and copiously/decisively countered/disproven *all* the judge's ***bogus*** criticisms, *passim.* Period. Full stop.

## No Further Opportunity to Amend

Immediately following Dkt. 21's passage quoted at ¶19, it states:

> Under the circumstances present in this case — including the fact that Plaintiff recently filed and dismissed a **similar action** in this court, see Tuvell v. Haley, No. 25-cv-10566-ADB (D. Mass. May 5, 2025), Dkt. No. 10 — the Court concludes **no further opportunity to amend** is warranted, nor would it serve the **interests of justice.**

This is abject stupidity/insanity. The tortious/illegal/unconstitutional behavior that ***caused*** the FRCvP 41(a)(1)(A) **<u>involuntary</u>**[21] **abandonment** of that earlier Case № 10566 was ***<u>forced upon me (by a state judge, in illegal league with a Defendant),</u>*** as claimed/documented in the present Case № 12088 Complaint (Dkt. 19-2) at its p. 1 fn. † and §XIII. Under that circumstance, justice (in the sense mentioned in ¶21) counsels that the withdrawal of № 10566 **shouldn't count against me** (in the sense of FRCvP 15(a)(1)'s "one free/matter-of-course amendment;" cf. Dkt. 18 fn. 2),

---

20   This "three" is correct (as compared to the "third" error in fn. 19).

21   In the *title* of FRCvP 41(a)(1)(A), the word "voluntary" has the meaning "not involuntarily-ordered(/'forced') *by the Court,*" which is *inapplicable* to our situation.

because I **did not "voluntarily"**[21] **withdraw** № 10566. Nor should the first amendment (Dkt. 17) of № 12088 count as the FRCvP 15(a)(1) as-of-right amendment — because it was *clerks, not me,* who mangled/submitted it, prompting the judge's false order-to-(non-voluntarily)-amend (resulting in Dkt. 17), as explained in Dkt. 15–16 (and mentioned herein several times). So really, in the *proper* "interests of justice" (fn. 8(ii″) above), it is **Dkt. 19-1** (which does *not* have any deficiencies, though falsely accused in ¶17 above) that should count as the FRCvP 15(a)(1) **as-of-right amended Complaint.**

## DISMISS WITH PREJUDICE

Immediately following Dkt. 21's passage quoted at ¶21, it states:

> In light of Plaintiff's repeated failure to file a complaint that satisfies the Rules, this case is **DISMISSED** WITH PREJUDICE. Fed. R. Civ. P. 41(b).[22]

**Abject frivolous/malicious hallucination/fancification.** As voluminously/inarguably demonstrated herein *supra,* there is **no foundation whatsoever,** in any model of any universe, for any Dismissal. I haven't committed even any *single* "failure" (much less "repeated" ones), of any kind (not even incipient/"almost"). All of *my* Complaint documents (and even the *bogus/fake* one, mangled by clerks, Dkt. 1+) **DO SATISFY *ALL* THE FRCvP RULES** (the judge-flagged ones, and all others). Period. Full stop.

## ORDER OF DISMISSAL

Immediately following Dkt. 21's passage quoted at ¶23, it states:

> Accordingly, a **judgment of dismissal** shall enter, and the Clerk shall **close** this case.

The Order of Dismissal was indeed (abjectly falsely) entered, as Dkt.

---

22    *(i)* FRCvP 41(b) is the Involuntary Dismissal rule, allegedly for "failure to comply (~contempt) with court rule/order" (paraphrase). *(ii)* This is the same rule I had been fearful of earlier, as noted in fn. 14(ii).

22 (see Add. B, below), closing the Case, **pending this MFR and appeal** (and triggering the **Final Judgment Rule,** 28 USC §1291, etc).

