# United States District Court
# for the
# District of Massachusetts (Boston)

**Walter Tuvell**
PhD, *Pro Se*
836 Main St.
Reading, MA 01867
(781) 475-7254
walt.tuvell@gmail.com

*Plaintiff*

*v.*

**Christopher Haley (Husband/Father)**
**Amanda Haley (Wife/Stepmother)**
**Autumn Haley ((Step-)Daughter)**
71 Tennyson Rd.
Reading, MA 01867
(781) 944-0186
christopher.haley@ci.reading.ma.us
*(and other/unknown phones/emails)*

***… et al. (see list at Complaint Add. A)***

*Defendants*

**Case № 1:26-cv-12088**

## PLAINTIFF'S NOTICE OF APPEAL

# NOTICE OF APPEAL

1 Pursuant to **Federal Rules of Appellate Procedure (FRAP)** 3(a)(1) ("appeal … as of right"), this **Notice** is now given: Plaintiff Walter Tuvell hereby **Appeals** *this* Case № 1:26-cv-12088, *to* the **United States Court of Appeals for the First Circuit,** *from (i)* this Case's **Dkt. 21–22 Order/ Judgment** entered on **Jul 9 (2026),** *and from (ii)* its subsequent **Dkt. 24 Order denying Plaintiff's Motion for Reconsideration (MFR)** entered on **Jul 27** (bearing in mind also FRAP 3(c)(4), "encompass[ing] all orders … merge … unnecessary to designate") — thereby tolling the "time to file" deadline for this Notice until **Aug 26** (per FRAP 4(a)(4)(A)(vi)), and making this Notice timely.

WETuvell

Walter Tuvell
Mon Aug 24 2026