## MOTION FOR RECONSIDERATION/RESCISSION/REINSTATEMENT

For all the reasons asserted above (¶4–26, countermanding the abject hallucinations of the judge's Dkt. 21), I **hereby Move** for: *(i)* **Reconsideration[23]/Rescission** of *(i′)* Dkt. 21's contents and *(i″)* Dkt. 22's Order of Dismissal, in their entirety. And, for: *(ii)* **Reinstatement** of this Case to its rightful active status as of Wed Jul 8 (with time-deadlines tolled/rolled-back to that date), which entails (esp.) *(ii′)* inclusion of the **3 new Defendants,** and *(ii″)* acceptance of the **amended Complaint, Dkt. 19-1.**

If pressed (as we are)[24] to cite to **particularized FRCvP authority** for ¶27's MFR, we'd have to say **FRCvP 60(b)(1,3): manifest/egregious/ irredeemable mistake/fraud (by the judge).** Specifically (as documented/argued voluminously *supra*), the judge has acted as a **dishonest broker,** abjectly **bad-faith falsifying FRCvP** citation/interpretation/intent — thus exhibiting **unvarnished disdain** for *Constitutional Due Process and Equal Protection/Justice Under Law* (Fifth and Fourteenth Amendments),[25]

---

[23] Technically speaking, **"Motion for Reconsideration" (MFR)** (which automatically embodies implication of **withdrawal/cancellation/rescission/etc.**) isn't supported/mentioned explicitly, a lease under that terminology, in FRCvP (and only once in DMassLR, in passing, but without explication). The concept is however well-understood/established/accepted, as a "manner of speaking" if you will, under a variety of appellations and situations, and has already been recognized/acknowledged/accepted in our Case (see ¶4 above). It's also supported by PACER CM/ECF (known/selectable as a built-in Motion-type).

[24] FRCvP 7(b)(1)(B) ("particularity" (which comes in "degrees") clause).

[25] If an **"oppressed class"** (constitutionally protected or not) were to be designated, there are several potential choices. *(i)* Pure **partisan politics** is one possibility (MAGA vs. non-MAGA; I am the latter), but: *(i′)* it can't be the leading candidate, because the Defendants are a diverse group, likely (one assumes) split among partisan lines; *(i″)* it's not a *constitutionally* protected trait or suspect class (only *political speech/expression* is protected, by First Amendment). *(ii)* **Unrepresented(/unlawyered) or *pro se* litigants** (judges *et al.* hate them) *are constitutionally protected* (cf. ¶14 fn. 17), and is 100% certainly "somewhere in the mix," but perhaps not the best choice (for "oppressed class"), since the Haleys

as well as both _Congressional statute_[26] and _Supreme Court meta-mandate_ (¶14). (Also, time-wise, the MFR is subject to **FRCvP 59(e)** (28 days), and it has the side-effect of **tolling the clock for appeal, FRAP 4(a)(4)(A)(vi)**).

## VERIFICATION; CERTIFICATION; SIGNATURE

I verify that I am respectfully[(5)] submitting this document subject to the pains and penalties of perjury (28 USC §1746), and signing it pursuant to FRCvP 11(a). I certify that the document satisfies the requirements of FRCvP 11(b)(1–4), and that its claims/accusations/arguments are truthful/correct/accurate/honest, to the best of my knowledge/information/understanding/belief (based on my inquiry/study reasonable under the circumstances), and ability to represent them.

_WETuvell_

Walter Tuvell
Sat Jul 25 2026

---

were also unrepresented (albeit not legitimately _pro se,_ cf. Unauthorized Practice of Law (UPL) at Complaint fn. 32). _(iii)_ But the class that best holds _constitutional_ water here in Federal Court is the same one that the Haleys and other MA Defendants hated (cf. Complaint fn. 30(iv), which should have been more specifically visual: **"Tuvell's bald-headed, near-sighted/bespectacled, grey-bearded visage"**): old-~~white~~-male ageism/~~racism~~/sexism (read: _"dirty old man"_ in the MAGA-populism imagination, cf. https://en.wikipedia.org/wiki/Pizzagate_conspiracy_theory): federal/state constitution/laws **prohibit discrimination based on age/~~race~~/sex, universally**), which is/are indeed a **Constitutionally protected class(es)** (and, there has never been any "objectively extenuating circumstance" (that might justify the discrimination) ever alleged/accused of me). _(iv)_ So, that's 2½ _constitutionally_ oppressed classes; which should be enough.

26   _(i)_ The FRCvP are _not,_ as so-called "rules of court" _usually_ are, "mere" internal general guidelines governing lawyer/litigant practice/procedure. Rather, they're **binding statutory law imposed by Congress on the Federal District Courts themselves.** True, the Supreme Court (via the Judicial Conference) _drafts/proposes/promulgates_ the FRCvP; but it does/can not _cause enforcement._ The FRCvP _becomes statutorily binding law_ because Congress enacted the **Rules Enabling Act (REA)** in 1934 (now codified at 28 USC §2072) (https://en.wikipedia.org/wiki/Rules_Enabling_Act); and _delegated_ the drafting/proposing/promulgating task to the Supreme Court. _(ii)_ In fact, the REA ¶b provides: "All **laws in conflict** with such rules [FRCvP] shall be of **no further force or effect.**" This implies, in our Case: the rogue judge's pronouncements (= low-level "laws," in the sense that governmental power compels their obeyance) in his Dkt. 21–22 (as counter-argued in the instant document) are, _right now,_ **illegal/null/void** (because, they conflict with FRCvP).

30    *Postscript.*—

*(i)* This Case is certifiably, literally, *the* **worst case scenario** on record[27] of governmental apparatus gone berserk, even in imagination. It tests our Rule of Law like no other ever before it. And The System still, even now, continues failing. Each successive wave of "authorities" dishonors their oath, without so much as a nod/side-eye at true law/justice. *(i′)* And the most distressing indictment? Giving the **"bum's rush" to *pro se's*** (diametrically *contra* ¶14), which *comes so "easily" to the perpetrators* — meaning, it's **common/endemic/matter-of-course.**

*(ii)* **Nazi Gestapo**[28] is the comparison that comes most readily to mind (cf. fn. 3(ii)), but even that's not scurrilous enough (because **this is supposed to be America**). *(ii′)* The question is: who/what/when/where/which/why/how will be next? What we do know is "~who:" it'll be a "little guy" *(pro se)* like me, because "they" keep the "big guys" *(lawyers)* in their pocket — with threats of retaliation, ruining careers/lives, for the "impertinence" of "speaking truth to *faux* color-of-authority."

*(iii)* I'm in-the-right about everything I've pled/argued (facts, implications, law, justice). I'm not insane. I'm not suffering from "martyrdom complex/syndrome/ delusion/derangement."[29] What I *am* is **deeply studious/conceptual/idealistic/ proof-driven/law-abiding ... American.** You think/act otherwise. I've been forcibly dragged/kicking/screaming every inch along the way through your Twilight Zone Kafkaesque Catch-22 travesty, **hoping against hope** that some spark/pang of conscience would eventually kick in for you at some point. It never did. **Now this is your big chance.** You need only **PROVE (vs. handwave) YOURSELVES,** *vis-à-vis* my arguments. **You won't, because you can't. The indelible stain mars *you and your cause/institution,*** not me.

*(iv)* As applicable throughout the underlying MA state events of this Case (per the Complaint), and now to these Federal proceedings as well:

> Until this moment, sir, I think I never really gauged your cruelty or your recklessness. **At long last, have you left no sense of decency?** If there is a God in heaven, it will do neither you nor your cause any good. The American people are having a look at you now, and you're not fool- ing anyone anymore.
>
> — https://en.wikipedia.org/wiki/Army%E2%80%93 McCarthy_hearings, selectively quoted, cleaned up

---

[27]    But, *if* a worse case *exists* at all (doubtful), "off-record," it *should/must* be discov- ered and become "on-record."

[28]    https://en.wikipedia.org/wiki/Gestapo.

[29]    https://en.wikipedia.org/wiki/Martyr_complex.

# ADDENDUM A
# SCREENSHOT OF DKT. "1+" (PACER)

Dkt. "1+" (this screen capture)[30] **is an abject lie.[31]** It is comprehensively analyzed at the combination of: *(i)* Dkt. 15–16; *(ii)* the instant document's ¶4–5 (with footnotes); *(iii)* fn. 31 on this page.



---

[30]   Screen-capture images of webpages (such as this one) often display visual indicators/clues/icons of **web hyperlinks** included on the page. Unless special explanation is called for, they're conventionally not included/discussed when the text is quoted elsewhere.

[31]   *(i)* For starters, you can observe/inspect the **superficial/facial/visible impossibility** of this screenshot — it is IOTTMCO ("intuitively obvious to the most casual observer") that this **could not possibly be how the Case was filed.** Nobody in their right mind would *(i′)* willy-nilly insert their Civil Cover Sheet and Category Form *(ii″)* **disconnectedly into the midst** of their Complaint, as *(i‴)* **unnumbered** pages, *(i⁗)* interrupting the **otherwise continuous/contiguous** pagination of the rest of the Complaint??!! *(ii)* And that's not even to mention the **internal inconsistency of misnaming** Addenda ⇄ Attachments. *(iii)* It is doubtful whether the author of this piece of "work," of such level of incompetence, would sign with their real initials (**NVB,** nominally Nilsa Vany Barbosa). *Caveat:* Multiple clerks were likely involved in various capacities (customer service, data entry, etc.).

*(iv)* For what it's worth, the paper confirmation copy I soon received in the U.S. mail also had the Civil Cover Sheet and Category Form (and other administrative documents, not shown in this screenshot but they're on PACER) jammed incongruously/stupidly into the midst of the Complaint(-with-Addenda), as shown above. Actually, *(iv′)* the *original (paper) Dkt. 0* as I filed it should *still exist somewhere* in the Court's storage facilities, as well as *(iv″)* the *original PDF* it was scanned into (as mentioned at ¶5 above), and hopefully even *(iv‴) video/audio recording* of my May 7 in-person filing. They all must be sought/examined.

# ADDENDUM B
## SCREENSHOT OF DKT. 10–13 (PACER)

Dkt. 13 (this screen capture)[32] **is an abject lie.** It is comprehensively analyzed, line-by-line, in Dkt. 15–16.[33]

| | | | |
|---|---|---|---|
| 05/18/2026 | 📷10 ▲ | ☐ | First MOTION for Order to Help in effecting service. by Walter Tuvell.(Tuvell, Walter) (Main Document 10 replaced on 5/18/2026, detached from supporting documents.) (FGD). (Additional attachment(s) added on 5/18/2026: # 1 ▲ Addendum A, # 2 ▲ Addendum B) (FGD). (Entered: 05/18/2026) |
| | | | ☐ 0  Main Document          5 pages          123.1 KB<br>☐ 1  Addendum A             9 pages          3.4 MB<br>☐ 2  Addendum B             4 pages          1.4 MB |
| 05/19/2026 | 📷11 | | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered: re 10 ▲ First MOTION for Order to Help in effecting service.<br><br>DENIED WITHOUT PREJUDICE. This complaint does not name 90 plus defendants. Plaintiff bears responsibility to effect service. (FGD) (Entered: 05/19/2026) |
| 05/20/2026 | 📷12 ▲ | ☐ | MOTION for Clarification re 11 Order on Motion for Order, by Walter Tuvell.(Tuvell, Walter) (Entered: 05/20/2026) |
| 05/21/2026 | 📷13 | | District Judge Leo T. Sorokin: ELECTRONIC ORDER entered: re 12 ▲ MOTION for Clarification re 11 Order on Motion for Order.<br><br>The Complaint Plaintiff filed does not, in the text of the complaint, identify 90 plus parties, rather he lists all these "defendants" in an exhibit to the complaint. This is not proper pleading conforming to Rule 8. The Complaint must identify in a separate paragraph each defendant. The allegations of the complaint must also support plausible claims against each defendant. Accordingly, the Court STRIKES the Complaint under Rule 8, but allows the pro se plaintiff until June 11, 2026, to file an amended complaint conforming to Rule 8. Regarding service, Plaintiff bears the burden to serve each defendant named in the complaint. The Court does not "help" litigants to serve their complaints. Plaintiff must read the service rules and seek orders from the Court to the extent authorized by the rules and the facts. Plaintiff may wish to consult with the Boston College Law School Pro Se Clinic which provides free assistance to pro se litigants in this Court. The clerk shall email Plaintiff the contact information for the clinic. The Motion for Clarification is ALLOWED to the extent set forth herein and otherwise denied.<br><br>(FGD) (Entered: 05/21/2026) |

---

[32]     Also in this screenshot is mention of "Help in Effecting Service" in Dkt. 10 (and its mention in Dkt. 13). That is not as naive/silly as might appear at first glance, and is actually extremely interesting/important; see its discussion in Dkt. 15–16,20.

[33]     Dkt. 16 is mostly (except for its ¶1(i)) just a "cleaned-up copy" of Dkt. 15 (which was written in haste).

# ADDENDUM C
# SCREENSHOT OF DKT. 21–22 (PACER)

Dkt. 21–22 (this screen capture) **is an abject lie.** It is comprehensively analyzed, line-by-line, in the instant document.

